**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

FILED
MAR - 7 2006
U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **FIDELITY AND DEPOSIT COMPANY OF MARYLAND**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES OF AMERICA,**<br><br>**Defendant.** | ) | **Case No.** 06-186 C |

**RCFC RULE 7.1 DISCLOSURE**

COMES NOW Plaintiff Fidelity and Deposit Company of Maryland and, in conjunction with the filing of its Complaint, hereby makes the following disclosures pursuant to RCFC Rule 7.1:

- Fidelity and Deposit Company of Maryland is a subsidiary of Zurich North America, which, in turn, is a wholly-owned subsidiary of Zurich Financial Services Group, of Switzerland, a publicly-traded company.

Dated: March 7, 2006

Respectfully Submitted,

Christopher J. Brasco, Esquire
Christopher M. Anzidei, Esquire
8405 Greensboro Drive, Suite 100
McLean, VA 22102
(703) 749-1000
Counsel for the Plaintiff