IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FIDELITY AND DEPOSIT COMPANY OF MARYLAND, | ) | |
| Plaintiff, | ) | No. 06-186C |
| | ) | (Judge Block) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 42-day enlargement of time, to and including June 19, 2006, within which to file its response to the complaint. Our response is currently due on May 8, 2006. This is defendant's first request for an enlargement of time for this purpose. Defendant spoke with plaintiff's counsel, Christopher J. Brasco, who stated that he did not anticipant plaintiff opposing our motion for enlargement but would require further time to confer with plaintiff. As of the time of filing, counsel had not indicated whether plaintiff would oppose the motion. The enlargement is requested because the undersigned counsel of record for defendant has not yet received a litigation report from the interested agency, the Army Corps of Engineers, as required by 28 U.S.C. § 520.

The additional time is requested to allow agency counsel to complete the litigation report and for counsel to review the litigation report and prepare the Government's response to the complaint.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

DONALD E. KINNER
Assistant Director

ELIZABETH THOMAS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
tel: (202) 353-4175
fax: (202) 307-0972

May 8, 2006

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2006 a copy of the foregoing "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that the notice of filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Elizabeth Thomas