IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FIDELITY AND DEPOSIT COMPANY OF MARYLAND, | ) | |
| Plaintiff, | ) | No. 06-186C |
| | ) | (Judge Block) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 4-day enlargement of time, to and including June 23, 2006, within which to file its response to the complaint. Our response is currently due on June 19, 2006. This is defendant's second request for an enlargement of time for this purpose. Defendant spoke with plaintiff’s counsel, Christopher J. Brasco, to ascertain if plaintiff concurs with our request for an enlargement of time. Mr. Brasco indicated that plaintiff would only agree to our request if we were filing an answer to the complaint. Defendant indicated to him that we anticipate filing a motion for summary judgment. Plaintiff stated that he does object to our request. The enlargement is requested because the undersigned counsel of record for defendant has not yet received certain documents from the interested agency, the Army Corps of Engineers, that are needed to support our motion for summary judgment we anticipate filing. Agency counsel is currently out on sick leave but will return to work by June 23, 2006.

The additional time is requested to provide agency counsel with sufficient time to provide those documents and for defense counsel to review them and complete the Government's response to the complaint.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

/s/ Elizabeth Thomas
ELIZABETH THOMAS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
tel: (202) 353-4175
fax: (202) 307-0972

June 19, 2006

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2006 a copy of the foregoing "DEFENDANT'S MOTION FOR ENLARGEMENT" was filed electronically. I understand that the notice of filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Elizabeth Thomas