H-0028

ACTION: PE

**SEDONA CONTRACTING, INC.**
**6800 Park Ten Blvd., #135**
**San Antonio, Texas 78213**
**(210) 736-5335 / (210) 736-1927**

RECEIVED
JAN 21 2000
San Antonio Area Office

January 21, 2000

U.S. Corps of Engineers
4204 Woodcock
San Antonio, Texas 78228

Attn: Manuel Fano

Contract Number: DACA-63-99-C-0039
Project: Lackland AFB, Vehicle Operations
Reference: Contract Documents

**Serial Number: 99-0039-0028**

Mr. Edward (Eddie) Stuart will be our Superintendent for this project, and Mr. Arthur Perez will be our Quality Control Manager.

If you have any questions or need further information, please do not hesitate to call.

Sincerely,

Hector Trinidad,
President

# SEDONA CONTRACTING, INC.
**6800 Park Ten Blvd., #135**
**San Antonio, Texas 78213**
**(210) 736-5335 / (210) 736-1927**

**SERIAL NUMBER 99-0039-0028**

TO: CORPS OF ENGINEERS
LACKLAND AFB

C/O: MANWELL FANO

JOB: VEHICLE OPERATIONS

CONTRACT: DACA63-99-C-0039

DATE: JANUARY 21, 2000

REF: DESIGNATION FOR QUALITY CONTROL REPLACEMENT

This is to advise you that the project quality control for subject contract will be:

**Arthur Perez**

In the event of his absence, his alternate will be as follows:

Jake Trinidad
Hector Trinidad
Tracy Trinidad

THANK YOU

HECTOR TRINIDAD

Arthur R. Perez
405 Hays Street
San Antonio, Texas 78202
(210) 227-2176

**OBJECTIVE:**

QUALITY CONTROL / SAFETY MANAGER

**WORK EXPERIENCE:**

1999 - 2000 ASTRO QUALITY SERVICES, INC.
San Antonio, Texas 78216
QUALITY CONTROL
Prepared daily and safety reports for project. Reviewed and submitted transmittals for equipment and materials. Obtained prices and selected subcontractors for different aspects of the project. Supervised and instructed workers on project. Prepared pay request to government. Prepared and submitted RFI's to the government. Drafted correspondence to government and subcontractors.

1996 - 1997 COAKLEY WILLIAMS CONSTRUCTION CO., INC.
Greenbelt, Maryland 20770
QUALITY CONTROL
Review of plans and specifications of new GuestHouse for Ft. Sam Houston, Texas. Review and process of materials submittals to be used in project. Prepared daily reports of construction and safety inspections. Performed three-phase inspection process encompassing the preparatory, initial and final inspection of construction.

1995 - 1996 CORPS OF ENGINEERS
San Antonio Area Office
Lackland Air Force Base, Texas
CONSTRUCTION REPRESENTATIVE
Review of plans and specifications of new and modified Government construction projects ranging from $3 million to $18 million dollars. Coordinate between contractor and user to meet contract requirements. Perform daily Safety inspections. Review contractor submittals and pay requests. Perform three-phase inspection (preparatory, initial, and follow-up). Performed prefinal and final inspections of all aspects of construction.
PROJECTS: Visiting Officer Quarters - 238 one bedroom units, 1-one story building, 5-three story buildings. Approx. cost $14,000,000.Vehicle Maintenance Facility - 1-Two story classroom building, 1-Transportation Training building, 1- Vehicle Maintenance building. Approx. cost $18,000,000.
Leon Creek Slope Stabilization - Stabilization of hillside and rerouting of Leon Creek. Approx. cost $3,000,000.

1995 - 1995 EATON CONTRACTING INC.
San Antonio, Texas
QUALITY CONTROL
Reviewed plans and specifications for modification of existing building. Submitted shop drawings and transmittals of items to be used in the project. Assisted subcontractors and superintendent in resolving problems during the construction

phase. Performed safety inspections. Performed preparatory, initial and follow-up inspections with Corp of Engineers Q.A.R. Performed prefinal and final inspections on completed work. Kept "As Built" drawings current.

1991-1994 ALPHA BUILDING CORPORATION
JOC Contract
Fort Sam Houston, Texas

INTERN ARCHITECT

Drawing of architectural plans for both new construction and remodeling of existing buildings to meet local and national code requirements (U.B.C., disabilities, fire, historical, etc.). These drawings included the coordination and incorporation of engineer plans (Mechanical, Electrical, and Structural). Upon completion of job, provide government with "As-Built" drawings.

QUALITY CONTROL

Provided support to superintendents performing on site inspections. Reviewed shop drawings of subcontractors for compliance to project Scope of Work. Worked directly with superintendents and subcontractors to solve problems that arose during the construction phase. Reviewed submittals and processed product and equipment specifications to meet Scope of Work and government specifications.

SAFETY MANAGER

Assisted in developing a Company Safety Manual. Provided safety inspections at job sites. Conducted weekly safety meetings and training as required.

.989 - 1990 ZAPATA DESIGNS ASSOCIATES
San Antonio, Texas

INTERN ARCHITECT

Completed working drawings on commercial renovation and remodeling. Performed on-site inspections of architectural construction to ensure contractor compliance of codes and specifications. Conducted final inspection with owner and tenant.

**MILITARY EXPERIENCE:**

3 years 2 mos., Medical Corpsman. Army Commendation Medal; National Defense Service Medal; Vietnam Campaign W/60 Device; Vietnam Service Medal with 3 Bronze Service Stars. Honorable Discharge (November, 1971).

**EDUCATION:**

Completed Corps of Engineers Training Course "CONSTRUCTION QUALITY MANAGEMENT FOR CONTRACTORS" expiration date: February 12, 2001. Completed Auto-CADD and Intergraph CADD Instructional Courses San Antonio College, San Antonio, Texas. Safety Engineering Degree from San Antonio College. Candidate for 1990 National Committee of Architects Review Board. Passed the following (3) parts: 1) Materials and Methods; 2) Mechanical, Electrical, Plumbing, and Life Safety; and 3) Professional Practice (encompassing Contract Documents).

References provided upon request.

# U.S. ARMY CORPS OF ENGINEERS

TRAINING CENTER FOR PROFESSIONAL DEVELOPMENT
HUNTSVILLE, ALABAMA

## *CERTIFICATE*

*this is to certify that*

## ARTHUR PEREZ

*has completed the Corps of Engineers Training Course*

**CONSTRUCTION QUALITY MANAGEMENT FOR CONTRACTORS**

Given at FORT WORTH, TEXAS February 12, 1996

LOCATION DATE

Director of CE Training Management

**Expiration Date:** February 12, 2001

Instructor: MANUEL FANO

CEHND FORM 586 (REVISED)
1 JULY 93

CARDENAS/mld

February 25, 2000
Serial No. 99-0039-0022

Lackland Resident Office

SUBJECT: Revised Contractor Quality Control Program, Contract No. DACA63-99-C-0039, BC-Vehicle Operations/Maintenance Complex, Lackland Air Force Base, San Antonio, Texas

Sedona Contracting, Inc.
6800 Park Ten Blvd, Suite 135E
San Antonio, Texas 78213

Gentlemen:

Reference your revised Quality Control Program submitted by your serial letter no. 99-0039-0033 dated February 4, 2000.

