**SEDONA CONTRACTING, INC.**
**6800 PARK TEN #135 EAST**
**SA, TX. 78213**
**(210) 736-5335 / FAX (736-1927)**

RECEIVE

DEC 0 7 2000

San Antonio Area Office

# INVOICE

TO: U.S. ARMY CORP OF ENGINEERS
SAN ANTONIO OFFICE
4204 WOODCOCK, STE. 245
SAN ANTONIO, TEXAS 78228-1319

6 DECEMBER 2000

PAY REQUEST #9

RE: VEHICLE OPRATIONS
CONTRACT NUMBER: DACA63-99-C0039

| | | |
|---|---|---|
| CONTRACT AWARD AMOUNT | | $6,077,257.00 |
| TOTAL MODIFICATIONS | | $18,770.00 |
| TOTAL | | $6,096,027.00 |
| PERCENT COMPLETE | 42.76% | $2,606,438.00 |
| STORED MATERIALS (INVOICES ATTACHED) | | $310,025.00 |
| RETAINAGE ON CONCORD SERVICES | | $31,166.00 |
| BOND REIMBURSEMENT | | $54,791:00 |
| LESS PREVIOUS PAYMENTS | | $2,591,008.00 |
| TOTAL AMOUNT DUE | | **$239,498.00** |

Thank You,

Hector Trinidad

SAAO
T.AMRSTRONG/rgg

February 23, 2001
Serial Letter No. DACA63-99-C-039-0059

San Antonio Area Office

SUBJECT: Your Pay Requests No. 09, 10 and No. 11, Contract No. DACA63-99-C-0039, Vehicle Operation/Maintenance Complex, Lackland Air Force Base, San Antonio, TX

Sedona Contracting, Inc.
6800 Park Ten Blvd., Suite 135E
San Antonio, TX 78213

Gentlemen:

Reference your attached FAX dated February 23, 2001 requesting we stop all payment action with respect to your pay requests #09, #10 and #11. This letter confirms we are stopping all action as requested.

Please note however that previous requests #09 and #10 have already been addressed and we were not acting on them. Your request #09 was addressed by our letter dated December 22, 2000 and your request #10 was addressed by our letter dated January 18. 2001. Also, as of this date your invoice #11 is not considered to be proper, and therefore subject to the prompt pay act, in that you have not provided subcontractor data as required by Specification 00700, Contract Clause 532.232-5. This requirement has previously been brought to you attention by our letter dated December 22, 2000. We are also missing documents supporting your request for stored material.

You indicate that you will submit a revised request "by the end of next week." Please be sure to address the requirements of Specification 00700, Contract Clause 532.232-5 when you submit the request. Also, the next payment estimate processed will be #09. Please submit accordingly.

Please call Mr. George A. Cardenas at the Lackland Resident Office, (210) 675-7712, if you have any questions on this matter.

Sincerely,

Thomas L. Armstrong
Administrative Contracting Officer

CF:
CESWF-CT-C (John Rodgers)

Fidelity and Deposit Company
300 Saint Paul PI # 1600
Baltimore, MD 21202

Ag. Zero Infocy - Tom

SEDONA CONTRACTING, INC.
6800 PARK TEN #135 EAST
SA, TX. 78213
(210) 736-5335 / FAX (736-1927)

RECEIVED
APR - 2 2001
San Antonio Area Office

# INVOICE

TO: U.S. ARMY CORP OF ENGINEERS
SAN ANTONIO OFFICE
4204 WOODCOCK, STE. 245
SAN ANTONIO, TEXAS 78228-1319

2 APRIL 2001

PAY REQUEST #9

RE: VEHICLE OPRATIONS
CONTRACT NUMBER: DACA63-99-C0039

| | | |
|---|---|---|
| CONTRACT AWARD AMOUNT | | $6,077,257.00 |
| TOTAL MODIFICATIONS | | $76,849.00 |
| TOTAL | | $6,154,106.00 |
| PERCENT COMPLETE | 63.53% | $3,910,010.00 |
| RETAINAGE WITHHELD FROM SUBCONTRACTORS | | |
| CONCORD SERVICES | $14,500.00 | |
| GATES CONCRETE | $1,750.00 | |
| L.C. MOSEL | $15,000.00 | |
| LEEDER MASONRY | $20,000.00 | |
| M&M CONTRACTING | $45,000.00 | |
| PRO ERECTORS | $14,000.00 | |
| QUALITY FIRE PROTECTION | $3,500.00 | |
| TOTAL RETAINAGE WITHHELD | | $113,750.00 |
| BOND REIMBURSEMENT | | $54,791.00 |
| LESS PREVIOUS PAYMENTS | | $2,407,492.00 |
| TOTAL AMOUNT DUE | | $3,741,469.00 |

PER YOUR REQUEST THIS PAY APPLICATION COMBINES PAY APPLICATIONS FOR NOVEMBER, DECEMBER, AND JANUARY WHICH WERE APPROVED BUT NOT YET PAID.

Thank You,

Hector Trinidad

# Vehicle Operations

| ubcontract | Contract Amt. | Paid |
|---|---|---|
| Beaird Drilling ( Piers ) | $9,675.00 | $6,530.40 |
| Fuquay ( Silt Fence) | $4,800.76 | $2,612.12 |
| Concord Services ( Utilities) | $404,300.00 | $313,507.00 |
| M & M Contracting ( Demolition) | $865,646.00 | $347,351.84 |
| Industrial Forms ( Forms) | $53,750.00 | $36,100.00 |
| Gate Concrete (Precast Concrete Floor) | $17,500.00 | $0.00 |
| L & M Steel ( Reinforcing) | $50,000.00 | $33,961.00 |
| Pro Erectors & Maintenance Inc. ( Structural Steel) | $125,074.50 | $53,414.10 |
| H & M Steel (Structural Steel) | $468,574.00 | $205,000.00 |
| Wesley Thompson ( Steel Doors and Frames) | $13,047.00 | $1,300.00 |
| L.C. Mossel ( HVAC & Plumbing) | $886,108.00 | $91,694.00 |
| Genz Electric, Inc. | $711,512.00 | $370,000.00 |

**SEDONA CONTRACTING, INC.**
6800 PARK TEN BLVD.
SUITE 135E
SAN ANTONIO, TEXAS 78213

Contract number DACA63-99-C0039 Invoice #/Payment Request #9 Payments under fixed-price construction contracts (APR 1989)

## CERTIFICATION

I hereby certify, to the best of my knowledge and belief, that --

(1) The amount requested are only for performance in accordance with the specifications, terms, and conditions of the contract;

(2) Payments to subcontractors and suppliers have been made from previous payments received under the contract, and timely payments will be made from the proceeds of the payment covered by this certification, in accordance with the subcontract agreements and that the requirements of Chapter 39 of Title 31, United States code; and

3) This request for progress payments does not include any amounts which the prime ...tractor intends to withhold or retain from a subcontractor or supplier in accordance with the terms and conditions of the subcontract.

