# CONCORD SERVICES CORP.

121 INTERPARK BLVD, SUITE 501 ♦ SAN ANTONIO, TEXAS 78216 ♦ (210) 494-7905 TEL (210) 494-9258 FAX

September 6, 2000

CMR#: P 389 236 099

Hector Trinidad
Sedona Contracting
6800 Park Ten Blvd., Suite 135 E
San Antonio, Texas 78213-4204

DACA63-99-C-0039

Project: Vehicle Operations and Maintenance – Lackland AFB

Dear Mr. Trinidad,

On August 25, 2000, Concord Services remobilized a crew to the BC Vehicle Operations and Maintenance project. This letter is to inform you as of this date we have yet to be paid for our June pay application. In accordance with your subcontract agreement, we were to be paid within seven days of Sedona receiving payment from the owner, of which you were paid on August 4th. At the very least, interest is owed on all outstanding balances; and claims for out of sequence work exists.

There are no reasons for Sedona to withhold payment. The owner has paid all amounts we are requesting to Sedona. Cost for this impact to Concord Services is being tabulated and will be forwarded once payment is received.

Respectfully yours,

Robert W. Tharp

CC: U. S. Army Corps of Engineers
Frank Wilson
Fax: (817) 978-4547

Trimble Batjer Ins.
Wayne Justice
Fax: (210) 308-9540

Fidelty and Deposits
Tracey Haley
(800) 726-4507

# CONCORD SERVICES CORP.

121 INTERPARK BLVD, SUITE 501 ♦ SAN ANTONIO, TEXAS 78216 ♦ (210) 494-7905 TEL (210) 494-9258 FAX

September 7, 2000

DACA63-99-C-0039

Mr. Hector Trinidad
Sedona Contracting, Inc.
6800 Park Ten Suite 135 East
San Antonio, Texas 78213

Re: Vehicle Operations Facility
Lackland AFB, Texas

Mr. Trinidad,

I have received your notice to proceed with the items detailed on our proposal dated April 20, 2000 regarding additional demolition and utility work. It appears you have arbitrarily deducted $3,700 from our amount without first discussing the issue with me or any of my staff. This is unacceptable and will not be tolerated.

I also received a notice you have or will deduct $500 from our contract amount for re-routing the storm drain line around the communication line. This too was never agreed to by myself or any of my staff.

As such, you are hereby notified we will not proceed with any change order work without first mutually agreeing to the scope, magnitude and price of the changed work; and second receiving a signed change order from Sedona Contracting, Inc. for that mutually agreeable change order.

Further, Concord Services Corp has still not been paid for our June 30, 2000 pay request. Your company was paid by the government on August 4, 2000 for this period of work and you are illegally withholding my money. You have further broken federal statutes by withholding retainage from my earlier pay applications when the government did not withhold retainage from your payment for my scope of work. My attorney, the contracting officer, your bonding agent and your bonding company have been contacted concerning this breech of contract.

Sincerely,
Concord Services Corp

Robert W. Tharp, Jr.
President

cc: US Army Corp of Engineers, Frank Wilson, FAX 817-978-4547
Trimble Batjer Insurance, Wayne Justice, FAX 210-308-9540
Fidelity & Deposits, Tracey Haley, FAX 800-726-4507





62

J.Curtis/rgg

November 9, 2000
Serial Letter No. 99-C-0039-MSC-0001

San Antonio Area Office

SUBJECT: Miller Act Notification, Contract No. DACA63-99-C-0039, Vehicle Operation/Maintenance Complex, Lackland Air Force Base, San Antonio, Texas

H&M Steel, Inc.
18505 E. Hwy 66
P.O. Box 98
Luther, OK 73054

Gentlemen:

This letter acknowledges receipt of your letter dated November 1, 2000, concerning above subject. By copy furnished, we are providing your information to our District Office in Ft. Worth, Texas for their action. A response to your letter will be made as soon as possible.

Further questions regarding this matter may be referred to Ms. Robin Revard at our Contracting Office in Ft. Worth, at (817) 978-4419.

Sincerely,

Thomas L. Armstrong
Administrative Contracting Officer

CF:
The Fidelity and Deposit Companies
Claim Division
3910 Keswick Road, 5th Floor (21211)
P.O. Box 17069
Baltimore, MD 21297-1069

Sedona Contracting, Inc.
6800 Park Ten Blvd, Suite 135E
San Antonio, Texas 78213

H&M STEEL, INC.

RECEIVED
NOV 0 6 2000
San Antonio

MSC-0018
ACTION: J. CURTIS
cf: PE
cf: ALMA

ACTION

November 1, 2000

U. S. Army Corps of Engineers
San Antonio Area Office
4204 Woodcock, Suite 245
San Antonio, Texas 78228 USA
ATTN: Mr. Tom Armstrong
Via Facsimile: 210-731-3461

In Re: Project Reference: DAC 63-99C-0039
General Contractor: Sedona Contracting
Contract Amount: $473,000.00
Balance Billed and Unpaid: $463,000.00
Balance Unbilled: $10,000.00

Ladies and Gentlemen:

H & M Steel, Inc. provided structural steel for the referenced project and has not been paid in full by the general contractor. We hereby notify you of our claim under the Miller Act in the amount referenced above, and request complete information regarding the performance bond and bonding company provided by the general contractor for this project.

Thank you for your assistance.

H & M Steel, Inc.

Inez Dunn
Controller

AISC CxBg



18505 E. Hwy 66 • P.O. Box 98 • Luther, OK 73054
5.277.3055 • FAX: 405.277.9352
www.hmsteel.com

MSC-0020

cf: PE
cf: AcmA

Hughes SUPPLY, INC.
AMERICAN INDUSTRIAL PRECAST PRODUCTS

RECEIVED
DEC 05 2000
San Antonio Area Office

# LIEN WAIVER
## WAIVER TO AMOUNT INDICATED

STATE OF TEXAS:
COUNTY OF GUADALUPE:

DACA 63-99-C-0039

HUGHES SUPPLY/AMERICAN INDUSTRIAL PRECAST PRODUCTS has contracted with: SEDONA CONTRACTING, INC. to furnished pre-cast concrete accessories on the VEHICLE OPERATIONS PROJECT located in San Antonio, Texas in consideration of the sum of ONE THOUSAND TWO HUNDRED AND SEVENTY-THREE DOLLARS AND NO CENTS ($1,273.00) for invoice 54070 receipt of which is here acknowledged, the undersigned waives any rights to claim a mechanic's lien, or any other lien rights or claims against (a) the real property to which the above materials, labor or skills were supplied (b) the improvements located thereon, (c) the payer or owner, (d) the surety or sureties of the payer or owner to secure payment for any labor, materials of or skills furnished to the above described property. This waiver is only for an amount equal to the amount indicated above.

For purposes of obtaining the above payment, the undersigned further acknowledges that the above described property was furnished by American Industrial Precast Products and that the attached receipts or releases represent payment in full or release in full of all the lien rights and claims by said suppliers and contractors for all labor, services materials and equipment, repairs rental, insurance premiums and taxes arising out of work on this project to the date indicated.

The undersigned has executed the waiver voluntarily and with knowledge of his rights of the laws of the State of Texas.

AMERICAN INDUSTRIAL PRECAST

By: Barnes

Title: TERRITORY MGR.

Dated: 12/1/00

This foregoing was acknowledged before me on this 1st day of December 2000 by __________

Valerie V. Riojas
Notary Public, State of Texas
My Commission Expires October 27, 2001

Valerie V. Riojas
Notary Public
Commission Expires:

00611

J.Curtis/rgg

November 9, 2000
Serial Letter No. 99-C-0039-MSC-0002

San Antonio Area Office

SUBJECT: Miller Act Notification, Contract No. DACA63-99-C-0039, Vehicle Operation/Maintenance Complex, Lackland Air Force Base, San Antonio, Texas

Hughes Supply, Inc.
501 Baxter Street
Seguin, TX 78155

Gentlemen:

This letter acknowledges receipt of your letter dated October 15, 2000, concerning above subject. By copy furnished, we are providing your information to our District Office in Ft. Worth, Texas for their action. A response to your letter will be made as soon as possible.

Further questions regarding this matter may be referred to Ms. Robin Revard at our Contracting Office in Ft. Worth, at (817) 978-4419.

Sincerely,

Thomas L. Armstrong
Administrative Contracting Officer

CF:

Sedona Contracting, Inc.
6800 Park Ten blvd., Suite 135E
San Antonio, Texas 78213

The Fidelity and Deposit Companies
Claim Division
3910 Keswick Road, 5th Floor (21211)
P.O. Box 17069
Baltimore, MD 21297-1069

MSC-0016

Hughes SUPPLY, INC.

AMERICAN INDUSTRIAL PRECAST PRODUCTS

ACTION: JOHN C.
CF: PE
CF: ALMA

**OCTOBER 15, 2000**

**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED 7000 0600 0028 0247 7656**

To: U.S. CORP OF ENGINEERS
4204 Woodcock, Suite 245
San Antonio, Texas 78228-1319

Re: Vehicle Operations at Lackland A.F.B.
San Antonio, Texas

99-C-0039

Hughes Supply/American Pre-Cast ("Claimant") has furnished materials to Sedona Contracting ("Debtor"),a subcontractor on the referenced project. Claimant has not been paid the amounts due it under it's subcontract with Debtor for material furnished during the month of August 2000 in the aggregate amount of $9,424.00, as shown by the invoices attached hereto and incorporated by reference.