Your program has been reviewed and found acceptable. Any changes made to this program, including personnel, must be approved by this office prior to implementation.

If you have any questions concerning the above, please do not hesitate to contact my Project Engineer, Mr. George Cardenas at (210) 675-7712/7713.

Sincerely,

Manuel Fano
Contracting Officer Representative

H-0033

**SEDONA CONTRACTING, INC.**
**6800 Park Ten Blvd., Suite 135E**
**San Antonio, Texas 78213**
**Phone: (210) 736-5335 Fax: (210) 736-1927**

ACTION: PE

# LETTER OF TRANSMITTAL

**Serial Number: 99-0039-0033**

| | | | |
|---|---|---|---|
| To: | U.S. Army Corps of Engineers | Date: | Feb. 4, 2000 |
| | 4204 Woodcock, Suite 245 | Job Name: | BC-VEHICLE OPS/MAINT. COMPLEX |
| | San Antonio, Texas 78228 | Job Number: | DACA-63-99-C-0039 |
| Attn: | Thomas Armstrong | From: | Arthur R. Perez CQCM |

**WE ARE SENDING YOU:**

3- Copies of revised Contractor Quality Control Plan

RECEIVED
FEB 0 4 2000
San Antonio Area Office

**COMMENTS:**

**SENT BY:** [signature]

Sedona Contracting, Inc.
6800 Park Ten Blvd., Suite 135 E
San Antonio, Texas 78213

January 21, 2000

Arthur R. Perez
Quality Control System Manager
San Antonio, Texas 78218

Re.: Contractors Quality Control Managers Position
Lackland AFB Vehicle Operations and Maintenance
Complex Contract No.: DACA63-99-C-0039

Dear Mr. Perez:

This is a Letter of Direction outlining your duties and responsibilities, and delegates you authority as our Contractors Quality Control Manager for the above referenced project. As you know, the Quality Control System includes three phases of control and related tests. Preparatory Phase, Initial Phase, and Follow-up Phase. The specific instructions outlining these control phases are found in Section 01451, paragraph 3.6 of the contract specifications. Your duties and responsibilities, as they relate to the Quality Control System on the above referenced project, are described as follows:

1) You will be responsible for the preparation and continuous updating of the Submittal Register (Form 4288) for the duration of the project. To do so, you are:
   A) Required to check all shop drawings for accurate dimensions to ensure compliance to applicable specifications and drawings as to the type and quality of materials being proposed for the project. This applies to all sub-contractors, off-site fabricators, and suppliers.
   B) Review all related documentation and submittal forms for accuracy; record and forward documentation to the government utilizing proper procedures as outlined in the contract specifications.

2) You will conduct, on a continuing basis, sufficient inspections to ensure that all workmanship and materials used in the construction of this project are in compliance with the specifications and drawings. To do so, you are required to:
   A) Perform QC surveillance inspections, as required and necessary, to ensure compliance to applicable specifications and drawings as to the type and quality of materials being proposed for the project.
   B) Perform, on a continuing basis, sufficient daily QC follow-up inspections to ensure that all workmanship and materials used in the construction of this project are in conformance with the specifications and drawings.
   C) Generate, record and maintain all documentation related to inspection activity on the Daily Quality Control Report and submit to the government Representative the following work day covered by the report.

3) You will be responsible for all testing as required by the contract specifications. A qualified testing laboratory will be furnished, as outlined in Contractors Quality Control Plan. You are required to-
   A) Coordinate and schedule all required tests and be present during all testing, as required and in accordance with the contract specifications.
   B) Record tests daily on the Daily Quality Control Report and submit to the government Representative the following work day covered by the report.
   C) Record and submit all test results to the government representative, a hand written copy the following day and a typed copy will be faxed by the lab, no later than three calendar days after the tests are performed.

4) You will be responsible for all Control Phase meetings as outlined in the contract specifications. You will be required to:
   - A) Coordinate and schedule Preparatory and Initial Phase meetings with sub-contractors, fabricators, and suppliers and the government Representative.
   - B) Prepare the proper agenda for the meetings and forward the agenda to the appropriate representative(s).
   - C) Compile meeting minutes and attach any related documentation, record and process as required and according to the contract specifications.

You are hereby directed to read and review The Sedona Contracting, Inc. Quality Control Plan, the project specifications with all amendments, and all plans and drawings, in their entirety. If there is an item that is not understood, you are to consult your Quality Control Support Team for clarification. The Quality Control Support Team for this project will consist of the Project Superintendent, Mr. Eddie Stewart, and Project Manager, Mr. Hector Trinidad.

As the Contractors Quality Control Manager, for the above referenced project, you are hereby delegated, with my signature below, the sufficient authority to adequately perform the functions of the CQC System Manager; including the authority to stop work which is not in compliance with the contract or contract specifications. Furthermore, you shall issue Letters of Direction to various other quality control representatives, as they are assigned, outlining their individual duties and responsibilities, and authority. Copies of these letters shall also be furnished to the Government.

Truly yours,

Hector Trinidad, President

cc: Field file
Office file
Corps of Engineers

Arthur R. Perez
405 Hays Street
San Antonio, Texas 78202
(210) 227-2176

**OBJECTIVE:**

QUALITY CONTROL / SAFETY MANAGER

**WORK EXPERIENCE:**

1999 - 2000 ASTRO QUALITY SERVICES, INC.
San Antonio, Texas 78216
QUALITY CONTROL
Prepared daily and safety reports for project. Reviewed and submitted transmittals for equipment and materials. Obtained prices and selected subcontractors for different aspects of the project. Supervised and instructed workers on project. Prepared pay request to government. Prepared and submitted RFI's to the government. Drafted correspondence to government and subcontractors.

1996 - 1997 COAKLEY WILLIAMS CONSTRUCTION CO., INC.
Greenbelt, Maryland 20770
QUALITY CONTROL
Review of plans and specifications of new GuestHouse for Ft. Sam Houston, Texas. Review and process of materials submittals to be used in project. Prepared daily reports of construction and safety inspections. Performed three-phase inspection process encompassing the preparatory, initial and final inspection of construction.