Hector Trinidad, President

4-2-01
Date

RECEIVED
APR - 2 2001
San Antonio Area Office

DEPARTMENT OF THE ARMY
FORT WORTH DISTRICT, CORPS OF ENGINEERS
4204 WOODCOCK, SUITE 245
SAN ANTONIO, TEXAS 78228-1319

SAAO

A.TREVINO/rgg

REPLY TO
ATTENTION OF:

May 18, 2001
Serial Letter No. C-0074

San Antonio Area Office

Subject: Pay Estimate No. 9, Contract No. DACA63-99-C-0039, Vehicle Operations/ Maintenance Complex, Lackland Air Force Base, TX 78236-5000

Sedona Contracting, Inc.
6800 Park Ten Blvd, Ste 135E
San Antonio, TX 78213

Gentlemen:

Your Payment Estimate No. 9 received on May 10, 2001, for the period November 1, 2000 through November 30, 2000, has been approved. The estimate was approved in the amount of $135,982.50. Adjustments from what you requested is shown on the ~~EMG~~ ENG FORM 93.

Please call Mr. George A. Cardenas, Lackland Resident Office, (210) 675-7712, if you have any questions on this matter.

Sincerely,

Thomas L. Armstrong
Administrative Contracting Officer

Enclosure

# PAYMENT ESTIMATE - CONTRACT PERFORMANCE

For use of this form, see ER 37-2-10 and ER 37-345-10

1. INVOICE RECEIVED DATE: 10 May 2001
PAYMENT DUE DATE: 24 May 2001
Sheet of 4

2. CONTRACTOR AND ADDRESS: Sedona Contracting, Inc.
6800 Park Ten Blvd, Ste 135E, San Antonio, TX 78213

3. CONTRACT NO.: DACA63-99-C-0039 NA

4. DISTRICT: Fort Worth District

5. DESCRIPTION OF WORK: Vehicle Operations/Maintenance Complex

6. APPROPRIATION AND PROJECT: 97-NA-X-0510-40E2

7. REQUIRED COMPLETION DATE: 29 Sep 2001

8. LOCATION: Lackland Air Force Base, TX 78236-5000

9. PERIOD COVERED BY THIS ESTIMATE: FROM 01 Nov 2000 THRU 30 Nov 2000

10. JOB ORDER NO.:

11. ESTIMATE NO.: 0009

| ITEM NO. a | DESCRIPTION a | CONTRACT QUANTITY AND UNIT c | CONTRACT UNIT PRICE d | CONTRACT AMOUNT e | TOTAL TO DATE QUANTITY AND UNIT f | TOTAL TO DATE AMOUNT g |
|---|---|---|---|---|---|---|
| | CONTRACT AMOUNT (contract line items - see attached sheets) | | | $6,142,111.51 | 43% | $2,661,228.50 |
| | ADDITIONAL EARNINGS (not included in contract line items) - STORED MATERIALS | | | | | 263,521.00 |
| | SUBCONTRACTOR DEDUCTIONS BY PRIME CONTRACTOR | | | | | [71,250.00 |

INCLUDES MODIFICATIONS THRU
46 % EARNINGS TO DATE
42 % LESS STORED MATERIAL

TOTAL CONTRACT → $6,142,111.51 TOTAL EARNINGS TO DATE → $2,853,499.50

REMARKS
NOTE: Bond included in Item No. 005 at $54,791.00. (Item No. 005 Earnings of $1,396,411.00 + $54,791.00 = $1,451,202.00)

SUBCONTRACTOR RETAINAGE: Concord Services $14,500; Gates Concrete $1,750; LC Mosel $5,000; M&M Contracting $40,000; Pro Erectors $10,000. Total $71,250.

167

CONTINUED ON PAGE 2...

12. PRESENTED FOR PAYMENT
PAYEE | PER
DATE | TITLE

13. APPROVED AMOUNT
rtify that I have checked the quantities covered by this bill or estimate; that work was actually performed; that the quantities are correct and consistent 1 all previous computations as actually checked; that the quantities and ounts are wholly consistent with the requirements of the contract or other ument involved.

ATURE: evino, Alma N. | TITLE: Civil Engineer Tech | DATE

RACTING OFFICER APPROVAL (Signature) | DATE
Thomas L. Armstrong
Administrative Contracting Officer

| 14. | | |
|---|---|---|
| A. PREVIOUS RETAINED PERCENTAGE | $0.00 | |
| B. PREVIOUS OTHER DEDUCTIONS | $269,473.00 | |
| C. PREVIOUS LIQUIDATED DAMAGES | $0.00 | |
| D. PREVIOUS PAYMENTS | $2,407,492.00 | |
| E. PREVIOUS EARNINGS (A + B + C + D) | | $2,676,965.00 |
| F. EARNINGS THIS PERIOD (TOTAL EARNINGS TO DATE MINUS E) | | $176,534.50 |
| G. LESS RETAINED PERCENTAGE | $0.00 | |
| H. LESS OTHER DEDUCTIONS | $76,825.00 | |
| I. TOTAL DEDUCTIONS THIS PERIOD (G + H) | | $76,825.00 |
| J. RETAINAGE REFUND | $0.00 | |
| K. OTHER REFUNDS | $36,273.00 | |
| L. TOTAL REFUNDS THIS PERIOD (J + K) | | $36,273.00 |
| M. LIQUIDATED DAMAGES THIS PERIOD | | $0.00 |
| N. AMOUNT DUE CONTRACTOR (F - I + L - M) | | $135,982.50 |

15. TOTALS TO DATE - ALL INVOICES

| | | | | | |
|---|---|---|---|---|---|
| RETAINED PERCENTAGE | (A + G - J) | $0.00 | LIQ. DAMAGES | (C + M) | $0.00 |
| OTHER DEDUCTIONS | (B + H - K) | $310,025.00 | PAID TO DATE | (D + N) | $2,543,474.50 |

IG FORM 93
1 MAR 78

PREVIOUS EDITION OF THIS FORM IS OBSOLETE

**(USE REVERSE SIDE FOR DETAILED EXLANATION AND -OR REMARKS)

PAYMENT ESTIMATE - CONTRACT PERFORMANCE (Continuatio

PAYMENT ESTIMATE REMARKS CONTINUED...

2. CONTRACT NO. DACA63-99-C-0039 NA

She of 4

3. CONTRACTOR AND ADDRESS Sedona Contracting, Inc.
6800 Park Ten Blvd, Ste 135E, San Antonio, TX 78213

4. PERIOD COVERED BY THIS ESTIMATE
FROM 01 Nov 2000 THRU 30 Nov 2000

REMARKS - CONTINUED...

BLOCK 14.B Previous Other Deductions: $35,000 Subcontractor Retainage for Concord Services (Returned in Block 14.K); $233,200 Non-Payment to H&M Steel; $1,273 Non-Payment to Hughes Supply (Returned in Block 14.K).