This notice is sent to you in conformity with requirements of Section 53.056 of the Texas Property Code in order that you may have an opportunity to see that this unpaid account is paid in full. Should you have any questions concerning this claim, please contact the undersigned.

Sincerely,

Valerie Arguijo

Valerie Arguijo
Accounts Receivable

**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED 7000 0600 0028 0247 7649**

To: Sedona Contracting, Inc.
6800 Park Ten Blvd., Suite 35 F
San Antonio, Texas 78213

RECEIVED
OCT 17 2000
San Antonio Area ...

00613

CUSTOMER FILE

Hughes Supply, Inc.
Concrete Products Division

American Industrial Pre-Cast Products
501 E. Baxter St. • Seguin, TX 78155
830-401-0555 • FAX 830-379-2719
WWW.AMERICAN-PRECAST.COM

| INVOICE Date | Number | Page |
|---|---|---|
| 08/10/2000 | 53399 | 1 |

Type: SO INVOICE

Cust PO: VEHICLE OPS

SOLD TO

SEDONA CONTRACTING, INC. 04SECO
6800 PARK TEN BLVD
SUITE 35 F
SAN ANTONIO, TX
78213

BILL TO

SEDONA CONTRACTING, INC. 04SECO
6800 PARK TEN BLVD
SUITE 35 F
SAN ANTONIO TX 78213

Sales Order ID: 019501 CF:PF
Confirm To: MIKE
Attention:

Reference: VEHICLE OPS

Sales Rep: JLM OE: YP
Region: Class: 04

| Bill To Phone No. | Bill To Fax No. | Resale Number | |
|---|---|---|---|
| 210-736-5335 | 210-736-1927 | | |
| Ship Via | FOB | Freight Terms | Terms |
| OUR TRUCK | SHIPPING POINT | NO CHARGE | NET 30 DAYS |

| Line / Part ID | Description / Customer Part ID | UM / Date | Order Qty / Ship Qty | Unit Price / Extension | Disc / Tax |
|---|---|---|---|---|---|
| 1 | 6'X12'X7' "COMM" MH (18-4"TERM.,3PI,F&G) | EA | | 3990.00 | |
| 2CMH-84B-04 | | 08/09/2000 | 1 | 3990.00 | N |
| | MARK: D | | | | |

LACKLAND A.F.B. VEHICLE OPS.
SAN ANTONIO, TEXAS
P.O. #329825
B.O.L. 46636

Fx'd 10/5/00-BM

| Inv Subtotal | (Disc % ) Inv Disc Amt | Inv Tax Amt | Freight | Invoice Total |
|---|---|---|---|---|
| 3990.00 | | | | 3990.00 |

CUSTOMER FILE

Hughes SUPPLY, INC.
Concrete Products Division

American Industrial Pre-Cast Products
501 E. Baxter St. • Seguin, TX 78155
830-401-0555 • FAX 830-379-2719
WWW.AMERICAN-PRECAST.COM

INVOICE

| Date | Number | Page |
|---|---|---|
| 08/25/2000 | 54070 | 1 |

Type: SO INVOICE

Cust PO: VEHICLE OPS

SOLD TO

SEDONA CONTRACTING, INC. 04SECO
6800 PARK TEN BLVD
SUITE 35 F
SAN ANTONIO, TX
78213

Sales Order ID: 019501
Confirm To: MIKE
Attention:

cf: PE

BILL TO

SEDONA CONTRACTING, INC. 04SECO
6800 PARK TEN BLVD
SUITE 35 F
SAN ANTONIO TX 78213

Reference: VEHICLE OPS

Sales Rep: JLM OE: YP
Region: Class: 04

| Bill To Phone No. | Bill To Fax No. | Resale Number | |
|---|---|---|---|
| 210-736-5335 | 210-736-1927 | | |
| **Ship Via** | **FOB** | **Freight Terms** | **Terms** |
| OUR TRUCK | SHIPPING POINT | NO CHARGE | NET 30 DAYS |

| Line / Part ID | Description / Customer Part ID | UM / Date | Order Qty / Ship Qty | Unit Price / Extension | Disc / Tax |
|---|---|---|---|---|---|
| 1 EMH-72-04 | 6X6X6 EMH W/V-1800-5 "ELECTRIC" F&C | EA 08/24/2000 | 3 / 2 | 2717.00 / 5434.00 | N |

MARK: EMH #1
MARK: EMH #2

LACKLAND A.F.B. - VEHICLE OPS
SAN ANTONIO, TEXAS
B.O.L. #46746

Fx'd 10/5/00-CBM

| Inv Subtotal | (Disc % ) Inv Disc Amt | Inv Tax Amt | Freight | Invoice Total |
|---|---|---|---|---|
| 5434.00 | | | | 5434.00 |



00615

J.Curtis/rgg

November 22, 2000
Serial Letter No. 99-C-0039-MSC-0016

San Antonio Area Office

SUBJECT: Miller Act Notification, Contract No. DACA63-99-C-0039, Vehicle Operation/Maintenance Complex, Lackland Air Force Base, San Antonio, Texas

Hughes Supply, Inc.
501 Baxter Street
Seguin, TX 78155

Gentlemen:

This letter acknowledges receipt of your letter dated November 15, 2000, concerning above subject. By copy furnished, we are providing your information to our District Office in Ft. Worth, Texas for their action. A response to your letter will be made as soon as possible.

Further questions regarding this matter may be referred to Ms. Robin Revard at our Contracting Office in Ft. Worth, at (817) 978-4419.

Sincerely,

Thomas L. Armstrong
Administrative Contracting Officer

CF:

Sedona Contracting, Inc.
6800 Park Ten blvd., Suite 135E
San Antonio, Texas 78213

The Fidelity and Deposit Companies
Claim Division
3910 Keswick Road, 5th Floor (21211)
P.O. Box 17069
Baltimore, MD 21297-1069

MSC-0005

ACTION: J. CURTIS
CF: PE
CF: ALMA

Hughes SUPPLY, INC.

AMERICAN INDUSTRIAL PRECAST PRODUCTS

**NOVEMBER 15, 2000**

**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED**
**#7000 1530 0001 8471 2159**

To: U.S. CORPS OF ENGINEERS.
4204 Woodcock, Suite 245
San Antonio, Texas 78228-1319

99-C-0039

Re: Vehicle Operations at Lackland A.F.B.
San Antonio, Texas

Hughes Supply, Inc./American Pre-Cast has furnished materials to SEDONA CONTRACTING, INC., a subcontractor in the referenced project for use on that project. Claimant has not been paid the amounts due it under its subcontract with Debtor for material furnished in the month of August 2000 for the balance on invoice(s) 54070, in the aggregate amount of $1,273.00, as shown by the invoice(s) attached to this letter and are herein incorporated by reference.

Under mechanic's lien laws of Texas, a supplier of material or labor in connection with a non-residence construction project is required to notify the owner and original contractor of all claims that are not paid by the 15th day of the third calendar month in which unpaid labor was done or material was delivered in whole or in part by the Claimant. Failure to give this notice would cause a Claimant to lose his or her rights under the mechanic's lien laws.

The law further requires that Claimant advise, and we hereby advise you, that if the claim remains unpaid, the owner may be personally liable and the owner's property subjected to a lien unless the owner withholds payments from the contractor for payment of the claim or the claim is otherwise paid or settled.

RECEIV

NOV 16 2000

San Antonio Area

00617

501 BAXTER STREET • SEGUIN, TEXAS 78155 • PHONE: (830) 401-0555 • FAX: (830) 379-2719

Hughes SUPPLY, INC.

AMERICAN INDUSTRIAL PRECAST PRODUCTS

Please consider this a demand for payment of the aforementioned unpaid balance, which is an accrued obligation or is past due under the terms of our subcontract with Debtor.

Should you have any questions concerning this claim, please contact the undersigned.