1995 - 1996 CORPS OF ENGINEERS
San Antonio Area Office
Lackland Air Force Base, Texas
CONSTRUCTION REPRESENTATIVE
Review of plans and specifications of new and modified Government construction projects ranging from $3 million to $18 million dollars. Coordinate between contractor and user to meet contract requirements. Perform daily Safety inspections. Review contractor submittals and pay requests. Perform three-phase inspection (preparatory, initial, and follow-up). Performed prefinal and final inspections of all aspects of construction.
PROJECTS: Visiting Officer Quarters - 238 one bedroom units, 1-one story building, 5-three story buildings. Approx. cost $14,000,000.Vehicle Maintenance Facility - 1-Two story classroom building, 1-Transportation Training building, 1- Vehicle Maintenance building. Approx. cost $18,000,000.
Leon Creek Slope Stabilization - Stabilization of hillside and rerouting of Leon Creek. Approx. cost $3,000,000.

1995 - 1995 EATON CONTRACTING INC.
San Antonio, Texas
QUALITY CONTROL
Reviewed plans and specifications for modification of existing building. Submitted shop drawings and transmittals of items to be used in the project. Assisted subcontractors and superintendent in resolving problems during the construction

phase. Performed safety inspections. Performed preparatory, initial and follow-up inspections with Corp of Engineers Q.A.R. Performed prefinal and final inspections on completed work. Kept "As Built" drawings current.

1991-1994 ALPHA BUILDING CORPORATION
JOC Contract
Fort Sam Houston, Texas
INTERN ARCHITECT
Drawing of architectural plans for both new construction and remodeling of existing buildings to meet local and national code requirements (U.B.C., disabilities, fire, historical, etc.). These drawings included the coordination and incorporation of engineer plans (Mechanical, Electrical, and Structural). Upon completion of job, provide government with "As-Built" drawings.
QUALITY CONTROL
Provided support to superintendents performing on site inspections. Reviewed shop drawings of subcontractors for compliance to project Scope of Work. Worked directly with superintendents and subcontractors to solve problems that arose during the construction phase. Reviewed submittals and processed product and equipment specifications to meet Scope of Work and government specifications.
SAFETY MANAGER
Assisted in developing a Company Safety Manual. Provided safety inspections at job sites. Conducted weekly safety meetings and training as required.

9 - 1990 ZAPATA DESIGNS ASSOCIATES
San Antonio, Texas
INTERN ARCHITECT
Completed working drawings on commercial renovation and remodeling. Performed on-site inspections of architectural construction to ensure contractor compliance of codes and specifications. Conducted final inspection with owner and tenant.

**MILITARY EXPERIENCE:**

3 years 2 mos., Medical Corpsman. Army Commendation Medal; National Defense Service Medal; Vietnam Campaign W/60 Device; Vietnam Service Medal with 3 Bronze Service Stars. Honorable Discharge (November, 1971).

**EDUCATION:**

Completed Corps of Engineers Training Course "CONSTRUCTION QUALITY MANAGEMENT FOR CONTRACTORS" expiration date: February 12, 2001. Completed Auto-CADD and Intergraph CADD Instructional Courses San Antonio College, San Antonio, Texas. Safety Engineering Degree from San Antonio College. Candidate for 1990 National Committee of Architects Review Board. Passed the following (3) parts: 1) Materials and Methods; 2) Mechanical, Electrical, Plumbing, and Life Safety; and 3) Professional Practice (encompassing Contract Documents).

References provided upon request.

**EDWARD M. STUART**
Route I Box 36A Moore, Texas 78057
Phone: (210) 665-4335 Mobile: (210) 665-4335

**April 1995 - Present**

**Sedona Contracting, Inc.**
6800 Park Ten Blvd., Suite 135 East
San Antonio, Texas 78213
President: Hector Trinidad (210) 736-5335

**Projects Under Sedona Contracting, Inc.**

January 1998 - Present

Add/Alterations to the Lackland AFB Commissary
2250 Fouloios Street, Building 8400
Lackland AFB, Texas 78236
(210) 671-1190 Contact: Mr. Tom Griffin
Position: Construction Superintendent

January 1997 - November 1998

Construction of the Radio Transmitter and Asphalt Bldg.
Texas Department of Transportation
4615 N.W. Loop 410
San Antonio, Texas 78229
(210) 615-5859 Contact: Junior Jimenez
Position: Construction Superintendent

August 1995 -December 1996

Construction of the Laredo Recreation Centers
Owner: City of Laredo
1110 Houston Street
Laredo, Texas 78041
(210) 791-7346 Contract: Hugo Seca
Position: Construction Superintendent

**PAST WORK HISTORY ATTACHED**

January 1989 - February 1991

**Progressive Constructors, Inc.**
600 Delta Drive
Little Rock, AR 72206
President: Harvey Scorch (501) 490-1424

**Projects Under Progressive Constructors, Inc.**

October 1990 -February 1991

Construction of Theater at Rolling Oaks Mail
1200 N. E. Loop 410 San Antonio, Texas
Position: Construction Superintendent
Cost: $1,000,000.00
Type of Construction:
25,000 sq. ft. structural steel building with Exterior Plaster Walls and Built-up Roof

January 1989 - September 1989

Construction of Sams Wholesale Club
700 San Bernardo Drive
Laredo, Texas 78041
Position: Construction Superintendent
Cost: $6,000,000.00
Type of Construction:
109,000 sq. ft. structural steel building with Masonry Walls and a built-up roof. Slab on fill with drilled piers, parking lot - asphalt and concrete.

January 1989 - September 1989

Construction of Wal-Mart Store
910 S.E. Military Drive
San Antonio, Texas
Position: Construction Superintendent
Cost: $5,000,000.00
Type of Construction:
87,000 sq. ft. retail sales store consisting of: slab on grade, masonry bearing walls, I structural iron, roof framing with build-up roof.

April 1987 - December 1988

**Childs Construction Company, Inc.**
2716 E. Lancaster
Fort Worth, Texas 76105
President: Bill Childs (817) 531-3851

**Projects Under Childs Construction Company, Inc.**

April 1987 - December 1988

Construction of Sunland Park Mall
El Paso, Texas
Position: Project Manager
Cost: $20,000,000.00
Type of Construction: Two-Level, multi-million dollar regional shopping center consisting of: structural steel, spread footings, concrete retaining walls, masonry bearing walls, Contera stone on C.M.U. exterior walls. Interior finish consisted of: Polished marble floors, five fountains, sheet rock ceilings and numerous skylights.

**November 1985 - March 1987**

**Quincy Lee Construction** 634 W. Sunset
San Antonio, Texas
Manager: Phillip Robbins

**Projects Under Quincy Lee Construction, Inc.**

November 1985 - March 1987

Construction of Kyle 11 Center
101 Huebner Road
San Antonio, Texas
Position: Construction Superintendent
Cost: $1,500,000.00
Type of Construction: 49,000 sq. ft. multi-use office warehouse consisting of: slab on fill, drilled piers, tilt walls with face brick, structural steel with load master roof, concrete paving with asphalt in parking lot.