BLOCK 14.H Other Deductions: Non-Payment to H&M Steel $76,825 (Total Non-Payment H&M Steel $310,025).

BLOCK 14.K Other Refunds: $35,000 Subcontractor Retainage for Concord Services; $1,273 Hughes Supply.

CURRENT OTHER DEDUCTIONS TOTAL: $310,025 H&M Steel.

168

00384

SEDONA CONTRACTING, INC.
6800 Park Ten Blvd., Suite 135 East
San Antonio, Texas 78213
(210) 736-5335 / Fax 736-1927

RECEIVED

MAY 7 - 2001

San Antonio Area Office

May 4, 2001

Department of the Army
Ft. Worth District, Corps of Engineers
Attn: Mr. Thomas Armstrong
4204 Woodcock, Suite 245
San Antonio, Texas 78228-1319

Re: Pay Request #9

Dear Mr. Armstrong:

Please find attached the revised Pay Request #9 for the month of November 2000. Please note that the original Pay Request #9 submitted in December was submitted with the documentation you had request at that time. I am submitting a revised Pay Request #9 with additional information you have requested which was not requested with the previously submitted pay request #9.

Please process this pay request so that we may pay our subcontractors for the work they have performed back in November.

Thank you,

Hector Trinidad

cc: Gary Shaw

SEDONA CONTRACTING, INC.
6800 PARK TEN #135 EAST
SA, TX. 78213
(210) 736-5335 / FAX (736-1927)

RECEIVED
MAY 7 - 2001
San Antonio Area Office

# INVOICE

TO: U.S. ARMY CORP OF ENGINEERS
SAN ANTONIO OFFICE
4204 WOODCOCK, STE. 245
SAN ANTONIO, TEXAS 78228-1319

6 DECEMBER 2001 (ORIGINAL DATE SUBMITTED)
TODAYS DATE 04 MAY 2001

PAY REQUEST #9

RE: VEHICLE OPRATIONS
CONTRACT NUMBER: DACA63-99-C0039

| | | |
|---|---|---|
| CONTRACT AWARD AMOUNT | | $6,077,257.00 |
| TOTAL MODIFICATIONS | | $18,770.00 |
| TOTAL | | $6,096,027.00 |
| PERCENT COMPLETE | 42.76% | $2,606,661.15 |
| RETAINAGE WITHHELD FROM SUBCONTRACTORS | | |
| CONCORD SERVICES | $14,500.00 | |
| GATES CONCRETE | $1,750.00 | |
| L.C. MOSEL | $5,000.00 | |
| M&M CONTRACTING | $40,000.00 | |
| PRO ERECTORS | $10,000.00 | |
| TOTAL RETAINAGE WITHHELD | | $71,250.00 |
| BOND REIMBURSEMENT | | $54,791.00 |
| LESS PREVIOUS PAYMENTS | | $2,407,492.00 |
| TOTAL AMOUNT DUE | | $73,128.15 |

Thank You,

Hector Trinidad

RECEIVED

MAY 7 - 2001

San Antonio Area Office

**SEDONA CONTRACTING, INC.**
6800 PARK TEN BLVD.
SUITE 135E
SAN ANTONIO, TEXAS 78213

Contract number DACA63-99-C0039 Invoice #/Payment Request #9 Payments under fixed-price construction contracts (APR 1989)

## CERTIFICATION

I hereby certify, to the best of my knowledge and belief, that --

(1) The amount requested are only for performance in accordance with the specifications, terms, and conditions of the contract;

(2) Payments to subcontractors and suppliers have been made from previous payments received under the contract, and timely payments will be made from the proceeds of the payment covered by this certification, in accordance with the subcontract agreements and that the requirements of Chapter 39 of Title 31, United States code; and

(3) This request for progress payments does not include any amounts which the prime contractor intends to withhold or retain from a subcontractor or supplier in accordance with the terms and conditions of the subcontract.

Hector Trinidad, President

5-4-01
Date



00394

## Vehicle Operations
## Period thru Dec. 2000

| Subcontract | Amt. of Subcontract | Amt. of work performed to date | Amt. previously pd. |
|---|---|---|---|
| Beaird Drilling ( Piers ) | $9,675.00 | $6,530.40 | $6,530.40 |
| Fuquay ( Silt Fence) | $4,800.76 | $2,612.12 | $2,612.12 |
| Concord Services ( Utilities) | $404,300.00 | $313,507.00 | $313,507.00 |
| M & M Contracting ( Demolition) | $865,646.00 | $358,142.84 | $347,351.84 |
| Industrial Forms ( Forms) | $53,750.00 | $36,100.00 | $36,100.00 |
| Gate Concrete (Precast Concrete Floor) | $17,500.00 | $15,750.00 | $0.00 |
| L & M Steel ( Reinforcing) | $50,000.00 | $33,961.00 | $33,961.00 |
| Pro Erectors & Maintenance Inc. ( Structural Steel) | $125,074.50 | $89,805.60 | $53,414.10 |
| H & M Steel (Structural Steel) | $468,574.00 | $205,000.00 | $205,000.00 |
| Wesley Thompson ( Steel Doors and Frames) | $13,047.00 | $1,300.00 | $1,300.00 |
| L.C. Mossel ( HVAC & Plumbing) | $886,108.00 | $93,722.00 | $91,694.00 |
| Genz Electric, Inc. | $711,512.00 | $370,000.00 | $370,000.00 |
| Corrugated Erectors, Inc. | $430,000.00 | $0.00 | $0.00 |
| Alamo Waterproofing, Inc. | $27,000.00 | $0.00 | $0.00 |
| Bonded Lightning Protection Systems | $13,375.00 | $0.00 | $0.00 |
| Fencecrete America, Inc. | $26,124.00 | $0.00 | $0.00 |
| Gordon C. Scott | $33,300.00 | $0.00 | $0.00 |
| Jacinto Felan, Inc. | $20,000.00 | $0.00 | $0.00 |
| Leeder Masonry | $269,000.00 | $11,512.50 | $11,512.50 |
| Maldonado Nursery and Landscaping | $26,650.00 | $0.00 | $0.00 |
| Overhead Door Company | $74,762.00 | $0.00 | $0.00 |
| Quality Fire Protection | $56,000.00 | $0.00 | $0.00 |
| Rodriquez and Sons | $4,460.00 | $0.00 | $0.00 |
| Samuals Glass Company | $45,000.00 | $0.00 | $0.00 |
| an Antonioo Floor Finishers | $9,600.00 | $0.00 | $0.00 |
| San Antonio Tile Company | $28,400.00 | $0.00 | $0.00 |
| Service Shade Shop | $985.00 | $0.00 | $0.00 |

# SEDONA CONTRACTING, INC.

6800 Park Ten Blvd., Suite 135E
San Antonio, Texas 78213

Telephone (210) 736-5335
Fax (210) 736-1927

January 4, 2000
Serial No.: 99-0039-0087

US Army Corps of Engineers
4204 Woodcock, Suite 245
San Antonio, Texas 78228-1319
C/O: Mr. Thomas L. Armstrong
Project: BC Vehicle OPS/Maintenance Complex
Lackland Air Force Base
Contract No.: DACA63-99-C-0039

Ref: Letter issued December 22, 2000 on Pay Request No. 9

Dear Mr. Armstrong:

This is to clarify the misinterpretation of Item #8 Paragraph b. of the Narrative for November submitted with Pay Request No.9. The sentence reads "Installation of new main storm sewer lines at the east side of Area "A" is again at a complete standstill." This work is being performed by the Utilities subcontractor not the Site subcontractor. The area in question is Area "A". The remobilization that is mentioned is in regards to the equipment required to install the new storm sewer lines in Area "A", which is not the same equipment required to repair the cathodic protection or the cleaning of the new storm sewer lines installed at Area "B" and "C". I hope this will clarify this issue. If you require any further information please do not hesitate to call Arthur R. Perez @ (210) 673-0699.