Sincerely,

Valerie Arguijo

Valerie Arguijo
Accounts Receivable

**<u>VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED</u>**
**<u>#7000 1530 0001 8471 2142</u>**

To: SEDONA CONTRACTING, INC.
6800 Park Ten Blvd., Suite 35 F
San Antonio, Texas 78213

00618

CUSTOMER FILE

Hughes Supply, Inc. Concrete Products Division

American Industrial Pre-Cast Products
501 E. Baxter St. • Seguin, TX 78155
830-401-0555 • FAX 830-379-2719
WWW.AMERICAN-PRECAST.COM

INVOICE

| Date | Number | Page |
|---|---|---|
| 08/25/2000 | 54070 | 1 |

Type: SO INVOICE

Cust PO: VEHICLE OPS

SOLD TO:
SEDONA CONTRACTING, INC. 04SECO
6800 PARK TEN BLVD
SUITE 35 F
SAN ANTONIO, TX
78213

Sales Order ID: 019501
Confirm To: MIKE
Attention:

BILL TO:
SEDONA CONTRACTING, INC. 04SECO
6800 PARK TEN BLVD
SUITE 35 F
SAN ANTONIO TX 78213

Reference: VEHICLE OPS

Sales Rep: JLM OE: YP
Region: Class: 04

| Bill To Phone No. | Bill To Fax No. | Resale Number | |
|---|---|---|---|
| 210-736-5335 | 210-736-1927 | | |
| Ship Via | FOB | Freight Terms | Terms |
| OUR TRUCK | SHIPPING POINT | NO CHARGE | NET 30 DAYS |

| Line Part ID | Description Customer Part ID | UM Date | Order Qty Ship Qty | Unit Price Extension | Disc Tax |
|---|---|---|---|---|---|
| 1 6X6X6 EMH W/V-1800-5 "ELECTRIC" F&C | | EA | 3 | 2717.00 | |
| EMH-72-04 | | 08/24/2000 | 2 | 5434.00 | N |

MARK: EMH #1
MARK: EMH #2

LACKLAND A.F.B. - VEHICLE OPS
SAN ANTONIO, TEXAS
B.O.L. #46746

customer ck#54... Paid $4,161.00 but owe balance of 1,273.00

Fx'd 10/5/06-BM

| Inv Subtotal | (Disc % ) Inv Disc Amt | Inv Tax Amt | Freight | Invoice Total |
|---|---|---|---|---|
| 5434.00 | | | | 5434.00 |



00619

GENZ ELECTRIC, INC.

005421

HUGHES SUPPLY INC. DATE: ./24/00 CHECK # 5421

| INV DATE | JOB # | INVOICE # | BAL PAID | DISCOUNT | NET PAID |
|---|---|---|---|---|---|
| 08/18/00 | 19 | 53399 | 3990.00 | | 3990.00 |
| 08/30/00 | 19 | 54070 amt. not correct, should be $5431.00 | 4161.00 | | 4161.00 |
| | | TOTAL: | 8151.00 | | 8151.00 |

ORIGINAL DOCUMENT IS PRINTED ON CHEMICAL REACTIVE PAPER & HAS A MICROPRINTED BORDER

**GENZ ELECTRIC, INC.**
6800 PARK TEN BLVD., SUITE 135 EAST
SAN ANTONIO, TEXAS 78213
(210) 735-2746

FROST NATIONAL BANK
SAN ANTONIO, TEXAS 78296
30-9/1140

005421
NO. 5421

*** Eight Thousand One Hundred Fifty-One & 00/100 Dollars

DATE 10/24/00 AMOUNT $***8,151.00

PAY TO THE ORDER OF
HUGHES SUPPLY INC.
501 BAXTER STREET
SEGUIN, TX 78155

AUTHORIZED SIGNATURE

THE REVERSE SIDE OF THIS DOCUMENT INCLUDES AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

⑈005421⑈ ⑆114000093⑆ 20 0106739⑈

CARDENAS/mld

November 20, 2000
Serial No. 99-0039-0053

Lackland Resident Office

SUBJECT: Samuels Glass Company, Contract Number DACA63-99-C-0039 BC - Vehicle Operations/Maintenance Complex, Lackland Air Force Base, San Antonio, Texas

Sedona Contracting, Inc.
6800 Park Ten Blvd., Suite 135 East
San Antonio, Texas 78228

Gentlemen:

Reference the enclosed letter from your subcontractor, Samuels Glass Company, dated November 15, 2000 related to the subject contract. Mr. Gilbert Inclan, Project Manager with Samuels Glass Company has sent a copy of the referenced letter to our Area Engineer stating that this is the sixth letter issued by Samuels Glass requesting response from your company.

Our records indicate that your Transmittal Number 08810-02 related to Glazing materials was submitted by your Quality Control Manager on October 12, 2000 and returned to you on October 24, 2000 with comment requesting that drawings be submitted per the contract requirements. Your transmittal 08810-02 directed the Government to see Transmittal Number 08120-01 for the shop drawings. This transmittal no. 08120-01 was submitted by your Quality Control (QC) representative on May 25, 2000.

Both of the transmittal documents referenced above are designated For Information Only (FIO) meaning Contracting Officer approval is not required and will not be given on these submittals. It is the responsibility of your QC representative to review and certify that all FIO submittal data and equipment and/or materials comply with the contract.

Please respond to your subcontractor as he has requested, as soon as possible, to avoid any delays to the project schedule. Any delays experienced as a result of this issue will be your responsibility to resolve in order to complete this project on time.

If you have any questions concerning the above, please do not hesitate to contact my Project Engineer, George Cardenas at (210) 675-7712/7713.

Sincerely,

Manuel Fano
Contracting Officer Representative

CF:
Samuels Glass Company
ATTN: Mr. Gilbert Inclan
221 Newel Avenue
San Antonio, TX 78216

MSC-0004

Est. 1914

# Samuels Glass Co.

PHONE (210) 227-2481
FAX (210) 223-8640

221 NEWELL AVENUE, SAN ANTONIO, TEXAS 78215
P.O. BOX 1769, SAN ANTONIO, TEXAS 78296

FAX (210) 223-8675
CONTRACTING OFFICE

November 15, 2000

cf: PE

Sedona Construction Company
6800 Park Ten Boulevard, Suite 135 East
San Antonio, Texas 78213

Attention: Project Manager

RE: Lackland Air Force Base Vehicle Maintenance
**SIXTH NOTICE**

99-C-0039

Dear Sir,

As per my discussion with Mr. Perez, Samuels Glass Company has not yet, as of November 15th, received approval on the shop drawings we submitted on the 19th of January, 2000.

We have sent **several** written requests, as well as telephone calls and visits to the project site, trying to get these drawings back, all with no success. The latest response was verbal to order material because we would not get a written letter, nor our shop drawings back with an approved stamp or marking.

Samuels Glass Company will **NOT** be held liable for delays as result of this matter, and we will **NOT** order material until we receive, at a ***minimum***, a signed letter stating that the drawings have been reviewed and approved with no exceptions taken.

Your prompt attention to this matter is greatly appreciated.

Respectfully,

Gilbert Inclan
Project Manager

RECEIVED
NOV 16 2000
San Antonio Area Office

cc: Tom Armstrong, Architect

GI/llk

SAMUELS
SAN ANTONIO, TEXAS

J.CURTIS/rgg

January 19, 2001
Serial Letter No. 99-C-0039-MSC-0031

San Antonio Area Office

SUBJECT: Request for Copies of Bond, Contract No. DACA63-99-C-0039, Vehicle Operation/Maintenance Complex, Lackland Air Force Base, San Antonio, Texas

Pro Erectors & Maintenance, Inc.
P.O. Box 276333
Texarkana, Texas 78227

Gentlemen:

This letter acknowledges receipt of your letter dated December 20, 2000, concerning above subject. By copy furnished, we are providing your information to our District Office in Ft. Worth, Texas for their action. A response to your letter will be made as soon as possible.

Further questions regarding this matter may be referred to our Office of Counsel in Ft. Worth, at (817) 978-3561.

Sincerely,

Thomas L. Armstrong
Administrative Contracting Officer

CF:
Sedona Contracting, Inc.
6800 Park Ten blvd., Suite 135E
San Antonio, Texas 78213

Ft. Worth District
ATTN: CESWF-OC

00624



R-28

Action: J. Curtis
CF: A. Trevino
L-RD

RECEIVED
DEC 26 2000
San Antonio Area Office

SWB-0023

**PRO ERECTORS & MAINTENANCE, INC.**
P.O. BOX 276333 SAN ANTONIO, TX 78227
PHONE: (210) 431-9843 FAX: (210) 431-0892

**REQUEST FOR COPY OF MILLER ACT BOND**

December 20, 2000

Tom Armstrong
U.S. Army Corp of Engineers
4204 Woodcock, Ste. 245
San Antonio, TX 78228-1319

Certified Mail – No. Z 325 111 666
Return Receipt Requested

Re: Contract No. DACA63-99-C-0039
Project: BC Vehicle Operations/Maintenance Facility
General Contractor: Sedona Contracting, Inc.
Claimant: Pro Erectors & Maintenance, Inc.
Amount Due: $36,269.10

Dear Mr. Armstrong:

As permitted 40 U.S.C. § 270a, ***et seq.***, a law of the United States commonly referred to as The Miller Act, Pro Erectors & Maintenance, Inc., claimant, having furnished labor and materials in the construction of the above-referenced project, make this affidavit for purposes of obtaining certified copies of the Miller Act payment bond(s) issued on the project(s). Please send certified copies of the payment bond or bonds, and the contracts for which the bond(s) were given, covering work to be performed on the above-described buildings and project by the prime contractor, Sedona Contracting, Inc. Please send these items to the above address. A self-addressed, stamped envelope is provided for your convenience. If there are any fees for costs of preparation fixed by your department secretary or agency head for providing these documents, please advise immediately, and Pro Erectors & Maintenance, Inc. will promptly remit.