Construction of Block Distributing Company
San Antonio, Texas
Position: Construction Superintendent
Cost: $1,000,000.00
Type of Construction: 30,000 sq.ft. addition to existing building consisting of slab on fill, drilled piers, tilt walls, and concrete parking.

Construction of Healy Murphy Day Care
San Antonio, Texas
Position: Construction Superintendent
Type of Construction: 5,000 sq. ft. slab on fill with concrete block walls.

| | |
|---|---|
| October 1984 - October 1985 | Progressive Constructions, Inc.<br>600 Delata Drive<br>Little Rock, AR 72206<br>President: Harvey Scorch (501) 490-1424 |
| August 1983 - October 1984 | Self - Employed |
| May 1977 - August 1983 | Childs Construction Company, Inc.<br>2716 E. Lancaster<br>Fort Worth, Texas 76105<br>President: Bill Childs (817) 531-3851 |

# CONTRACTOR FLOWCHART CONTROL PLAN
for the
B C Vehicle Operations and Maintenance Complex
at
Lackland AFB, San Antonio, Texas

Contract No.: DACA63-99-C-0039






00081

contract requirements, the Contracting Officer shall make an equitable adjustment for the additional services involved in the examination and reconstruction, including, if completion of the work was thereby delayed, an extension of time.

(i) Unless otherwise specified in the contract, the Government shall accept, as promptly as practicable after completion and inspection, all work required by the contract or that portion of the work the Contracting Officer determines can be accepted separately. Acceptance shall be final and conclusive except for latent defects, fraud, gross mistakes amounting to fraud, or the Government's rights under any warranty or guarantee.

(End of clause)

112 52.246-21 WARRANTY OF CONSTRUCTION (MAR 1994)

(a) In addition to any other warranties in this contract, the Contractor warrants, except as provided in paragraph (i) of this clause, that work performed under this contract conforms to the contract requirements and is free of any defect in equipment, material, or design furnished, or workmanship performed by the Contractor or any subcontractor or supplier at any tier.

(b) This warranty shall continue for a period of 1 year from the date of final acceptance of the work. If the Government takes possession of any part of the work before final acceptance, this warranty shall continue for a period of 1 year from the date the Government takes possession.

(c) The Contractor shall remedy at the Contractor's expense any failure to conform, or any defect. In addition, the Contractor shall remedy at the Contractor's expense any damage to Government-owned or controlled real or personal property, when that damage is the result of--

(1) The Contractor's failure to conform to contract requirements; or

(2) Any defect of equipment, material, workmanship, or design furnished.

(d) The Contractor shall restore any work damaged in fulfilling the terms and conditions of this clause. The Contractor's warranty with respect to work repaired or replaced will run for 1 year from the date of repair or replacement.

(e) The Contracting Officer shall notify the Contractor, in writing, within a reasonable time after the discovery of any failure, defect, or damage.

(f) If the Contractor fails to remedy any failure, defect, or damage within a reasonable time after receipt of notice, the Government shall have the right to replace, repair, or otherwise remedy the failure, defect, or damage at the Contractor's expense.

(g) With respect to all warranties, express or implied, from subcontractors, manufacturers, or suppliers for work performed and materials furnished under this contract, the Contractor shall--

(1) Obtain all warranties that would be given in normal commercial practice;

(2) Require all warranties to be executed, in writing, for the benefit of the Government, if directed by the Contracting Officer; and

(3) Enforce all warranties for the benefit of the Government, if directed by the Contracting Officer.

(h) In the event the Contractor's warranty under paragraph (b) of this clause has expired, the Government may bring suit at its expense to enforce a subcontractor's, manufacturer's, or supplier's warranty.

(i) Unless a defect is caused by the negligence of the Contractor or subcontractor or supplier at any tier, the Contractor shall not be liable for the repair of any defects of material or design furnished by the Government nor for the repair of any damage that results from any defect in Government-furnished material or design.

(j) This warranty shall not limit the Government's rights under the Inspection and Acceptance clause of this contract with respect to latent defects, gross mistakes, or fraud.

(End of clause)
(R 7-604.4 1976 JUL)

113 52.247-7023 TRANSPORTATION OF SUPPLIES BY SEA (NOV 1995)

(a) Definitions. As used in this clause--

(1) "Components" means articles, materials, and supplies incorporated

(End of clause)
(R 7-104.24(f) 1964 NOV)

110 52.245-7001 REPORTS OF GOVERNMENT PROPERTY (MAY 1994)

(a) The Contractor shall provide an annual report--

(1) For all DoD property for which the Contractor is accountable under the contract;

(2) Prepared in accordance with the requirements of DD Form 1662, DoD Property in the Custody of Contractors, or approved substitute, including instructions on the reverse side of the form;

(3) In duplicate, to the cognizant Government property administrator, no later than October 31.

(b) The Contractor is responsible for reporting all Government property accountable to this contract, including that at subcontractor and alternate locations.

(End of clause)

111 52.246-12 INSPECTION OF CONSTRUCTION (AUG 1996)

(a) Definition. "Work" includes, but is not limited to, materials, workmanship, and manufacture and fabrication of components.

(b) The Contractor shall maintain an adequate inspection system and perform such inspections as will ensure that the work performed under the contract conforms to contract requirements. The Contractor shall maintain complete inspection records and make them available to the Government. All work shall be conducted under the general direction of the Contracting Officer and is subject to Government inspection and test at all places and at all reasonable times before acceptance to ensure strict compliance with the terms of the contract.

(c) Government inspections and tests are for the sole benefit of the Government and do not--

(1) Relieve the Contractor of responsibility for providing adequate quality control measures;

(2) Relieve the Contractor of responsibility for damage to or loss of the material before acceptance;

(3) Constitute or imply acceptance; or

(4) Affect the continuing rights of the Government after acceptance of the completed work under paragraph (i) below.

(d) The presence or absence of a Government inspector does not relieve the Contractor from any contract requirement, nor is the inspector authorized to change any term or condition of the specification without the Contracting Officer's written authorization.

(e) The Contractor shall promptly furnish, at no increase in contract price, all facilities, labor, and material reasonably needed for performing such safe and convenient inspections and tests as may be required by the Contracting Officer. The Government may charge to the Contractor any additional cost of inspection or test when work is not ready at the time specified by the Contractor for inspection or test, or when prior rejection makes reinspection or retest necessary. The Government shall perform all inspections and tests in a manner that will not unnecessarily delay the work. Special, full size, and performance tests shall be performed as described in the contract.

(f) The Contractor shall, without charge, replace or correct work found by the Government not to conform to contract requirements, unless in the public interest the Government consents to accept the work with an appropriate adjustment in contract price. The Contractor shall promptly segregate and remove rejected material from the premises.

(g) If the Contractor does not promptly replace or correct rejected work, the Government may (1) by contract or otherwise, replace or correct the work and charge the cost to the Contractor or (2) terminate for default the Contractor's right to proceed.