Sincerely,

Arthur R. Perez
Arthur R. Perez
CQCM

Cc
Hector Trinidad
George Cardenas
File

ok.

A.TREVINO/cf

January 18, 2001

San Antonio Area Office

SUBJECT: Pay Request No. 10, Contract No. DACA63-99-C-0039, Vehicle Operation/Maintenance Complex, Lackland Air Force Base, San Antonio, TX

Sedona Contracting, Inc.
6800 Park Ten Blvd., Suite 135E
San Antonio, TX 78213

Gentlemen:

Reference your Pay Request No. 10 received January 12, 2001. We cannot process this pay request until about three more weeks. Based on the meeting that was held in Fort Worth with the surety and Sedona on the phone, a court order was issued by a judge that requires that a joint account be setup and payments from this contract be deposited there. The joint account has been set up and Fort Worth District has the information. Mr. John Rodgers informed you at the meeting that it would take approximately three weeks for the District to set up the new account in the Corps of Engineers' Finance Management System (CEFMS). Until this is set up, we cannot make payments.

Also we do not consider your Pay Request No. 10 a valid pay request. Before we can process the payment you must submit the Progress Narrative, Monthly Exposure Report and First Aid Case History Report for the Month of December. These documents were not received with your Pay Request No. 10.

Please call Mr. George A. Cardenas at the Lackland Resident Office, (210) 675-7712, if you have any questions on this matter.

Sincerely,

Thomas L. Armstrong
Administrative Contracting Officer

g! LEO
2-20-01

RECEIVED
FEB 16 2001
San Antonio Area Office

SEDONA CONTRACTING, INC.
6800 PARK TEN #135 EAST
SA, TX. 78213
(210) 736-5335 / FAX (736-1927)

# INVOICE

TO: U.S. ARMY CORP OF ENGINEERS
SAN ANTONIO OFFICE
4204 WOODCOCK, STE. 245
SAN ANTONIO, TEXAS 78228-1319

15 February 2001

PAY REQUEST #11 JAN 01

RE: VEHICLE OPRATIONS
CONTRACT NUMBER: DACA63-99-C0039

| | | |
|---|---|---|
| CONTRACT AWARD AMOUNT | | $6,077,257.00 |
| TOTAL MODIFICATIONS | | $35,930.00 |
| TOTAL | | $6,113,187.00 |
| PERCENT COMPLETE | 57.69% | $3,527,001.00 |
| STORED MATERIALS | | $310,025.00 |
| RETAINAGE ON CONCORD SERVICES | | $31,166.00 |
| BOND REIMBURSEMENT | | $54,791.00 |
| LESS PREVIOUS PAYMENTS | | $3,377,368.00 |
| TOTAL AMOUNT DUE | | **$373,701.00** |

Thank You,

Hector Trinidad

**SEDONA CONTRACTING, INC.**
6800 PARK TEN BLVD.
SUITE 135E
SAN ANTONIO, TEXAS 78213

Contract number DACA63-99-C0039 Invoice #/Payment Request #11 Payments under fixed-price construction contracts (APR 1989)

## CERTIFICATION

I hereby certify, to the best of my knowledge and belief, that --

(1) The amount requested are only for performance in accordance with the specifications, terms, and conditions of the contract;

(2) Payments to subcontractors and suppliers have been made from previous payments received under the contract, and timely payments will be made from the proceeds of the payment covered by this certification, in accordance with the subcontract agreements and that the requirements of Chapter 39 of Title 31, United States code; and

(3) This request for progress payments does not include any amounts which the prime contractor intends to withhold or retain from a subcontractor or supplier in accordance with the terms and conditions of the subcontract.

Hector Trinidad, President

2-15-01
Date

RECEIVED
FEB 16 2001
San Antonio Area Office

file AT

SAAO

**DEPARTMENT OF THE ARMY**
FORT WORTH DISTRICT, CORPS OF ENGINEERS
4204 WOODCOCK, SUITE 245
SAN ANTONIO, TEXAS 78228-1319

A.TREVINO/rgg

REPLY TO
ATTENTION OF:

August 1, 2001
Serial Letter No. C-0091

San Antonio Area Office

Subject: Pay Request No. 11 Rejected, Contract No. DACA63-99-C-0039, Vehicle Operations/Maintenance Complex, Lackland Air Force Base, San Antonio, TX

Sedona Contracting, Inc.
6800 Park Ten Blvd, Ste 135E
San Antonio, TX 78213

Gentlemen:

Your Payment Request No. 11 received on June 25, 2001, for work performed up until June, 2001 cannot be processed at this time. We are in receipt of your claim and it is being processed for the Contracting Officer's review. Payment cannot be made until the Contracting Officer has made a decision on your claim.

Please call Mr. Manuel Fano at the Lackland Resident Office, (210) 675-7712, if you have any questions on this matter.

Sincerely,

Roger R. Anderson
Chief, Contract Support Branch

**SEDONA CONTRACTING, INC.**
**6800 Park Ten Blvd., Suite 135 East**
**San Antonio, Texas 78213**
**(210) 736-5335 / Fax 736-1927**

October 25, 1999

Department of the Army
Corps of Engineers, Fort Worth District
Contracting Division
Post Office Box 17300
819 Taylor Street, Room 2A19
Fort Worth, Texas 76102-0300

Certified Mail
#7099-3400-0019-5234-6727

Re: Principal: Sedona Contracting, Inc.
Obligee: Department of the Army
Corps of Engineers, Fort Worth District
Contract No.: DACA63-99-C-0039
Project: No. 84; BC - Vehicle
Operations/Maintenance Complex
Performance Bond:
Surety: The Fidelity & Deposit Companies

Dear Sir:

This is to advise you that the Principal, Sedona Contracting, Inc., the contractor on the above-referenced construction project, is unable to perform or complete the performance of the work or comply with its contractual obligations on the above Project, and is in default under the above Contract for the Project. Therefore, the Principal hereby irrevocably and voluntarily abandons and terminates the above construction Contract effective upon your receipt of this letter. The Surety for the Principal, The Fidelity & Deposit Company of Maryland, will be in contact with you within a short period of time to discuss this matter.