Upon my oath I depose and say as follows:

"My name is Edna E. Martinez. I am a resident of Texas and the Secretary of Pro Erectors and Maintenance, Inc. with the mailing address of Post Office Box 276333, San Antonio, Texas 78227. I make this Affidavit on behalf of Pro Erectors and Maintenance, Inc. and am fully authorized to do so.

Pro Erectors and Maintenance, Inc. has furnished labor and materials incorporated and for use on the above referenced project, installed at the above-referenced buildings. Such labor and materials were furnished pursuant to a written contract and at the request of Sedona Contracting Inc., which has failed and refused to pay the balance due for same. The work performed, at the location above-referenced, consisted of furnishing labor and materials including equipment.

Sincerely yours,

Edna E. Martinez
Secretary, Board Member
Pro Erectors & Maintenance, Inc.

SUBSCRIBED AND SWORN TO before me by the said Edna E. Martinez this 20th day of December, 2000, to certify which witness my hand and seal of office.

Notary Public, State of Texas

CLARA C. MARTINEZ
Notary Public
State of Texas
My Comm. Exp. 11-30-2003

cc: Law Offices of Adami, Goldman & Shuffield Inc.
Attn: Mr. James K. Jopling

The F&D Companies

The Fidelity and Deposit Companies
Claim Division
3910 Keswick Road, 5th Floor (21211)
P.O. Box 17069
Baltimore, MD 21297-1069

Phone: 800-654-5155, Ext. 2
Fax: 800-329-6105
Email: darrell.leonard@zurichus.com

January 9, 2001

JAN 16 2001
CESWF-OC

Colleen Villarreal, VP
Summit Interstate Staffing, Inc.
P O Box 691648
San Antonio, TX 78269

RE: Claim #168 003649 Principal: Sedona Contracting, Inc.
Bond #PRF 8131176 Obligee: United States of America
Project: Vehicle Operations Bldg., Lackland AFB
Claimant: Summit Interstate Staffing, Inc.
Claimed Amount: $11,316.56

Dear Ms. Villarreal:

This will acknowledge receipt of and thank you for your correspondence dated December 7, 2000, in connection with the above referenced Bond.

In order that Fidelity and Deposit Company of Maryland may investigate Summit Interstate Staffing, Inc.'s claim, please provide me with the following information or documentation:

1. Copies of any contracts or agreements entered into between Summit Interstate Staffing, Inc. and Concord Services Corp. with respect to this project;

2. Copies of all payment requisitions or invoices generated by Summit Interstate Staffing, Inc. in connection with this project;

3. An accounting detailing all payment requests made and all payments received with respect to the project;

4. A written narrative detailing the nature of the labor or materials supplied to the above referenced project;

5. The last date Summit Interstate Staffing, Inc. performed work on the above referenced project; and

6. Any correspondence between Summit Interstate Staffing, Inc. and Concord Service Corp. or Sedona Contracting, Inc.

Without passing on the merits of your client's claim at this time and reserving all rights and defenses, we are taking this matter up with our bond Principal. By copy of this letter to our bond Principal, I am

requesting that it advise me of its position regarding your claim in writing.

Any further correspondence to Colonial American Casualty and Surety Company and Fidelity & Deposit Company of Maryland should be sent to my attention referencing the captioned claim number.

Very truly yours,

Darrell Leonard
Claims Counsel

cc: Sedona Contracting, Inc.
Corps of Engineers

The Fidelity and Deposit Companies
Claim Division
3910 Keswick Road, 5th Floor (21211)
P.O. Box 17069
Baltimore, MD 21297-1069

Phone: 800-654-5155, Ext. 2
Fax: 800-329-6105
Email: darrell.leonard@zurichus.com

January 9, 2001

Michael Gudknecht
Texana Machinery
P O Box 200170
San Antonio, TX 78220

RE: Claim #168 003649
Bond #PRF 8131176
Project: Vehicle Operations Bldg., Lackland AFB
Claimant: Texana Machinery
Claimed Amount: $16,084.16

Principal: Sedona Contracting, Inc.
Obligee: United States of America

Dear Mr. Gudknecht:

This will acknowledge receipt of and thank you for your correspondence dated December 15, 2000, in connection with the above referenced Bond.

In order that Fidelity and Deposit Company of Maryland may investigate Texana Machinery's claim, please provide me with the following information or documentation:

1. Copies of any contracts or agreements entered into between Texana Machinery and Concord Services Corp. with respect to this project;

2. Copies of all payment requisitions or invoices generated by Texana Machinery in connection with this project;

3. An accounting detailing all payment requests made and all payments received with respect to the project;

4. A written narrative detailing the nature of the labor or materials supplied to the above referenced project;

5. The last date Texana Machinery performed work on the above referenced project; and

6. Any correspondence between Texana Machinery and Concord Service Corp. or Sedona Contracting, Inc.

Without passing on the merits of your client's claim at this time and reserving all rights and defenses, we are taking this matter up with our bond Principal. By copy of this letter to our bond Principal, I am

requesting that it advise me of its position regarding your claim in writing.

Any further correspondence to Colonial American Casualty and Surety Company and Fidelity & Deposit Company of Maryland should be sent to my attention referencing the captioned claim number.

Very truly yours,

Darrell Leonard
Claims Counsel

cc: Sedona Contracting, Inc.
Corps of Engineers

CF: alma
Action: ~~alma~~ LFO Contracts

**Concord Services Corp.**

SWB-0025

Wednesday, January 24, 2001

Mr. Bill Reese
US Army Corp of Engineers, Fort Worth District
Attn: CESWF-AO-S
4204 Woodock, Suite 245
San Antonio, TX 78229-1319

**RE: Contract Correspondence**
**Document Number CON-004**
**Vehicle Operations Facility - Lackland AFB - 9** 99-C-0039

Dear Mr. Reese ,

Attached is our billing numbers 6 and 7 for October and November 2000 respectively. These billings are past due and unpaid by Sedona Contracting, Inc. We are hereby requesting that Concord Services Corporation be paid directly by the US Army Corp of Engineers, Fort Worth District.

In the interim, please let us know if Sedona has been paid for the November billing. Per our last conversation several weeks ago they had not been paid.

As previously discussed, the late or non-payment by Sedona has caused several of Concord's suppliers to suspend credit. This has caused an undue hardship. Please expedite these payments.

Should you need any additional information, please do not hesitate to call.

Respectfully,
Concord Services Corporation

Karl Moser
Project Manager

cc: October and November billings

RECEIVED
JAN 30 2001
San Antonio Area Office

00631

18952 Redland Road · Suite 2B · San Antonio, Texas 78259 · Phone: (210) 494-7905 · Fax: (210) 494-9258 · Email: rtharp@medlin.net

GATE

# Concrete Products

February 12, 2001

Darrell Leonard
The Fidelity and Deposit Companies
Claim Division
3910 Keswick Road, 5th Floor (21211)
P.O. Box 17069
Baltimore, MD 21297-1069

REGISTERED MAIL
RETURN RECEIPT REQUESTED

and

Hector Trinidad
Sedona Contracting, Inc.
6800 Park Ten Blvd., Suite 135E
San Antonio, TX 78213

REGISTERED MAIL
RETURN RECEIPT REQUESTED

Re: Notice of Claim
Project: BC Vehicle Operations and Maintenance Facilities
Prime Contract No: DACA 63-99-C-0039

Dear Sir:

Notice is hereby given that our company, Gate Concrete Products supplied labor and materials in the construction of the above – described project pursuant to a subcontract with Sedona Contracting, Inc.

A copy of the subcontract is attached hereto.

Our company has furnished or performed the following work pursuant to the above agreement on said project: hollow core plank. To date the sum of $ - 0 – has been paid to the undersigned for its work and the remaining balance of $17,500.00 is due and owing. Attached is a copy of our invoice.

Demand is hereby made upon you for payment of said sum.

Info Copy to Rex (OC) 20 Feb 01

Very truly yours,

Peter K. Scowcroft
Vice President

Enclosure: Subcontract Copy
Invoice Copy

CC: Ken Scott
U.S. Army Corps of Engineers
Department of Army – Ft. Worth District
819 Taylor St.
Ft. Worth, TX 76102-0300

CERTIFIED MAIL NUMBER 7099 3400 0016 3757 1390
RETURN RECEIPT REQUESTED

PKS:bs

00632

# CONTINUATION SHEET

AIA DOCUMENT G703

AIA Document G702, APPLICATION AND CERTIFICATE FOR PAYMENT, containing Contractor's signed Certification is attached.
In tabulations below, amounts are stated to nearest dollar.
Use column 1 on contracts where variable retainage for line items may apply.