(h) If, before acceptance of the entire work, the Government decides to examine already completed work by removing it or tearing it out, the Contractor, on request, shall promptly furnish all necessary facilities, labor, and material. If the work is found to be defective or nonconforming in any material respect due to the fault of the Contractor or its subcontractors, the Contractor shall defray the expenses of the examination and of satisfactory reconstruction. However, if the work is found to meet

# SECTION 01451

## CONTRACTOR QUALITY CONTROL
04/97

## PART 1 GENERAL

### 1.1 REFERENCES

The publications listed below form a part of this specification to the extent referenced. The publications are referred to in the text by basic designation only.

AMERICAN SOCIETY FOR TESTING AND MATERIALS (ASTM)

| | |
|---|---|
| ASTM D 3740 | (1994a) Minimum Requirements for Agencies Engaged in the Testing and/or Inspection of Soil and Rock as Used in Engineering Design and Construction |
| ASTM E 329 | (1995b) Agencies Engaged in the Testing and/or Inspection of Materials Used in Construction |

### 1.2 PAYMENT

Separate payment will not be made for providing and maintaining an effective Quality Control program, and all costs associated therewith shall be included in the applicable unit prices or lump-sum prices contained in the Bidding Schedule.

## PART 2 PRODUCTS (Not Applicable)

## PART 3 EXECUTION

### 3.1 GENERAL

The Contractor is responsible for quality control and shall establish and maintain an effective quality control system in compliance with the Contract Clause titled "Inspection of Construction." The quality control system shall consist of plans, procedures, and organization necessary to produce an end product which complies with the contract requirements. The system shall cover all construction operations, both onsite and offsite, and shall be keyed to the proposed construction sequence. The project superintendent will be held responsible for the quality of work on the job and is subject to removal by the Contracting Officer for non-compliance with quality requirements specified in the contract. The project superintendent in this context shall mean the individual with the responsibility for the overall management of the project including quality and production.

### 3.2 QUALITY CONTROL PLAN

#### 3.2.1 General

The Contractor shall furnish for review by the Government, not later than 5

days after receipt of notice to proceed, the Contractor Quality Control (CQC) Plan proposed to implement the requirements of the Contract Clause titled "Inspection of Construction." The plan shall identify personnel, procedures, control, instructions, test, records, and forms to be used. The Government will consider an interim plan for the first 60 days of operation. Construction will be permitted to begin only after acceptance of the CQC Plan or acceptance of an interim plan applicable to the particular feature of work to be started. Work outside of the features of work included in an accepted interim plan will not be permitted to begin until acceptance of a CQC Plan or another interim plan containing the additional features of work to be started.

3.2.2 Content of the CQC Plan

The CQC Plan shall include, as a minimum, the following to cover all construction operations, both onsite and offsite, including work by subcontractors, fabricators, suppliers, and purchasing agents:

a. A description of the quality control organization, including a chart showing lines of authority and acknowledgment that the CQC staff shall implement the three phase control system for all aspects of the work specified. The staff shall include a CQC System Manager who shall report to the project superintendent.

b. The name, qualifications (in resume format), duties, responsibilities, and authorities of each person assigned a CQC function.

c. A copy of the letter to the CQC System Manager signed by an authorized official of the firm which describes the responsibilities and delegates sufficient authorities to adequately perform the functions of the CQC System Manager, including authority to stop work which is not in compliance with the contract. The CQC System Manager shall issue letters of direction to all other various quality control representatives outlining duties, authorities, and responsibilities. Copies of these letters shall also be furnished to the Government.

d. Procedures for scheduling, reviewing, certifying, and managing submittals, including those of subcontractors, offsite fabricators, suppliers, and purchasing agents. These procedures shall be in accordance with Section 01330 SUBMITTAL PROCEDURES.

e. Control, verification, and acceptance testing procedures for each specific test to include the test name, specification paragraph requiring test, feature of work to be tested, test frequency, and person responsible for each test. (Laboratory facilities will be approved by the Contracting Officer.)

f. Procedures for tracking preparatory, initial, and follow-up control phases and control, verification, and acceptance tests including documentation.

g. Procedures for tracking construction deficiencies from identification through acceptable corrective action. These procedures shall establish verification that identified deficiencies have been corrected.

h. Reporting procedures, including proposed reporting formats.

i. A list of the definable features of work. A definable feature of work is a task which is separate and distinct from other tasks, has separate control requirements, and may be identified by different trades or disciplines, or it may be work by the same trade in a different environment. Although each section of the specifications may generally be considered as a definable feature of work, there are frequently more than one definable features under a particular section. This list will be agreed upon during the coordination meeting.

3.2.3 Acceptance of Plan

Acceptance of the Contractor's plan is required prior to the start of construction. Acceptance is conditional and will be predicated on satisfactory performance during the construction. The Government reserves the right to require the Contractor to make changes in his CQC Plan and operations including removal of personnel, as necessary, to obtain the quality specified.

3.2.4 Notification of Changes

After acceptance of the CQC Plan, the Contractor shall notify the Contracting Officer in writing of any proposed change. Proposed changes are subject to acceptance by the Contracting Officer.

3.3 COORDINATION MEETING

After the Preconstruction Conference, before start of construction, and prior to acceptance by the Government of the CQC Plan, the Contractor shall meet with the Contracting Officer or Authorized Representative and discuss the Contractor's quality control system. The CQC Plan shall be submitted for review a minimum of 10 calendar days prior to the Coordination Meeting. During the meeting, a mutual understanding of the system details shall be developed, including the forms for recording the CQC operations, control activities, testing, administration of the system for both onsite and offsite work, and the interrelationship of Contractor's Management and control with the Government's Quality Assurance. Minutes of the meeting shall be prepared by the Government and signed by both the Contractor and the Contracting Officer. The minutes shall become a part of the contract file. There may be occasions when subsequent conferences will be called by either party to reconfirm mutual understandings and/or address deficiencies in the CQC system or procedures which may require corrective action by the Contractor.

3.4 QUALITY CONTROL ORGANIZATION

3.4.1 General

The requirements for the CQC organization are a CQC System Manager and sufficient number of additional qualified personnel to ensure contract compliance. The Contractor shall provide a CQC organization which shall be at the site at all times during progress of the work and with complete authority to take any action necessary to ensure compliance with the contract. All CQC staff members shall be subject to acceptance by the Contracting Officer.

3.4.2 CQC System Manager

The Contractor shall identify as CQC System Manager an individual within the onsite work organization who shall be responsible for overall management of CQC and have the authority to act in all CQC matters for the Contractor. The CQC System Manager shall be a graduate engineer, graduate architect, or a graduate of construction management, with a minimum of two years construction experience on construction similar to this contract or a construction person with a minimum of five years in related work. This CQC System Manager shall be on the site at all times during construction and shall be employed by the prime Contractor. The CQC System Manager shall be assigned no other duties. An alternate for the CQC System Manager shall be identified in the plan to serve in the event of the System Manager's absence. The requirements for the alternate shall be the same as for the designated CQC System Manager.