Very truly yours,

SEDONA CONTRACTING, INC.

Hector Trinidad, President

HT/jb
cc: Ms Wanda L. Gage
Fidelity and Deposit Company of Maryland
12222 Merit Drive, Suite 1350
Dallas, Texas 75251

**SEDONA CONTRACTING, INC.**
**6800 Park Ten Blvd., Suite 135 East**
**San Antonio, Texas 78213**
**(210) 736-5335 / Fax 736-1927**

October 25, 1999

Department of the Army
Corps of Engineers, Fort Worth District
Contracting Division ATTN: RUBY
Post Office Box 17300
819 Taylor Street, Room 2A19
Fort Worth, Texas 76102-0300

| | |
|---|---|
| Re: Principal: | Sedona Contracting, Inc. |
| Obligee: | Department of the Army, Corps of Engineers, Fort Worth District |
| Contract No.: | DACA63-99-C-0039 |
| Project: | No. 84; BC - Vehicle Operations/Maintenance Complex, Lackland AFB |
| Performance Bond: | |
| Surety: | The Fidelity & Deposit Companies |

Dear Sir:

This is to advise you that the Principal, Sedona Contracting, Inc., hereby irrevocably requests that any and all payments due or to become due of any kind or nature on account of the above described Contract and Project be made payable to the Principal and The Fidelity & Deposit Companies, which is the Surety on the Performance Bond and the Labor and Material Payment Bond for the above Project. All such joint check payments should be forwarded directly to: Fidelity and Deposit Company of Maryland, Attention: Ms Wanda L. Gage, 12222 Merit Drive, Suite 1350, Dallas, Texas 75251.

Please be advised that the Surety agrees to this arrangement. Furthermore, there will be no modification or change in these instructions without the written authorization and express consent of the Surety.

Very truly yours,

SEDONA CONTRACTING, INC.,

Hector Trinidad, President

HT/jb
cc: Ms Wanda L. Gage
Fidelity and Deposit Company of Maryland
12222 Merit Drive, Suite 1350
Dallas, Texas 75251

B28

The F&D Companies

The Fidelity and Deposit Companies
Claim Division
3910 Keswick Road, 5th Floor (21211)
P.O. Box 17069
Baltimore, MD 21297-1069

Phone: 800-654-5855, Ext. 7
Fax: 800-329-6105
Email: darrell.leonard@zurichus.com

October 30, 2000

Department of the Army
Corps of Engineers, Fort Worth District
Post Office Box 17300, Contracting
819 Taylor Street, Room 2A19
Fort Worth, TX 76102-0300

RE: Contract No. DACA63-99-C-0039

Dear Sir:

The Fidelity and Deposit Company of Maryland hereby requests that the Department of the Army comply with the attached direction with regard to the payment of any contract funds on the Vehicle Operations/Maintenance Complex, Contract No. DACA63-99-C-0039.

Thank you for your attention to this matter.

Very truly yours,

Darrell Leonard
Claims Attorney

**SEDONA CONTRACTING, INC.**
**6800 Park Ten Blvd., Suite 135 East**
**San Antonio, Texas 78213**
**(210) 736-5335 / Fax 736-1927**

January 22, 2001

Department of the Army
Corp Of Engineers, For Worth District
Contracting Division
Post Office Box 17300
819 Taylor Street, Room 2A19
Fort Worth, Texas 75102-0300

Ref: Contract Number DACA63-99-C-0039
Operation/Maintenance Complex

Mr. Scott

We are sorry to have such turmoil within the contract, however we are involved in a situation where we believe that our bonding company is being vindictive and conspiring to force us into default on our projects. We now have another twist in the saga.

Recently we sent you a letter asking that you forward the money to the joint accounts at Broadway Bank. The joint accounts consisted of Sedona Contracting and Fidelity and Deposit.

With this joint account we were to issue checks to all subcontractors, material suppliers and labor payroll. The checks were to be signed by myself and forwarded to the bonding company for a joint signature and disbursed to the payee.

On the 19th of January 2001we contacted Mr. Darrell Leonard (F&D Administrator) about the material, subcontractors, and labor checks he had not returned to us for disbursement. We expressed to him our concern about individuals not being paid including subcontractors, material suppliers and our field payroll. We were told by Mr. Leonard that this was Sedona's problem to deal with not his.

As you can see with this situation at hand we will not be able to complete the project with this type of conspiracy and sabotage practices. Once the funding gets into the joint account the bonding company can simply sit on the money and not sign any checks at all therefor not paying individuals and forcing the project to go into default.

When the courts gave us direction they asked:

To request the owners to directly deposit the money into the joint account, or

Pay directly to F&D, or

If we receive any funding we are to deposit into the joint account.

Although the bonding company may have made it seem that the court order was directed at you, the owner, this is not the case. The court order was directed at us Sedona Contracting to comply, which we did. A request is simply that a "a request". The decision for you to accept is your own prerogative

At this time we feel that in order to resolve this problem of non funding from the joint account and prevent it from happening in the future, we are requesting that all project funding be disbursed in the same manner it was before our prior request." which was directly to us". This payment direction letter supersedes the previous payment letter dated January 3, 2001.

In the near future we will request from the courts a new type of structure to be implemented so that conspiring and sabotage practices will not be available to the bonding company.

Please take observation of the circumstances that are presented to you.

We feel this is going to be the most effective way for both you the owner and Sedona Contracting to complete your project in a timely and effective manner eliminating the sabotaging actions that the bonding company is taking towards Sedona Contracting. Your project should not be placed in the path of the actions of the bonding company.

I apologize for any inconvenience this may have caused, but let me assure you that Sedona Contracting is more then willing and capable of completing your projects in a timely and effective manner.

Thank you,

Hector Trinidad
President

CC: Theodore M. Bailey, P.C.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
Dec 27 4 45 PM '00
CLERK U.S. DISTRICT COURT WESTERN DISTRICT
BY ________ DEPUTY

THE FIDELITY & DEPOSIT CO., OF MARYLAND, and COLONIAL AMERICAN CASUALTY & SURETY CO.,

Plaintiffs,

v.

SEDONA CONTRACTING, INC., GENZ ELECTRIC, INC., HECTOR J. TRINIDAD AND MONIQUE TRINIDAD,

Defendants.

Civil No. SA-00-CA-1242 HG

**ORDER**

Before the Court is the Report and Recommendation of the United States Magistrate Judge [Docket No. 17] in the above-styled and numbered cause, regarding a motion for preliminary injunction. Defendants have filed their objections [Docket No. 19].

It is the recommendation of the Magistrate Judge that the motion for preliminary injunction be granted. The Court, having reviewed the recommendation and the objections thereto, agrees with, and fully accepts the conclusions reached by the Magistrate Judge in the report.

It is hereby ORDERED that the recommendation be adopted by this Court and the conclusions reached by the Magistrate Judge be incorporated herein.