APPLICATION NO: 7
APPLICATION DATE: 11/23/00
PERIOD TO: 11/23/00
ARCHITECT'S PROJECT NO. DACA63-99-B-0039
PROJECT: Lackland Vehicle Operations Complex

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| | | | WORK COMPLETED | | | | | | |
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G + C) | BALANCE TO FINISH (C-G) | RETAINAGE (IF VARIABLE RATE) |
| 1 | Mobilization | $ 3,500.00 | $ 3,500 | $ - | $ - | $ 3,500 | 100% | $ - | $ - |
| 2 | 6" Sanitary Sewer - Area A (Labor) | $ 4,375.00 | $ 4,165 | $ - | $ - | $ 4,165 | 95% | $ 210 | $ - |
| 3 | 6" Sanitary Sewer - Area A (Material) | $ 4,415.00 | $ 4,325 | $ - | $ - | $ 4,325 | 98% | $ 90 | $ - |
| 4 | 6" Sanitary Sewer - Area C (Labor) | $ 10,500.00 | $ 10,000 | $ - | $ - | $ 10,000 | 95% | $ 500 | $ - |
| 5 | 6" Sanitary Sewer - Area C (Material) | $ 12,600.00 | $ 12,280 | $ - | $ - | $ 12,280 | 97% | $ 320 | $ - |
| 6 | Demo Area A | $ 12,300.00 | $ 12,300 | $ - | $ - | $ 12,300 | 100% | $ - | $ - |
| 7 | Demo Area C | $ 11,750.00 | $ 11,750 | $ - | $ - | $ 11,750 | 100% | $ - | $ - |
| 8 | Domestic Water Area A (Labor) | $ 650.00 | $ 620 | $ - | $ - | $ 620 | 95% | $ 30 | $ - |
| 9 | Domestic Water Area A (Material) | $ 350.00 | $ 330 | $ - | $ - | $ 330 | 94% | $ 20 | $ - |
| 10 | Domestic Water Area C (Labor) | $ 650.00 | $ 620 | $ 30 | $ - | $ 650 | 100% | $ - | $ - |
| 11 | Domestic Water Area C (Material) | $ 350.00 | $ 350 | $ - | $ - | $ 350 | 100% | $ - | $ - |
| 12 | Fireline Area A (Labor) | $ 9,950.00 | $ 9,500 | $ - | $ - | $ 9,500 | 95% | $ 450 | $ - |
| 13 | Fireline Area A (Material) | $ 8,900.00 | $ 8,490 | $ - | $ - | $ 8,490 | 95% | $ 410 | $ - |
| 14 | Fireline Area C (Labor) | $ 11,250.00 | $ 10,700 | $ 550 | $ - | $ 11,250 | 100% | $ - | $ - |
| 15 | Fireline Area C (Material) | $ 17,850.00 | $ 17,000 | $ 850 | $ - | $ 17,850 | 100% | $ - | $ - |
| 16 | Gasline Area A (Labor) | $ 1,150.00 | $ 500 | $ - | $ - | $ 500 | 43% | $ 650 | $ - |
| 17 | Gasline Area A (Material) | $ 2,560.00 | $ 2,000 | $ - | $ - | $ 2,000 | 78% | $ 560 | $ - |
| 18 | Gasline Area C (Labor) | $ 2,250.00 | $ - | $ - | $ - | $ - | 0% | $ 2,250 | $ - |
| 19 | Gasline Area C (Material) | $ 3,250.00 | $ - | $ - | $ - | $ - | 0% | $ 3,250 | $ - |
| 20 | 18" Storm Drain (Labor) | $ 17,000.00 | $ 13,710 | $ 3,290 | $ - | $ 17,000 | 100% | $ - | $ - |
| 21 | 18" Storm Drain (Material) | $ 23,500.00 | $ 22,097 | $ 1,403 | $ - | $ 23,500 | 100% | $ - | $ - |
| 22 | 24" Storm Drain (Labor) | $ 4,500.00 | $ 4,465 | $ - | $ - | $ 4,465 | 99% | $ 35 | $ - |
| 23 | 24" Storm Drain (Material) | $ 8,900.00 | $ 8,598 | $ 302 | $ - | $ 8,900 | 100% | $ - | $ - |
| 24 | 36" Storm Drain (Labor) | $ 35,000.00 | $ 18,350 | $ 3,000 | $ - | $ 21,350 | 61% | $ 13,650 | $ - |
| 25 | 36" Storm Drain (Material) | $ 97,500.00 | $ 82,342 | $ 4,000 | $ - | $ 86,342 | 89% | $ 11,158 | $ - |
| 26 | 42" Storm Drain (Labor) | $ 6,500.00 | $ - | $ - | $ - | $ - | 0% | $ 6,500 | $ - |
| 27 | 42" Storm Drain (Material) | $ 14,000.00 | $ 9,240 | $ - | $ - | $ 9,240 | 66% | $ 4,760 | $ - |
| 28 | Inlets & Manholes (Labor) | $ 8,250.00 | $ 5,640 | $ 2,000 | $ - | $ 7,640 | 93% | $ 610 | $ - |
| 29 | Inlets & Manholes (Material) | $ 39,000.00 | $ 30,384 | $ 6,000 | $ - | $ 36,384 | 93% | $ 2,616 | $ - |
| 30 | 6" Waterline Offsets (Labor) | $ 1,500.00 | $ 1,500 | $ - | $ - | $ 1,500 | 100% | $ - | $ - |
| 31 | 6" Waterline Offsets (Material) | $ 1,000.00 | $ 1,000 | $ - | $ - | $ 1,000 | 100% | $ - | $ - |
| 32 | 10" Waterline Offsets (Labor) | $ 3,650.00 | $ 3,650 | $ - | $ - | $ 3,650 | 100% | $ - | $ - |
| 33 | 10" Waterline Offsets (Material) | $ 1,250.00 | $ 1,250 | $ - | $ - | $ 1,250 | 100% | $ - | $ - |
| 34 | 12" Waterline Offsets (Labor) | $ 3,850.00 | $ 3,850 | $ - | $ - | $ 3,850 | 100% | $ - | $ - |
| 35 | 12" Waterline Offsets (Material) | $ 1,500.00 | $ 1,500 | $ - | $ - | $ 1,500 | 100% | $ - | $ - |
| 36 | Gasline Offset (Labor) | $ 2,150.00 | $ 2,150 | $ - | $ - | $ 2,150 | 100% | $ - | $ - |
| 37 | Gasline Offset (Material) | $ 1,100.00 | $ 1,100 | $ - | $ - | $ 1,100 | 100% | $ - | $ - |
| 38 | 15" Culvert Bid Option 1 (Labor) | $ 1,500.00 | $ 1,200 | $ 300 | $ - | $ 1,500 | 100% | $ - | $ - |
| 39 | 15" Culvert Bid Option 1 (Material) | $ 3,500.00 | $ 2,800 | $ 700 | $ - | $ 3,500 | 100% | $ - | $ - |
| 40 | Gasline Bid Option 1 (Labor) | $ 1,000.00 | $ - | $ - | $ - | $ - | 0% | $ 1,000 | $ - |
| 41 | Gasline Bid Option 1 (Material) | $ 3,250.00 | $ - | $ - | $ - | $ - | 0% | $ 3,250 | $ - |
| 42 | Demo Utility Lines Bid Option 2 | $ 2,000.00 | $ 2,000 | $ - | $ | $ 2,000 | 100% | $ - | $ - |
| 43 | CO #1 - Excav. & Remove Duct Bank Area A | $ 11,922.81 | $ 8,550 | $ - | | $ 8,550 | 72% | $ 3,373 | $ - |
| 44 | CO #2 - Remove RCP & Tie-in Existing manholes in area B | $ 4,800.00 | $ 4,000 | $ - | | $ 4,000 | 83% | $ 800 | $ - |
| | TOTAL | $ 416,722.81 | $ 337,806.00 | $ 22,425.00 | $ - | $ 360,231.00 | 86% | $ 56,491.81 | $ - |

 Copyright 1992

227

00633

# APPLICATION AND CERTIFICATE FOR PAYMENT AIA DOCUMENT G702

| | | | | | | |
|---|---|---|---|---|---|---|
| TO OWNER: | Sedona Contracting, Inc.<br>6800 Park Ten Blvd., Suite 135 E.<br>San Antonio, Texas 78213 | PROJECT: | ...icle Operations Complex<br>Lackland AFB, TX. | APPLICATION NO.:<br>PERIOD TO:<br>PROJECT NOS.: | 7<br>11/23/00<br>DACA63-99-B-0039 | D...ibuted to:<br>__OWNER<br>__ARCHITECT<br>__CONTRACTOR |
| FROM CONTRACTOR: | Concord Services Corp.<br>121 Interpark Blvd. Suite 501<br>San Antonio, Texas 78216 | VIA ARCHITECT: | Merrick & Company<br><br>Denver, Colorado | CONTRACT DATE: | 1/21/00 | __<br>__ |
| CONTRACT FOR: | Site Utilities | | | | | |

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for Payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

1. ORIGINAL CONTRACT SUM $400,000.00
2. Net ...ange by Change Orders $16,722.81
3. ...TRACT SUM TO DATE $416,722.81
4. TOTAL COMPLETED AND STORED TO DATE $360,231.00
   (Column G on G703)
5. RETAINAGE
   a. 10 % of Completed Work $0.00
   (Column D + E G703)
   b. 10 % of Stored Material $0.00
   (Column F on G703)
   Total Retainage (Line 5a + 5b or
   Total in Column I G703) $0.00
6. TOTAL EARNED LESS RETAINAGE $360,231.00
7. LESS PREVIOUS CERTIFICATES FOR PAYMENT $338,256.00
   (Line 6 from prior Certificate)
8. CURRENT PAYMENT DUE **$21,975.00**
9. BALANCE TO FINISH, INCLUDING RETAINAGE
   (Line 3 less line 6) $56,491.81

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | $0 | |
| Total approved this Month | $16,722.81 | |
| TOTALS | $16,722.81 | $0 |
| NET CHANGES by Change Order | | $16,722.81 |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in Accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: [signature]

By: ____________ Date: 11-23-00

State of: Texas
County of: Bexar
Subscribed and sworn to before
me this 23rd day of November, 2000.