3.4.3 CQC Personnel

3.4.3.1 CQC Staff

A staff shall be maintained under the direction of the CQC system manager to perform all QC activities. The staff must be of sufficient size to ensure adequate QC coverage of all work phases, work shifts and work crews involved with the construction. These personnel may perform other duties, but must be fully qualified by experience and technical training to perform their assigned QC responsibilities and must be allowed sufficient time to carry out these responsibilities.

3.4.4 Additional Requirement

In addition to the above experience and education requirements the CQC System Manager shall have completed the course entitled "Construction Quality Management For Contractors". This course is periodically offered at the Fort Worth District, Corps of Engineers Office, Federal Building, Room 1A03, 819 Taylor Street, Fort Worth, Texas. It will be offered at the following times:

3 August 1999
2 November 1999

Registration is required; call (817) 978-2161 for reservations. Each class will be limited to 30 students. If the demand is greater than what is currently scheduled, additional classes will be scheduled.

3.4.5 Organizational Changes

The Contractor shall maintain the CQC staff at full strength at all times. When it is necessary to make changes to the CQC staff, the Contractor shall revise the CQC Plan to reflect the changes and submit the changes to the Contracting Officer for acceptance.

3.5 SUBMITTALS

Submittals shall be made as specified in Section 01330 SUBMITTAL PROCEDURES. The CQC organization shall be responsible for certifying that all submittals are in compliance with the contract requirements.

3.6 CONTROL

Contractor Quality Control is the means by which the Contractor ensures

that the construction, to include that of subcontractors and suppliers, complies with the requirements of the contract. At least three phases of control shall be conducted by the CQC System Manager for each definable feature of work as follows:

3.6.1 Preparatory Phase

This phase shall be performed prior to beginning work on each definable feature of work, after all required plans/documents/materials are approved/accepted, and after copies are at the work site. This phase shall include:

a. A review of each paragraph of applicable specifications.

b. A review of the contract drawings.

c. A check to assure that all materials and/or equipment have been tested, submitted, and approved. (Only coded A or B shop drawing submittals will be considered "as approved." Submittals other than those coded A or B required to be resubmitted will delay the preparatory phase meeting until they have been resubmitted and approved.)

d. Review of provisions that have been made to provide required control inspection and testing.

e. Examination of the work area to assure that all required preliminary work has been completed and is in compliance with the contract.

f. A physical examination of required materials, equipment, and sample work to assure that they are on hand, conform to approved shop drawings or submitted data, and are properly stored.

g. A review of the appropriate activity hazard analysis to assure safety requirements are met.

h. Discussion of procedures for controlling quality of the work including repetitive deficiencies. Document construction tolerances and workmanship standards for that feature of work.

i. A check to ensure that the portion of the plan for the work to be performed has been accepted by the Contracting Officer.

j. Discussion of the initial control phase.

k. The Government shall be notified at least 72 hours in advance of beginning the preparatory control phase. This phase shall include a meeting conducted by the CQC System Manager and attended by the superintendent, other CQC personnel (as applicable), and the foreman responsible for the definable feature. The results of the preparatory phase actions shall be documented by separate minutes prepared by the CQC System Manager and attached to the daily CQC report. The Contractor shall instruct applicable workers as to the acceptable level of workmanship required in order to meet contract specifications.

3.6.2 Initial Phase

This phase shall be accomplished at the beginning of a definable feature of work. The following shall be accomplished:

a. A check of work to ensure that it is in full compliance with contract requirements. Review minutes of the preparatory meeting.

b. Verify adequacy of controls to ensure full contract compliance. Verify required control inspection and testing.

c. Establish level of workmanship and verify that it meets minimum acceptable workmanship standards. Compare with required sample panels as appropriate.

d. Resolve all differences.

e. Check safety to include compliance with and upgrading of the safety plan and activity hazard analysis. Review the activity analysis with each worker.

f. The Government shall be notified at least 24 hours in advance of beginning the initial phase. Separate minutes of this phase shall be prepared by the CQC System Manager and attached to the daily CQC report. Exact location of initial phase shall be indicated for future reference and comparison with follow-up phases.

g. The initial phase should be repeated for each new crew to work onsite, or any time acceptable specified quality standards are not being met.

3.6.3 Follow-up Phase

Daily checks shall be performed to assure control activities, including control testing, are providing continued compliance with contract requirements, until completion of the particular feature of work. The checks shall be made a matter of record in the CQC documentation. Final follow-up checks shall be conducted and all deficiencies corrected prior to the start of additional features of work which may be affected by the deficient work. The Contractor shall not build upon nor conceal non-conforming work.

3.6.4 Additional Preparatory and Initial Phases

Additional preparatory and initial phases shall be conducted on the same definable features of work if the quality of on-going work is unacceptable, if there are changes in the applicable CQC staff, onsite production supervision or work crew, if work on a definable feature is resumed after a substantial period of inactivity, or if other problems develop.

3.7 TESTS

3.7.1 Testing Procedure

The Contractor shall perform specified or required tests to verify that control measures are adequate to provide a product which conforms to contract requirements. Upon request, the Contractor shall furnish to the Government duplicate samples of test specimens for possible testing by the Government. Testing includes operation and/or acceptance tests when specified. The Contractor shall procure the services of a Corps of Engineers approved testing laboratory or establish an approved testing

laboratory at the project site. The Contractor shall perform the following activities and record and provide the following data:

a. Verify that testing procedures comply with contract requirements.

b. Verify that facilities and testing equipment are available and comply with testing standards.

c. Check test instrument calibration data against certified standards.

d. Verify that recording forms and test identification control number system, including all of the test documentation requirements, have been prepared.

e. Results of all tests taken, both passing and failing tests, shall be recorded on the CQC report for the date taken. Specification paragraph reference, location where tests were taken, and the sequential control number identifying the test shall be given. If approved by the Contracting Officer, actual test reports may be submitted later with a reference to the test number and date taken. An information copy of tests performed by an offsite or commercial test facility shall be provided directly to the Contracting Officer. Failure to submit timely test reports as stated may result in nonpayment for related work performed and disapproval of the test facility for this contract.

3.7.2 Testing Laboratories

3.7.2.1 Capability Check

The Government reserves the right to check laboratory equipment in the proposed laboratory for compliance with the standards set forth in the contract specifications and to check the laboratory technician's testing procedures and techniques. Laboratories utilized for testing soils, concrete, asphalt, and steel shall meet criteria detailed in ASTM D 3740 and ASTM E 329.