It is therefore further ORDERED that the Plaintiff's motion for preliminary injunction is

23.

hereby GRANTED as specifically set forth in the Report and Recommendation..

Signed this 27th day of December, 2000

H. F. Garcia
United States District Judge

Sureties, also in violation of the JCTAA.

The Court concludes that plaintiffs' have established they will be irreparably harmed unless the status quo under the agreements is maintained. The Court finds plaintiffs are entitled to current and accurate information about the status quo of the case.

3. **Balancing**

Plaintiffs have shown that the threatened injury outweighs the damage granting the preliminary injunction may cause. Plaintiffs have requested preliminary injunctive relief that preserves the status quo pending the outcome of the trial on the merits and that relief does not appear to be final relief.

4. **Public Interest**

Plaintiffs have shown that granting the preliminary injunction will serve the public interest. The public interest disserved by allowing the bonded project funds to be maintained by defendants in breach of the JCTAA. The public interest would be served by requiring defendants to provide a list of assets available as collateral, as required by the Indemnity Agreement. The relief recommended in this report also appears to be designed to insure that the Sureties obtain and/or maintain fiscal oversight of the federal bonded projects on which there is on-going work. The public as a whole has an interest in the timely and within-budget completion of federal projects.

## VI. RECOMMENDATION

The undersigned recommends that plaintiffs' motion for a preliminary injunction[79] be

---

[79] Docket no. 1.

GRANTED, at the present time, as follows:[80]

1 Sedona is hereby ordered to notify all contract owners on the federal projects bonded by Sureties[81] to direct payment of all contract funds on the respective projects to the corresponding joint control trust account through execution of a modification agreement or otherwise direct payment to be made into the Joint Control Accounts at Broadway Bank, San Antonio, or forward payment to the Sureties, c/o Darrell Leonard, The Fidelity and Deposit Companies of Maryland, P.O. Box 17022, Baltimore MA., 21297-1022. Further, in the event Sedona receives any funds from projects bonded by Sureties from the date of this Order forward, Sedona is hereby ordered to turn over to plaintiffs, for deposit into the proper joint control trust account, any and all funds received on projects bonded by Sureties not directed to Sureties. Defendants are enjoined from depositing funds from projects bonded by Sureties[82] into any account other than the joint control trust account.

2. Defendants are hereby enjoined from interfering with the Sureties' access to all

---

[80] These proposed provisions are adopted from the proposed orders submitted by parties' in post-hearing letter briefs, docket nos. 14 and 15, revised in light of the findings of fact and conclusions of law.

[81] The federal bonded projects are identified as follows: Laredo Border Patrol Station, Bond No. PRF 8131152, Contract No. DACW63-98-0048; Randolph Duplexes, Bond No. PRF 08131154, Contract No. F41691-99-D-002; AAFEES Troop Mall, Bond No. PRF8131177, Contract No. HQ99-PZC-060; and Lackland Air Force Base Vehicle Operation/Maintenance Complex, Bond No. PRF8131176, Contract No. DACA63-99-C-0039.

[82] As noted, the projects bonded by the Sureties are the federal projects listed in the footnote above and the TxDOT Research and Technology Building, Bond No. PRF 8131172, Contract No. 47BCB2034.

project files, plans, contracts, specifications, subcontracts, financial books, records, and accounts owned, controlled or maintained by defendants, either singularly, collectively, or in any combination thereof, including bank account records, together with all other documents in any way relating to the projects bonded by Sureties. The Sureties must provide twenty-four hour notice prior to the inspection of documents, but is not required to provide an index of documents to be inspected by the Sureties. Furthermore, the Sureties are responsible for any and all costs incurred by them in reproducing documents provided by defendants.

3. Defendants are ordered to deposit all funds presently being held by any or all defendants, and which were earned on projects bonded by Sureties, into the joint control trust accounts at Broadway Bank, San Antonio. The initial deposits which cannot be traced to a specific project because of previous commingling will be deposited proportionately based on the remaining work to be preformed. All funds in the joint control trust accounts are to be use for expenses associated with the projects bonded by Sureties, as specified in the JCTAA, including Sedona's general operating and overhead expenses up to $30,000 when supported by documentation showing the expenses are related to the Sureties' bonded projects.

4. Defendants are ordered to provided Sureties with a list of unencumbered collateral in an amount not less than $1.5 million to be pledged to Sureties. The list must be verified by all defendants to provide that all or a portion of the

collateral is unencumbered and to provide a verified valuation as to all collateral. Defendants shall be enjoined and restrained from allowing this listed collateral to be sold, transferred, encumbered, disposed of or otherwise reclassified or dissipated unless and until they have listed other approved collateral sufficient to fully secure this obligation or without Court Order.

In all other respects the motion for preliminary injunction should be **DENIED**.

## VII. INSTRUCTIONS FOR SERVICE AND NOTICE OF RIGHT TO OBJECT/APPEAL

The United States District Clerk shall serve a copy of this Memorandum and Recommendation on each and every party either (1) by certified mail, return receipt requested, or (2) by facsimile if authorization to do so is on file with the Clerk. According to Title 28 U.S.C. § 636(b)(1) and FED. R. CIV. P. 72(b), any party who desires to object to this report must serve and file written objections to the Report and Recommendation within 10 days after being served with a copy unless this time period is modified by the District Court. A party filing objections must specifically identify those findings, conclusions or recommendations to which objections are being made and the basis for such objections; the District Court need not consider frivolous, conclusive or general objections. **Such party shall file the objections with the Clerk of the Court, and serve the objections on all other parties and the Magistrate Judge.** A party's failure to file written objections to the proposed findings, conclusions and recommendations contained in this report shall bar the party from a de novo determination by the District Court.[83] Additionally, any failure to file written objections to the proposed findings, conclusions and

---

[83] See Thomas v. Arn, 474 U.S. 140, 150, 106 S.Ct. 466, 472, 88 L.Ed.2d 435 (1985).

recommendations contained in this Report and Recommendation within 10 days after being served with a copy shall bar the aggrieved party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court.[34]

**SIGNED** and **ENTERED** this 6 day of December, 2000.

Pamela A. Mathy
United States Magistrate Judge

[34] Douglass v. United Services Automobile Ass'n., 79 F.3d 1415, 1428 (5th Cir.1996).

THEODORE M. BAILEY, P.C.
MILAM BUILDING, SUITE 711
115 EAST TRAVIS STREET
SAN ANTONIO, TEXAS 78205-1611
TELEPHONE NO (210) 225-7747
FACSIMILE NO (210) 225-8246
E-MAIL: TMBPC@IDWORLD.NET

THEODORE M. BAILEY
JOHNATHAN M. BAILEY
JACQUELINE Z. NIKODYM

**TELEFAX COVER SHEET**

**DATE/TIME:** January 2, 2001 (5:06PM)

**TO:** Rex Crosswhite

**FROM:** Theodore M. Bailey

**INCLUDING THIS COVER SHEET, THERE WILL BE 9 PAGES TRANSMITTED.**

**RE:** Sedona/F&D

**MESSAGE:** Please see attached.

**SENDING TO TELEFAX NUMBER:** 817-978-2847

**IF ALL PAGES ARE NOT RECEIVED, PLEASE CALL OUR TELEFAX OPERATOR AT (210) 225-7747**

THE INFORMATION CONTAINED IN THIS TELEFAX MESSAGE IS ATTORNEY PRIVILEGE AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT 115 EAST TRAVIS, SUITE 711, SAN ANTONIO, TEXAS 78205. BY UNITED STATES POSTAL SERVICE. THANK YOU.