Notary Public: [signature]
My Commission Expires: 3-18-01

TIMOTHY R. WILLIAMS My Commission Expires March 18, 2001

COPY FILE

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising this application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED.......................$__________

*(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this Application and on the Continuation Sheet that are changed to conform to the amount certified.)*

ARCHITECT:

By: ____________ Date: ____________

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.



228

00634

# APPLICATION AND CERTIFICATE FOR PAYMENT AIA DOCUMENT G702

TO OWNER: Sedona Contracting, Inc.
6800 Park Ten Blvd., Suite 135 E.
San Antonio, Texas 78213

PROJECT: cle Operations Complex
Lackland AFB, TX.

APPLICATION NO.: 6
PERIOD TO: 10/22/00
PROJECT NOS.: DACA63-99-B-0039

uted to:
__OWNER
__ARCHITECT
__CONTRACTOR
__
__

FROM CONTRACTOR: Concord Services Corp.
121 Interpark Blvd. Suite 501
San Antonio, Texas 78216

VIA ARCHITECT: Merrick & Company
Denver, Colorado

CONTRACT DATE: 1/21/00

CONTRACT FOR: Site Utilities

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for Payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

1. ORIGINAL CONTRACT SUM $400,000.00
2. hange by Change Orders $16,722.81
3. CONTRACT SUM TO DATE $416,722.81
4. TOTAL COMPLETED AND STORED TO DATE $338,256.00
(Column G on G703)
5. RETAINAGE
a. 10 % of Completed Work $0.00
(Column D + E G703)
b. 10 % of Stored Material $0.00
(Column F on G703)
Total Retainage (Line 5a + 5b or
Total in Column I G703) $0.00
6. TOTAL EARNED LESS RETAINAGE $338,256.00
7. LESS PREVIOUS CERTIFICATES FOR PAYMENT $304,956.00
(Line 6 from prior Certificate)
8. CURRENT PAYMENT DUE $33,300.00
9. BALANCE TO FINISH, INCLUDING RETAINAGE
(less line 6) $78,466.81

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | $0 | |
| Total approved this Month | $16,722.81 | |
| TOTALS | $16,722.81 | $0 |
| NET CHANGES by Change Order | | $16,722.81 |

229

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in Accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR:

By: [signature] Date: 10·22·00

State of: Texas
County of: Bexar
Subscribed and sworn to before
me this 22nd day of October, 2000

TIMOTHY R. WILLIAMS My Commission Expires Ma... 2001

FILE

Notary Public: [signature]
My Commission Expires: 3-18-01

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising this application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED.......................................$________

*(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this Application and on the Continuation Sheet that are changed to conform to the amount certified.)*

ARCHITECT:

By:________________ Date:________

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

AIA DOCUMENT G702 * APPLICATION AND CERTIFICATE FOR PAYMENT * 1992 EDITION * (Computer Generated by Concord Services Corp) * Copyright AIA 1992

00635

# CONTINUATION SHEET

AIA DOCUMENT G703



AIA Document G7 PLIACATION AND CERTIFICATE FOR PAYMENT,
containing Contract gned Certification is attached.
In tabulations below, amounts are stated to nearest dollar.
Use column 1 on contracts where variable retainage for line items may apply.

APPLICATION NO: 6
APPLICATION DATE: 10/22/00
PERIOD TO: 10/22/00
ARCHITECT'S PROJECT NO. DACA63-99-B-0039
PROJECT: Lackland Vehicle Operations Complex

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| | | | WORK COMPLETED | | | | | | |
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G + C) | BALANCE TO FINISH (C-G) | RETAINAGE (IF VARIABLE RATE) |
| 1 | Mobilization | $ 3,500.00 | $ 3,500 | $ - | $ - | $ 3,500 | 100% | $ - | $ - |
| 2 | 6" Sanitary Sewer - Area A (Labor) | $ 4,375.00 | $ 4,165 | $ - | $ - | $ 4,165 | 95% | $ 210 | $ - |
| 3 | 6" Sanitary Sewer - Area A (Material) | $ 4,415.00 | $ 4,325 | $ - | $ - | $ 4,325 | 98% | $ 90 | $ - |
| 4 | 6" Sanitary Sewer - Area C (Labor) | $ 10,500.00 | $ 10,000 | $ - | $ - | $ 10,000 | 95% | $ 500 | $ - |
| 5 | 6" Sanitary Sewer - Area C (Material) | $ 12,600.00 | $ 12,280 | $ - | $ - | $ 12,280 | 97% | $ 320 | $ - |
| 6 | Demo Area A | $ 12,300.00 | $ 12,300 | $ - | $ - | $ 12,300 | 100% | $ - | $ - |
| 7 | Demo Area C | $ 11,750.00 | $ 11,750 | $ - | $ - | $ 11,750 | 100% | $ - | $ - |
| 8 | Domestic Water Area A (Labor) | $ 650.00 | $ 620 | $ - | $ - | $ 620 | 95% | $ 30 | $ - |
| 9 | Domestic Water Area A (Material) | $ 350.00 | $ 330 | $ - | $ - | $ 330 | 94% | $ 20 | $ - |
| 10 | Domestic Water Area C (Labor) | $ 650.00 | $ 620 | $ - | $ - | $ 620 | 95% | $ 30 | $ - |
| 11 | Domestic Water Area C (Material) | $ 350.00 | $ 350 | $ - | $ - | $ 350 | 100% | $ - | $ - |
| 12 | Fireline Area A (Labor) | $ 9,950.00 | $ 9,500 | $ - | $ - | $ 9,500 | 95% | $ 450 | $ - |
| 13 | Fireline Area A (Material) | $ 8,900.00 | $ 8,490 | $ - | $ - | $ 8,490 | 95% | $ 410 | $ - |
| 14 | Fireline Area C (Labor) | $ 11,250.00 | $ 10,700 | $ - | $ - | $ 10,700 | 95% | $ 550 | $ - |
| 15 | Fireline Area C (Material) | $ 17,850.00 | $ 17,000 | $ - | $ - | $ 17,000 | 95% | $ 850 | $ - |
| 16 | Gasline Area A (Labor) | $ 1,150.00 | $ - | $ 500 | $ - | $ 500 | 43% | $ 650 | $ - |
| 17 | Gasline Area A (Material) | $ 2,560.00 | $ - | $ 2,000 | $ - | $ 2,000 | 78% | $ 560 | $ - |
| 18 | Gasline Area C (Labor) | $ 2,250.00 | $ - | $ - | $ - | $ - | 0% | $ 2,250 | $ - |
| 19 | Gasline Area C (Material) | $ 3,250.00 | $ - | $ - | $ - | $ - | 0% | $ 3,250 | $ - |
| 20 | 18" Storm Drain (Labor) | $ 17,000.00 | $ 7,210 | $ 6,500 | $ - | $ 13,710 | 81% | $ 3,290 | $ - |
| 21 | 18" Storm Drain (Material) | $ 23,500.00 | $ 20,597 | $ 1,500 | $ - | $ 22,097 | 94% | $ 1,403 | $ - |
| 22 | 24" Storm Drain (Labor) | $ 4,500.00 | $ 1,215 | $ 3,250 | $ - | $ 4,465 | 99% | $ 35 | $ - |
| 23 | 24" Storm Drain (Material) | $ 8,900.00 | $ 6,598 | $ 2,000 | $ - | $ 8,598 | 97% | $ 302 | $ - |
| 24 | 36" Storm Drain (Labor) | $ 35,000.00 | $ 16,350 | $ 2,000 | $ - | $ 18,350 | 52% | $ 16,650 | $ - |
| 25 | 36" Storm Drain (Material) | $ 97,500.00 | $ 79,842 | $ 2,500 | $ - | $ 82,342 | 84% | $ 15,158 | $ - |
| 26 | 42" Storm Drain (Labor) | $ 6,500.00 | $ - | $ - | $ - | $ - | 0% | $ 6,500 | $ - |
| 27 | 42" Storm Drain (Material) | $ 14,000.00 | $ 9,240 | $ - | $ - | $ 9,240 | 66% | $ 4,760 | $ - |
| 28 | Inlets & Manholes (Labor) | $ 8,250.00 | $ 3,640 | $ 2,000 | $ - | $ 5,640 | 68% | $ 2,610 | $ - |
| 29 | Inlets & Manholes (Material) | $ 39,000.00 | $ 28,334 | $ 2,500 | $ - | $ 30,834 | 79% | $ 8,166 | $ - |
| 30 | 6" Waterline Offsets (Labor) | $ 1,500.00 | $ 1,500 | $ - | $ - | $ 1,500 | 100% | $ - | $ - |
| 31 | 6" Waterline Offsets (Material) | $ 1,000.00 | $ 1,000 | $ - | $ - | $ 1,000 | 100% | $ - | $ - |
| 32 | 10" Waterline Offsets (Labor) | $ 3,650.00 | $ 3,650 | $ - | $ - | $ 3,650 | 100% | $ - | $ - |
| 33 | 10" Waterline Offsets (Material) | $ 1,250.00 | $ 1,250 | $ - | $ - | $ 1,250 | 100% | $ - | $ - |
| 34 | 12" Waterline Offsets (Labor) | $ 3,850.00 | $ 3,850 | $ - | $ - | $ 3,850 | 100% | $ - | $ - |
| 35 | 12" Waterline Offsets (Material) | $ 1,500.00 | $ 1,500 | $ - | $ - | $ 1,500 | 100% | $ - | $ - |
| 36 | Gasline Offset (Labor) | $ 2,150.00 | $ 2,150 | $ - | $ - | $ 2,150 | 100% | $ - | $ - |
| 37 | Gasline Offset (Material) | $ 1,100.00 | $ 1,100 | $ - | $ - | $ 1,100 | 100% | $ - | $ - |
| 38 | 15" Culvert Bid Option 1 (Labor) | $ 1,500.00 | $ 1,200 | $ - | $ - | $ 1,200 | 80% | $ 300 | $ - |
| 39 | 15" Culvert Bid Option 1 (Material) | $ 3,500.00 | $ 2,800 | $ - | $ - | $ 2,800 | 80% | $ 700 | $ - |
| 40 | Gasline Bid Option 1 (Labor) | $ 1,000.00 | $ - | $ - | $ - | $ - | 0% | $ 1,000 | $ - |
| 41 | Gasline Bid Option 1 (Material) | $ 3,250.00 | $ - | $ - | $ - | $ - | 0% | $ 3,250 | $ - |
| 42 | Demo Utility Lines Bid Option 2 | $ 2,000.00 | $ 2,000 | $ - | $ - | $ 2,000 | 100% | $ - | $ - |
| 43 | CO #1 - Excav. & Remove Duct Bank Area A | $ 11,922.81 | | $ 8,550 | | $ 8,550 | 72% | $ 3,373 | $ - |
| 44 | CO #2 - Remove RCP & Tie-in Existing manholes in area B | $ 4,800.00 | $ 4,000 | $ - | | $ 4,000 | 83% | $ 800 | $ - |
| | TOTAL | $ 416,723 | $ 304,956 | $ 33,300 | $ - | $ 338,256 | 81% | $ 78,467 | $ - |