3.7.2.2 Capability Recheck

If the selected laboratory fails the capability check, the Contractor will be assessed a charge of $2,000 to reimburse the Government for each succeeding recheck of the laboratory or the checking of a subsequently selected laboratory. Such costs will be deducted from the contract amount due the Contractor.

3.7.3 Onsite Laboratory

The Government reserves the right to utilize the Contractor's control testing laboratory and equipment to make assurance tests and to check the Contractor's testing procedures, techniques, and test results at no additional cost to the Government.

3.7.4 Furnishing or Transportation of Samples for Testing

Costs incidental to the transportation of samples or materials shall be borne by the Contractor. Samples of materials for test verification and acceptance testing by the Government shall be delivered to the Government-contract laboratory designated by the Area Office.

Coordination for each specific test, exact delivery location, and dates will be made through the Area Office.

3.8 COMPLETION INSPECTION

3.8.1 Punch-Out Inspection

Near the completion of all work or any increment thereof established by a completion time stated in the Special Clause entitled "Commencement, Prosecution, and Completion of Work," or stated elsewhere in the specifications, the CQC System Manager and the CQC staff shall conduct an inspection of the work and develop a punch list of items which do not conform to the approved drawings and specifications. Such a list of deficiencies shall be included in the CQC documentation, as required by paragraph DOCUMENTATION below, and shall include the estimated date by which the deficiencies will be corrected. The CQC System Manager or staff shall make a second inspection to ascertain that all deficiencies have been corrected. Once this is accomplished, the Contractor shall notify the Government that the facility is ready for the Government Pre-Final inspection.

3.8.2 Pre-Final Inspection

The Contractor shall notify the Government 14 days prior to the Pre-Final Inspection. The Government will perform this inspection to verify that the facility is complete and ready to be occupied. A Government Pre-Final Punch List may be developed as a result of this inspection. The Contractor's CQC System Manager shall ensure that all items on this list have been corrected before notifying the Government so that a Final inspection with the customer can be scheduled. Any items noted on the Pre-Final inspection shall be corrected in a timely manner. These inspections and any deficiency corrections required by this paragraph shall be accomplished within the time stated for completion of the entire work or any particular increment thereof if the project is divided into increments by separate completion dates.

3.8.3 Final Acceptance Inspection

The Contractor's Quality Control Inspection personnel, plus the superintendent or other primary management person, and the Contracting Officer's Representative shall be in attendance at this inspection. Additional Government personnel including, but not limited to, those from Base/Post Civil Facility Engineer user groups, and major commands may also be in attendance. The final acceptance inspection will be formally scheduled by the Contracting Officer based upon results of the Pre-Final inspection. Notice shall be given to the Contracting Officer at least 14 days prior to the final acceptance inspection and shall include the Contractor's assurance that all specific items previously identified to the Contractor as being unacceptable, along with all remaining work performed under the contract, will be complete and acceptable by the date scheduled for the final acceptance inspection. Failure of the Contractor to have all contract work acceptably complete for this inspection will be cause for the Contracting Officer to bill the Contractor for the Government's additional inspection cost in accordance with the contract clause titled "Inspection of Construction".

3.9 DOCUMENTATION

The Contractor shall maintain current records providing factual evidence that required quality control activities and/or tests have been performed. These records shall include the work of subcontractors and suppliers and shall be on an acceptable form that includes, as a minimum, the following information:

a. Contractor/subcontractor and their area of responsibility.

b. Operating plant/equipment with hours worked, idle, or down for repair.

c. Work performed each day, giving location, description, and by whom. When Network Analysis (NAS) is used, identify each phase of work performed each day by NAS activity number.

d. Test and/or control activities performed with results and references to specifications/drawings requirements. The control phase should be identified (Preparatory, Initial, Follow-up). List deficiencies noted along with corrective action.

e. Quantity of materials received at the site with statement as to acceptability, storage, and reference to specifications/drawings requirements.

f. Submittals reviewed, with contract reference, by whom, and action taken.

g. Off-site surveillance activities, including actions taken.

h. Job safety evaluations stating what was checked, results, and instructions or corrective actions.

i. Instructions given/received and conflicts in plans and/or specifications.

j. Contractor's verification statement.

These records shall indicate a description of trades working on the project; the number of personnel working; weather conditions encountered; and any delays encountered. These records shall cover both conforming and deficient features and shall include a statement that equipment and materials incorporated in the work and workmanship comply with the contract. The original and one copy of these records in report form shall be furnished to the Government daily within 12 hours after the date covered by the report, except that reports need not be submitted for days on which no work is performed. As a minimum, one report shall be prepared and submitted for every 7 days of no work and on the last day of a no work period. All calendar days shall be accounted for throughout the life of the contract. The first report following a day of no work shall be for that day only. Reports shall be signed and dated by the CQC System Manager. The report from the CQC System Manager shall include copies of test reports and copies of reports prepared by all subordinate quality control personnel.

3.10 SAMPLE FORMS

a. Minimum construction quality control report and the required preparatory and initial inspection documentation.

b. All tests of piping systems or portions thereof shall be recorded on the "Piping System Test Report.

c. Maintain current records of drilled pier construction and furnish to the Contracting Officer on a weekly basis detailed reports recorded on SWF Form 1175-J, "Construction Record Drilled Piers.

d. When operation and maintenance instructions for equipment are furnished to Government representatives by the Contractor, the Contractor's representative shall record on a form similar to that attached hereto the applicable data, including the name, organization, and signature of each person attending the instructions.

Sample forms enclosed at the end of this section.

3.11 NOTIFICATION OF NONCOMPLIANCE

The Contracting Officer will notify the Contractor of any detected noncompliance with the foregoing requirements. The Contractor shall take immediate corrective action after receipt of such notice. Such notice, when delivered to the Contractor at the work site, shall be deemed sufficient for the purpose of notification. If the Contractor fails or refuses to comply promptly, the Contracting Officer may issue an order stopping all or part of the work until satisfactory corrective action has been taken. No part of the time lost due to such stop orders shall be made the subject of claim for extension of time or for excess costs or damages by the Contractor.

SAMPLE FORMS

Sample QC forms follow this page.

(Sample of typical Contractor Quality Control Report)

CONTRACTOR'S NAME
(Address)

DAILY CONSTRUCTION QUALITY CONTROL REPORT

Date: ________________ Report No. ___________

Contract No.: ____________________________________________

Description and Location of work:

_______________________________________________

_______________________________________________

WEATHER: (Clear) (P. Cloudy) (Cloudy);
Temperature: ________ Min. ________ Max;
Rainfall ________ inches.

Contractor/Subcontractors and Area of Responsibility with Labor Count for Each

a. ____________________________________________

b. ____________________________________________

c. ____________________________________________

d. ____________________________________________

Equipment Data: (Indicate items of construction equipment, other than hand tools, at the job site, and whether or not used.)