FILED

THEODORE M. BAILEY, P.C.
MILAM BUILDING, SUITE 711
115 EAST TRAVIS STREET
SAN ANTONIO, TEXAS 78205-1611
TELEPHONE NO. (210) 225-7747
FACSIMILE NO. (210) 225-8246
E-MAIL: TMBPC@IDWORLD.NET

THEODORE M. BAILEY
JOHNATHAN M. BAILEY
JACQUELINE Z. NIKODYM

**TELEFAX COVER SHEET**

**DATE/TIME:** December 29, 2000 (10:02AM)

**TO:** Mr. Hector Trinidad **COMPANY:** Sedona Contracting, Inc.

**FROM:** Theodore M. Bailey

**INCLUDING THIS COVER SHEET, THERE WILL BE 3 PAGES TRANSMITTED.**

**RE:** Sedona/F&D

**MATTER:**

**MESSAGE:** Attached please find the following order.

**SENDING TO TELEFAX NUMBER:** 736-1927

**IF ALL PAGES ARE NOT RECEIVED, PLEASE CALL OUR TELEFAX OPERATOR AT (210) 225-7747**

THE INFORMATION CONTAINED IN THIS TELEFAX MESSAGE IS ATTORNEY PRIVILEGE AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT 115 EAST TRAVIS, SUITE 711, SAN ANTONIO, TEXAS 78205, BY UNITED STATES POSTAL SERVICE. THANK YOU.

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

www.txwd.uscourts.gov

## NOTICE OF ORDERS OR JUDGMENTS
## Fed. R. Civ. P. 77(d)

**Date:** 12/20/00

**To:** Theodore Merrill Bailey
115 East Travis
Suite 711
San Antonio, TX 78205

**Re: Case Number:** 5:00-cv-01242 **Instrument Number:** 23

If this facsimile cannot be delivered as addressed, please call (210) 472-6550.
If this transmission is incomplete, our system will attempt to resend it up to six times.

Number of pages including cover sheet: 3

MEMORANDUM OF LEGAL ADVISOR
SUBJECT: PAYMENTS TO SEDONA CONTRACTORS, INC.

1. Subsequent to my E-mail dated 07 February, I have reconsidered my decision and have determined that payments should be made to a joint account. The basis for my determination are set forth in this memorandum.

2. In an order entered December 27, 1999, Sedona was ordered by the US District Court for the Western District of Texas, San Antonio Division, to notify all contractor owners on the federal project bonded by Fidelity and Deposit Company of Maryland (F&D) to direct payment of all contract funds on the respective projects to a joint control trust account at the Broadway Bank, San Antonio, Texas. The COE was not a part to this action and is not bound by the court order.

3. During a meeting between representatives of the surety, the COE and Sedona on 10 January 2001, Sedona indicated that it would direct future payments to the joint account. Representatives of F&D indicated that they would modify their letter directing that payments not be made to the Sedona to the extent that payments were made to the joint account.

4. Ted Bailey the attorney for Sedona, in a letter dated January 11, 2001 forward a letter from Sedona directing payments to be made to the joint account and provided an account number.

5. In order to change the payment address, Ken Scott of CT contacted Mr. Trinidad, president of Sedona in order to obtain the information necessary to change the electronic transfer. Mr. Trinidad informed Mr. Scott that he was sending the COE a letter revoking his January 3, 2001 letter directing that payments be made to the joint account.

6. In a letter dated January 22, 2001 Sedona complained of various problems with F&D in obtaining co-signed checks from the joint account. Mr. Trinidad termed the courts order a request and felt he had discretion as to whether to obey with the order. Mr. Trinidad indicated that the January 22, 2001 letter superseded his prior letter, but did not state specifically that the prior letter was revoked. Mr. Trinidad stated " pleas take observation of

the circumstances that are presented to you". Thus the letter did not contain a specific revocation of the January 3, 2001 letter.

7. After receiving the January 22, 2001 letter I called Ted Bailey who indicated that he would attempt to have his client comply with the Court order. Mr. Bailey has subsequently declined to represent Sedona.

8. Mr. Scott contacted Mr. Trinidad on January 25, 2001. Mr. Scott was advised that Mr. Trinidad was aware of the consequences of not complying with the Court order, but would not comply.

9.AFEES has a contract with Sedona, bonded by F&D. AFEES has experienced a similar problem on their contract. Based on the fact that Mr. Trinidad did not expressly revoke the January 3, 2001 letter of direction, AFEES will process payments to the joint control account.

10. The COE is in a very precarious situation. We have to balance not breaching the contract with Sedona with our duty to protect the rights and equities of the surety. In that regard we are aware of the following facts:

- F&D has substantial claims on the Laredo Border Patrol job.
- F&D is facing a substantial loss on a TXDOT job bonded for Sedona where Sedona was terminated for default.
- F&D has paid the steel supplier $200,000.00 on the Lackland job.
- We have notice from other subcontractors that they have not been paid on the Lackland job.
- Corrugated Erectors pulled off the Lackland job for a brief period.
- Sedona has no assets other than the contract balance to finance the Lackland job.

Based on these facts, I believe that we would be placing the Government at risk to make payments directly to Sedona. We have no assurance other than Mr. Trinidad's assertions that Sedona can complete the project. Although not technically in default, my experience tells me that Sedona will not complete this project.

11. Based on the fact that Sedona has not specifically revoked the January 3, 2001 letter of direction, I recommend that we process an administrative modification changing the place of payment to the joint account. I believe that his action would protect us both from a breach action by Sedona, and an action by the surety that we failed to secure their interest.

12. The surety has advised me that that they are filing an action in the USDC to cite Trinidad for contempt for failing to follow the Court's order.

Rex Crosswhite
Deputy District Counsel

99-C-0039
Faxed Bonds to Newbasis 5/18/00 (RR)

NewBasis

May 15, 2000

Sedona Construction
6800 Park Ten Blvd. Suite 135E
San Antonio, TX 78213-4204

CERTIFIED MAIL P7099322000060858087O
RETURN RECEIPT REQUESTED

RE: Project location: Lackland Vehicle Operations Complex

Owner of Project: Lackland AFB

Dear Sir:

In accordance with Texas Government Code Ch. 2253, notice is hereby given that NewBasis has furnished precast concrete to Concord Services Corp on the above referenced project during the month of March, 2000.