230

00636

 99-C-0039

**Bonded** *Lightning Protection Systems*

DALLAS 972-247-1988
FORT WORTH 817-421-4177
LOUISIANA 504-464-8800
HOUSTON 713-688-1909

122 LEESLEY LANE
ARGYLE, TEXAS 76226
940-455-7300
FAX 940-455-2225

SAN ANTONIO 210-657-0400
AUSTIN 512-477-9855
ALABAMA 334-433-4466
WEB: http://www.bondedtx.com/

Genz Electric, Inc.
6800 Park Ten Blvd., Suite 135 East
San Antonio TX 78213

Fed. Tax ID No. 75-2851023
Invoice: 32881
Date: 12/22/00
P.O. No.: Contract
Auth: Hector Trinidad
Terms: Net 30

| JOB DESCRIPTION | AMOUNT DUE |
|---|---|
| Installation of Lightning Protection System<br>**Lackland Air Force Base BC Vehicle Operations Maintenance Complex**<br>**San Antonio TX** | |
| Contract Amount **$13,375.00**<br>40 % Completed **$5,350.00**<br>Less Previous Requests **$4,012.50** | |
| **Amount Due This Request** **$1,337.50** | **$1,337.50** |
| NOTE: This invoice was faxed on 12/22/2000, prior to being mailed...do not duplicate payment processing.<br>**DACA63-99-C-0039**<br>**Thank You!** | |
| Job No.: 80291<br>Division: SAN<br>**NOTE: Payments due and payable in Argyle, Texas.** TOTAL | **$1,337.50** |

**COPY**

Serving Texas, Louisiana and Surrounding Areas Since 1950
TOLL FREE 1-800-950-7933

00637

# Bonded Lightning Protection Systems

DALLAS 972-247-1988
FORT WORTH 817-421-4177
LOUISIANA 504-464-8800
HOUSTON 713-688-1909

122 LEESLEY LANE
ARGYLE, TEXAS 76226
940-455-7300
FAX 940-455-2225

SAN ANTONIO 210-657-0400
AUSTIN 512-477-9855
ALABAMA 334-433-4466
WEB: http://www.bondedtx.com/

Genz Electric, Inc.
6800 Park Ten Blvd., Suite 135 East
San Antonio TX 78213

**Fed. Tax ID No. 75-2851023**

Invoice: 33017

Date: 1/19/01

P.O. No.: Contract
Auth: Hector Trinidad

Terms: Net 30

| JOB DESCRIPTION | | AMOUNT DUE |
|---|---|---|
| Installation of Lightning Protection System<br>Lackland Air Force Base BC Vehicle Operations Maintenance Complex<br>San Antonio TX | | |
| Contract Amount | $13,375.00 | |
| 80 % Completed | $10,700.00 | |
| Less Previous Requests | $5,350.00 | |
| Amount Due This Request | $5,350.00 | $5,350.00 |

NOTE: This invoice was faxed on 1/19/2001, prior to being mailed...do not duplicate payment processing.

Thank You!

Job No.: 80291
Division: SAN
NOTE: Payments due and payable in Argyle, Texas.

| TOTAL | $5,350.00 |
|---|---|

COPY

**DEPARTMENT OF THE ARMY**
FORT WORTH DISTRICT, CORPS OF ENGINEERS
P. O. BOX 17300
FORT WORTH, TEXAS 76102-0300

REPLY TO
ATTENTION OF
Contracting Division

April 30, 2001

Hibler & Sommer
Attn: Richard H. Sommer
9862 Lorene, Ste 200
San Antonio, Texas 78216-4452

Dear Mr. Sommer,

In response to your letter dated April 26, 2001, I am sending you a copy of the payment bond for Contract Number DACA63-99-C-0039, Vehicle Operations and Maintenance Buildings at Lackland AFB, Texas. The general contractor over this project is Sedona Contracting, Inc.

This letter, with the enclosures, is issued for the information of individuals, corporations, or others interested in claims for labor and materials supplied during the course of work on this contract administered by the Corps of Engineers on behalf of the United States.

All this information should be kept for future reference in order to avoid unnecessary correspondence regarding questions answered herein. **The Corps of Engineers is without authority under law to enforce the settlement of claims.**

Please contact Robin Revard, Procurement Technician at 817/978-4419 for answers to any questions you may have in regard to this letter.

Sincerely,

Robin Revard

Robin Revard
Procurement Technician
Contracting Division

Enclosure:
Copy of Payment Bond - DACA63-99-C-0039

99-C-0039

LAW OFFICES OF

HIBLER & SOMMER
(INDIVIDUAL PRACTITIONERS)
LORENE OFFICE PLAZA
9862 LORENE
SUITE 200
SAN ANTONIO, TEXAS 78216-4452

P. OTIS HIBLER

(210) 341-2759

FAX NO. (210) 341-8432

RICHARD H. SOMMER
ADMITTED IN
TEXAS, NEW JERSEY & WISCONSIN

RECEIVED
APR 19 2001

April 11, 2001

Fidelity & Deposit Co.
of Maryland
P.O. Box 227
Baltimore, MD 21203-1227

CERTIFIED MAIL/RETURN RECEIPT
REQUESTED NO. 7099 3400 0018 9366
3389

Sedona Contracting, Inc.
6800 Park ten #135 East
San Antonio, Texas 78213

CERTIFIED MAIL/RETURN RECEIPT
REQUESTED NO. 7099 3400 0018 9366
3372

Lackland AFB
Contract #DACA 63-99-C-0039
San Antonio, Texas 78236

CERTIFIED MAIL/RETURN RECEIPT
REQUESTED NO. 7099 3400 0018 9366
3365

U.S. Army Corps of Engineers
Fort Worth District
1100 Commerce Street
#8B15A
Dallas, Texas 75242-0216

CERTIFIED MAIL/RETURN RECEIPT
REQUESTED NO. 7099 3400 0018 9366
3358

Re: Vehicle Operations and Maintenance Buildings
Lackland AFB, Texas
Contract No. DACA63-99-C-0039
Bond No.PRF08131176
Original contract amount = $6,077,257.00

Dear Sir/Madam:

Please be advised that I represent Leeder Masonry, Inc. of San Antonio Texas. As you may know, Leeder Masonry, Inc. has furnished labor and materials in connection with the construction of the Vehicle Operations and Maintenance Buildings at Lackland Air Force Base in San Antonio, Texas. This work was furnished by Leeder Masonry, Inc. under a contract with Sedona Contracting, Inc., the General or Prime Contractor of this project. Please be advised that Leeder Masonry, Inc. asserts a claim against the payment bond on this Government project as authorized under the Miller Act.