_______________________________________________

_______________________________________________

1. Work Performed Today: (Indicate location and description of work performed. Refer to work performed by prime and/or subcontractors by letter in Table above. If no work is performed, report the reason.)

_______________________________________________

_______________________________________________

2. Results of Surveillance: (Include satisfactory work completed, or deficiencies with action to be taken.)

a. Preparatory Inspection: ______________________

b. Initial Inspection: ______________________

c. Follow-up Inspections: ______________________

3. Test Required by Plans and/or Specifications performed and Results of Tests:

______________________

______________________

4. Verbal Instructions Received: (List any instructions given by Government personnel on construction deficiencies, retesting required, etc., with action to be taken.)

______________________

______________________

______________________

______________________

5. Remarks: (Cover any conflicts in plans, specifications, or instructions or any delay to the job.)

______________________

______________________

______________________

______________________

6. Results of Safety Inspection: (Include safety violations and corrective actions taken.)

______________________

______________________

______________________

______________________

______________________
Contractor's Inspector

CONTRACTOR'S VERIFICATION: The above report is complete and correct and all material and equipment used and work performed during this reporting period are in compliance with the contract plans and specifications except as noted above.

______________________________________________

Contractor's Chief of Quality Control

NOTE:
DO NOT LEAVE REPORT ITEMS BLANK

Items 1. through 6. must be reported every day. If there is no other report on an item, enter the work "none" in the reporting space. Reports with items left blank will be returned as incomplete.

Page 2

PREPARATORY PHASE CHECKLIST

Contract No.__________________ Date:______________________

Definable Feature:________________ Spec Section:________________

Gov't Rep Notified ________ Hours in Advance Yes________ No_______

I. Personnel Present:

| Name | Position | Company/Government |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |
| 7. | | |
| 8. | | |
| 9. | | |
| 10. | | |

(List additional personnel on reverse side)

II. Submittals

1. Review submittals and/or submittal log 4288.
   Have all submittals been approved? Yes_________ No_________

If no, what items have not been submitted?

a.________________________________________________________

b.________________________________________________________

c.________________________________________________________

PPC Page 1

2. Are all materials on hand? Yes_________ No__________

If no, what items are missing?

a.___________________________________________________________________

___________________________________________________________________

b.___________________________________________________________________

___________________________________________________________________

c.___________________________________________________________________

___________________________________________________________________

3. Check approved submittals against delivered materials. (This should be done as material arrives.)

Comments_____________________________________________________________

___________________________________________________________________

___________________________________________________________________

___________________________________________________________________

___________________________________________________________________

___________________________________________________________________

___________________________________________________________________

III. Material storage

Are materials stored properly? Yes___________ No ____________

If No, what action is taken?_______________________________________

___________________________________________________________________

___________________________________________________________________

___________________________________________________________________

IV. Specifications

1. Review each paragraph of specifications.

___________________________________________________________________

___________________________________________________________________

___________________________________________________________________

2. Discuss procedure for accomplishing the work.

___________________________________________________________________

___________________________________________________________________

___________________________________________________________________

3. Clarify any differences.

___________________________________________________________________

___________________________________________________________________

___________________________________________________________________

V. Preliminary Work and Permits

Ensure preliminary work is correct and permits are on file.
If not, what action is taken? ____________________________________

___________________________________________________________________

___________________________________________________________________

PPC Page 2

VI. Testing

1. Identify test to be performed, frequency, and by whom.

2. When required?

3. Where required?

4. Reviewing Testing Plan.

5. Have test facilities been approved?

VII. Safety

1. Review applicable portion of EM 385-1-1.

2. Activity Hazard Analysis approved? Yes ________ No ________

VIII. Corps of Engineers comments during meeting.

CQC REP

PPC Page 3

# INITIAL PHASE CHECKLIST

Contract No.________________ Date:____________________

Definable Feature:______________

Gov't Rep Notified _______ Hours in Advance Yes_______ No______

I. Personnel Present:

| Name | Position | Company/Government |
|---|---|---|

1. ________________________________________________
2. ________________________________________________
3. ________________________________________________
4. ________________________________________________
5. ________________________________________________
6. ________________________________________________
7. ________________________________________________
8. ________________________________________________
9. ________________________________________________
10. ________________________________________________

(List additional personnel on reverse side)

IC Page 1

II.
Identify full compliance with procedures identified at preparatory. Coordinate plans, specifications, and submittals.

Comments

________________________________________________________________

III. Preliminary Work. Ensure preliminary work is complete and correct. If not, what action is taken?

________________________________________________________________

IV. Establish Level of Workmanship.

1. Where is work located?________________________________________

2. Is a sample panel required? Yes ______ No ______

3. Will the initial work be considered as a sample?

   Yes _________ No _____________

   (If yes, maintain in present condition as long as possible.)

V. Resolve any differences.

Comments

________________________________________________________________

IC Page 2

VI. Check Safety

Review job conditions using EM 385-1-1 and job hazard analysis.

Comments__________________________________________________________

______________________________________________________________

______________________________________________________________

______________________________________________________________

______________________________________________________________

______________________________________________________________

______________________________________________________________

______________________________________________________________

______________________________________________________________

______________________________________________________________

______________________________________________________________

______________________________________________________________

______________________________________________________________

______________________________

CQC REP

IC Page 3

PIPING SYSTEM TEST REPORT

STRUCTURE OR BUILDING ____________________

CONTRACT NO. ____________________

DESCRIPTION OF SYSTEM OR PART OF SYSTEM TESTED: ____________________

DESCRIPTION OF TEST: ____________________

NAME AND TITLE OF PERSON IN CHARGE OF PERFORMING TESTS FOR CONTRACTOR:

NAME ____________________

TITLE ____________________

SIGNATURE ____________________

I HEREBY CERTIFY THAT THE ABOVE DESCRIBED SYSTEM HAS BEEN TESTED AS INDICATED ABOVE AND FOUND TO BE ENTIRELY SATISFACTORY AS REQUIRED IN THE CONTRACT SPECIFICATIONS.

SIGNATURE OF INSPECTOR ____________________

DATE ____________________

REMARKS: ____________________

Piping Systems Test Page 1

OPERATION AND MAINTENANCE INSTRUCTIONS

CONTRACT NO.________________________________________

DESCRIPTION________________________________________

LOCATION________________________________________

DATE________________________________________

Operation and maintenance instructions were conducted for______________
(Type of Equipment)

______________ required by section____________, paragraph____________

on ______________________.
(Date)

The following personnel were present:

________________________________________

________________________________________

________________________________________

________________________________________

________________________________________

________________________________________

________________________________________

________________________________________

________________________________________

________________________________________

________________________________________

Instructions were given by________________________________________
(Contractor's Representative)

The personnel identified herein by their signatures certify that they have been instructed in the operation and maintenance of the above-mentioned equipment.

O&M Page 1