The description of the materials furnished, claim amounts and delivery dates are generally itemized as follows:

| Materials | Dates Delivered | Claim Amount |
|---|---|---|
| 2 Inlets | March 8, 2000 | $3,940.42 |
| Inlet & Grease Trap | March 10, 2000 | $5,852.98 |
| Inlet | March 16, 2000 | $2,842.45 |
| Inlet | March 16, 2000 | $1,421.22 |
| Vault | March 29, 2000 | $4,133.29 |

The total amount of our claim is $18,190.36. Attached to this invoice is a copy of the original invoice.

Very truly yours,

NewBasis

By: [signature]
Mario Elizondo
Account Collections

CC: Concord Services Corp
(via certified mail)
CC: US Army Corp of Engineers
( via certified mail)

US Army Corps
of Engineers
Fort Worth District

# Facsimile Transmission

From: Robin Revard
Office Symbol: CESWF-CT-CA
Voice Line - 817/978-4419
FAX Line --- 817/978-4547

Date: May 18, 2000
Time: 3:30 PM
Number of Pages: 8
(including this header)

TO: Newbasis ATTN: Mario Elizondo

RE: Copy of Bonds for Project: Lackland Vehicle Ops Complex

In response to your letter dated May 15 and your claim of $18,190.36, I am faxing you a copy of the bonds executed for the General Contractor on this project, Sedona Contracting, Inc. You must present your claim to their surety, Fidelity & Deposit Co. of Maryland.

MY VOICE: 817/978-2134
MY FAX : 817/978-4547

THANK YOU

Robin Revard

ROBIN REVARD, PROCUREMENT TECHNICIAN
CONTRACTING DIVISION, MILITARY BRANCH

# newbasis

# INVOICE 32*231616

*Building Solutions for the Americas*

Newbasis
1900 Rilling Road
San Antonio, TX 78214
Phone: (210) 923-4523
Fax: (210) 921-0473

| SALES ORDER NO. | DATE INVOICED |
|---|---|
| 231576 | 03/08/00 |
| PACKING SLIP NO. | DATE SHIPPED |
| 231576*1 | 03/08/00 |

| | | | |
|---|---|---|---|
| CUSTOMER PURCHASE ORDER NO. | | | |
| SALES REPRESENTATIVE | | CODE | |
| SHIPPED VIA: Truck | | PPD | COL |
| PAYMENT TERMS: Net 30 | | TAX: X | TAX CODE: TX |

| SOLD TO | SHIP TO |
|---|---|
| 32*20328<br>CONCORD SERVICES CORP<br>121 INTERPARK VLCD.<br>SUITE 501<br>SAN ANTONIO TEXAS 78216<br>USA | 32*20328<br>LACKLAND VEHICLE OPERATIONS<br>COMPLEX, LACKLAND AFB<br>SAN ANTONIO, TEXAS<br>USA |

| ITEM | PRODUCT/DESCRIPTION | QTY ORDERED | QTY SHIPPED | QTY B.O. | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|---|
| 001 | DB44-B60-32<br>INLET,48"X48X60" BTM SGI<br>*4 X 4 X 5 GRATE INLET*<br>*W/4 X 4 H20 GALV. STEEL*<br>*GRATE*<br>*0+37 0+092 0+047*<br>*0+00 0+241* | 5 | 0 | 5 | 1,319.00 | 0.00 |
| 002 | DB44-B48-32<br>INLET,48"X48"X48" BTM SGI<br>*4 X 4 X GRATE INLET*<br>*W/4 X 4 H20 GALV. STEEL*<br>*GRATE*<br>*0+255 0+210 0+314* | 3 | 3 | | 1,219.00 | 3,657.00 |

REMITTANCE ADDRESS:
Newbasis
P.O. BOX 843869
DALLAS, TX 75284-3869

| | |
|---|---|
| SUBTOTAL | 3,657.00 |
| TAX | 283.42 |
| U.S.A. DOLLARS = | 3,940.42 |

ALL ORDERS SUBJECT TO CREDIT APPROVAL AND ACCEPTANCE BY SELLER.
ALL SALES ARE SUBJECT TO ACCOMPANYING TERMS AND CONDITIONS AS REI



ORIGINAL

# CONCORD SERVICES CORP.

121 INTERPARK BLVD, SUITE 501 ♦ SAN ANTONIO, TEXAS 78216 ♦ (210) 494-7905 TEL (210) 494-9258 FAX

September 1, 2000

CMR#: P 389 236 097

DACA63-99-C-0059

Hector Trinidad
Sedona Contracting
6800 Park Ten Blvd., Suite 135 E
San Antonio, Texas 78213-4204

Project: Vehicle Operations and Maintenance – Lackland AFB

Dear Mr. Trinidad,

On August 25, 2000, Concord Services remobilized a crew to the BC Vehicle Operations and Maintenance project. This letter is to inform you as of this date we have yet to be paid for our June pay application. In accordance with your subcontract agreement we were to be paid within seven days of Sedona receiving payment from the owner, of which you were paid on August 4th. At the very least, interest is owed on all outstanding balances; and claims for out of sequence work exists.

This is your notification per subcontract agreement article 4.7.1, should we not receive payment for all outstanding balances by close of business Friday, September 1, 2000. Concord Services will not be onsite Tuesday after the holidays. There are no reasons for Sedona to withhold payment. All amounts we are requesting have been paid to Sedona by the owner.

Respectfully yours,

Robert W. Tharp

CC: U. S. Army Corps of Engineers
Frank Wilson
Fax: (817) 978-2150

Trimble Batjer Ins.
Wayne Justice
Fax: (210) 308-9540

Fidelity and Deposits
Tracey Haley
(800) 726-4507

# CONCORD SERVICES CORP.

121 INTERPARK BLVD, SUITE 501 ♦ SAN ANTONIO, TEXAS 78216 ♦ (210) 494-7905 TEL (210) 494-9258 FAX

September 5, 2000

CMR#: P389 236 098

DACA63-99-C-0039

Hector Trinidad
Sedona Contracting
6800 Park Ten Blvd., Suite 135 E
San Antonio, Texas 78213-4204

Project: Vehicle Operations and Maintenance – Lackland AFB

Dear Mr. Trinidad,

On August 25, 2000, Concord Services remobilized a crew to the BC Vehicle Operations and Maintenance project. This letter is to inform you as of this date we have yet to be paid for our June pay application. In accordance with your subcontract agreement, we were to be paid within seven days of Sedona receiving payment from the owner, of which you were paid on August 4th. At the very least, interest is owed on all outstanding balances; and claims for out of sequence work exists.

There are no reasons for Sedona to withhold payment. The owner has paid all amounts we are requesting to Sedona.

Respectfully yours,

Robert W. Tharp

CC: U. S. Army Corps of Engineers
Frank Wilson
Fax: (817) 978-2150

Trimble Batjer Ins.
Wayne Justice
Fax: (210) 308-9540

Fidelty and Deposits
Tracey Haley
(800) 726-4507