Leeder Masonry, Inc. has not been paid in full for its work on this project. I am enclosing herein an invoice application for Payment showing a balance of $36,315.00 still owed to my client. The amount still due and owing to Leeder Masonry, Inc. after allowing all just and lawful offsets, payments, and credits is $36,315.00. In other words, the unpaid balance owed for these materials and labor is $36,315.00.

The purpose of this letter is to perfect a claim under the Miller Act against the bonding company for Sedona Contracting, Inc. Accordingly, please accept this letter and the enclosed Application for Payment as formal NOTICE OF CLAIM pursuant to 40 U.S.C. Section 270b. By this letter, Leeder Masonry, Inc. is asking the U.S. Government (i.e., the Lackland Air Force officials) and the Fidelity and Deposit Company to withhold $36,315.00 in payments due to Sedona Contracting, Inc. and to instead apply that money toward the payment of Leeder Masonry's debt. It is my understanding that Fidelity and Deposit Company is the bonding company that issued a payment and/or performance bond to protect the government against unpaid subcontractor claims arising out of this project. Please correct me if I am mistaken on this point.

This Written Notice of Claims is provided to you in accordance with 40 USC Section 270a through 270d, United States Code.

Please send me a copy of the payment bond issued to protect subcontractors who furnished labor or materials to this government project. This request is made pursuant to 40 U.S.C. section 270c.

In closing, please call me if you have any questions.

Sincerely,

Richard H. Sommer /se

RICHARD H. SOMMER

RHS/sc

cc: Leeder Masonry, Inc.

C:\My Documents\WORK\MECH-LIE\LETTERS\MILLER ACT Notice against federal govt 4-11-01.wpd

LEEDER MASONRY, INC.
7193 HEUERMANN ROAD
SAN ANTONIO, TEXAS 78256

Invoice No. 010116

January 23, 2001

TO: Sedona Contracting, Inc.
6800 Park Ten Blvd., Ste. 135 East
San Antonio, TX 78213

**Subcontractor Application for Payment**

PROJECT: Construction of LAFB Vehicle Operations & Maintenance Bldgs.
Pay Application No. 1

Statement of Contract Account:

| | |
|---|---|
| Original Contract Amount | $269,000.00 |
| Change Orders: | |
| Adds: | 0.00 |
| Deducts: | 0.00 |
| Adjusted Contract Amount | $269,000.00 |
| Work completed to date | $40,350.00 |
| Materials stored | 0.00 |
| Total earned to date | 40,350.00 |
| Less: Retainage of 10% | 4,035.00 |
| Total earned less retainage | 36,315.00 |
| Less: Payment requested through last Pay Application | 0.00 |
| Amount due Subcontractor this Pay Application | $36,315.00 |

In order to preserve its lien rights under the hardeman Act, we are required by law to advise you that if the invoice remans unpaid, you may be personally liable and your property subjected to a lien unless you take the precaution of withholding from your original contract an amount sufficient to pay it, or unless the invoice is otherwise paid or settled.

Leeder Masonry, Inc.

By: Richard Leeder

LAW OFFICES OF

HIBLER & SOMMER
(INDIVIDUAL PRACTITIONERS)
LORENE OFFICE PLAZA
9862 LORENE
SUITE 200
SAN ANTONIO, TEXAS 78216-4452

P. OTIS HIBLER

(210) 341-2759

FAX NO. (210) 341-8432

RICHARD H. SOMMER
ADMITTED IN
TEXAS, NEW JERSEY & WISCONSIN

April 26, 2001

Fidelity & Deposit Co.
of Maryland
P.O. Box 227
Baltimore, MD 21203-1227

CERTIFIED MAIL/RETURN RECEIPT
REQUESTED NO. 7099 3400 0018 9366
3297

Sedona Contracting, Inc.
6800 Park ten #135 East
San Antonio, Texas 78213

CERTIFIED MAIL/RETURN RECEIPT
REQUESTED NO. 7099 3400 0018 936
3327

Lackland AFB
U.S. Army
Corps of Engineers
San Antonio Area Office
4204 Woodcock, Suite 245
San Antonio, Texas 78228-1319
**ATTN: Thomas Armstrong**

CERTIFIED MAIL/RETURN RECEIPT
REQUESTED NO. 7099 3400 0018 9366
3310

U.S. Army
Corps of Engineers
819 Taylor Street
Ft. Worth, Texas 76102-0300

CERTIFIED MAIL/RETURN RECEIPT
REQUESTED NO. 7099 3400 0018 9366
3280

U.S. Army Corps of Engineers
Fort Worth District
1100 Commerce Street
#8B15A
Dallas, Texas 75242-0216

CERTIFIED MAIL/RETURN RECEIPT
REQUESTED NO. 7099 3400 0018 9366
3303

Re: Vehicle Operations and Maintenance Buildings
Lackland AFB, Texas
Contract No. DACA63-99-C-0039
Bond No.PRF08131176
Original contract amount = $6,077,257.00

Dear Sir/Madam:

Please be advised that I represent Leeder Masonry, Inc. of San

Antonio Texas. As you may know, Leeder Masonry, Inc. has furnished labor and materials in connection with the construction of the Vehicle Operations and Maintenance Buildings at Lackland Air Force Base in San Antonio, Texas. This work was furnished by Leeder Masonry, Inc. under a contract with Sedona Contracting, Inc., the General or Prime Contractor of this project. Please be advised that Leeder Masonry, Inc. asserts a claim against the payment bond on this Government project as authorized under the Miller Act.

Leeder Masonry, Inc. has not been paid in full for its work on this project. I am enclosing herein two invoices/applications for Payment showing the following amounts due:

| Date of Invoice | Invoice Number | Amount |
|---|---|---|
| January 23,2001 | 010116 | $36,315.00 |
| February 19, 2001 | 010206 | $90,000 |
| Total | | $126,315.00 |

Leeder Masonry Inc continues to perform work on this project and may submit more invoices as the work progress. At this time , as shown in the chart above, a balance of $126,315.00 is owed to my client. The amount still due and owing to Leeder Masonry, Inc. after allowing all just and lawful offsets, payments, and credits is $126,315.00. In other words, the unpaid balance owed for these materials and labor is $126,315.00.

The purpose of this letter is to perfect a claim under the Miller Act against the bonding company for Sedona Contracting, Inc. Accordingly, please accept this letter and the enclosed Application for Payment as formal NOTICE OF CLAIM pursuant to 40 U.S.C. Section 270b. By this letter, Leeder Masonry, Inc. is asking the U.S. Government (i.e., the Lackland Air Force officials) and the Fidelity and Deposit Company to withhold $126,315.00 in payments due to Sedona Contracting, Inc. and to instead apply that money toward the payment of Leeder Masonry's debt. It is my understanding that Fidelity and Deposit Company is the bonding company that issued a payment and/or performance bond to protect the government against unpaid subcontractor claims arising out of this project. Please correct me if I am mistaken on this point.

This Written Notice of Claims is provided to you in accordance with 40 USC Section 270a through 270d, United States Code.

Please send me a copy of the payment bond issued to protect subcontractors who furnished labor or materials to this government project. This request is made pursuant to 40 U.S.C. section 270c.

In closing, please call me if you have any questions.

Sincerely,

Richard H. Sommer/sc

RICHARD H. SOMMER

RHS/sc
enclosures

cc: Leeder Masonry, Inc.

C:\My Documents\WORK\MECH-LIE\LETTERS\MILLER ACT Notice against federal govt leeder revised 4-26-01.wpd

LEEDER MASONRY, INC.
7193 HEUERMANN ROAD
SAN ANTONIO, TEXAS 78256

Invoice No. 010206

February 19, 2001

TO: Sedona Contracting, Inc.
6800 Park Ten Blvd., Ste. 135 East
San Antonio, TX 78213

**Subcontractor Application for Payment**

PROJECT: Construction of LAFB Vehicle Operations & Maintenance Bldgs.
Pay Application No. 2

<u>Statement of Contract Account:</u>

| | |
|---|---|
| Original Contract Amount | $269,000.00 |
| Change Orders: | |
| Adds: | 0.00 |
| Deducts: | 0.00 |
| Adjusted Contract Amount | $269,000.00 |
| | |
| Work completed to date | $150,000.00 |
| Materials stored | 0.00 |
| Total earned to date | 150,000.00 |
| Less: Retainage of 10% | 15,000.00 |
| Total earned less retainage | 135,000.00 |
| Less: Payment requested through last Pay Application | 45,000.00 |
| Amount due Subcontractor this Pay Application | $90,000.00 |

In order to preserve its lien rights under the hardeman Act, we are required by law to advise you that if the invoice remans unpaid, you may be personally liable and your property subjected to a lien unless you take the precaution of withholding from your original contract an amount sufficient to pay it, or unless the invoice is otherwise paid or settled.

Leeder Masonry, Inc.

By: Richard Leeder