No. 06-186C
(Judge Block)

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FIDELITY AND DEPOSIT COMPANY OF MARYLAND,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

# APPENDIX TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

/s/ Elizabeth Thomas
ELIZABETH THOMAS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
tel: (202) 353-4175
fax: (202) 307-0972
Attorneys for Defendant

June 23, 2006

# INDEX TO APPENDEX

Documents in Support of Motion For Summary Judgement . . . . . . . . . . . . . . . . . . . . . . . . . 1-499

DEPARTMENT OF THE ARMY
FORT WORTH DISTRICT, CORPS OF ENGINEERS
P. O. BOX 17300
FORT WORTH, TEXAS 76102-0300

REPLY TO
ATTENTION OF

September 23, 1999

Contracting Division

Sedona Contracting, Inc.
6800 Park Ten Blvd, Suite 135E
San Antonio, Texas 78213

Gentlemen:

Your bid dated August 17, 1999, in the amount of $6,077,257.00, Base Bid and Options 1 through 3 (Line Items 0001 through 0012) to include amendment 1, under Solicitation DACA63-99-B-0039, BC - Vehicle Operations/Maintenance Complex, Lackland Air Force Base, Texas, is accepted. Contract DACA63-99-C-0039, Defense Priorities and Allocations System letter, and bond documents are enclosed.

Within 10 days after receipt of this award letter, please execute two copies of the bonds and submit them to this office along with proof of the minimum insurance you are required to procure and maintain during the entire period of the contract as stated in Section 800, Special Contract Requirements, Required Insurance. It is also required that you maintain during the entire period of the contract proof of the minimum required insurance of your subcontractors.

Pursuant to Contract Clause 52.232-0034, Payment by Electronic Funds Transfer Other than Central Contractor Registration, you are required to submit your Electronic Funds Transfer information to the designated paying office within 10 days of contract award.

rjo/8-3476

You are encouraged to develop, prepare, and submit value engineering change proposals. (See Section 700, Contract Clauses, Value Engineering)

This letter does not constitute a Notice to Proceed.

Sincerely,

John H. Rodgers
Contracting Officer

Enclosures

WI #: 0036Z3 W45XMA90888559

Copies furnished:
CESWF-AO-S
CESWF-EC-A
CESWF-PM-J

OSBORNE EC-C
BEAR OC
RODGERS CT-C
Return to CT-C (Rub

Bond #: PRF081 76

# PERFORMANCE BOND
*(See instructions on reverse)*

DATE BOND EXECUTED *(Must be same or later than date of contract)*: 10/25/99

OMB No.: 9000-0045
Expires: 09/30/98

Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR), Federal Acquisition Policy Division, GSA, Washington, DC 20405

PRINCIPAL *(Legal name and business address)*
Sedona Contracting, Inc.
6800 Park Ten # I35 East
San Antonio, TX 78213

TYPE OF ORGANIZATION *("X" one)*
☐ INDIVIDUAL ☐ PARTNERSHIP
☐ JOINT VENTURE ☒ CORPORATION

STATE OF INCORPORATION: Texas

SURETY(IES) *(Name(s) and business address(es)*
Fidelity & Deposit Co. of Maryland
300 Saint Paul Place
Balitmore, MD 21202

PENAL SUM OF BOND

| MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
|---|---|---|---|
| 6 | 077 | 257 | 00 |

CONTRACT DATE: 9/23/99
CONTRACT NO.: DACA63-99-C-0039

OBLIGATION:

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS:

The Principal has entered into the contract identified above.

THEREFORE:

The above obligation is void if the Principal -

(a)(1) Performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of the contract during the original term of the contract and any extensions thereof that are granted by the Government, with or without notice to the Surety(ies), and during the life of any guaranty required under the contract, and (2) performs and fulfills all the undertakings, covenants, terms conditions, and agreements of any and all duly authorized modifications of the contract that hereafter are made. Notice of those modifications to the Surety(ies) are waived.

(b) Pays to the Government the full amount of the taxes imposed by the Government, if the said contract is subject to the Miller Act, (40 U.S.C. 270a-270e), which are collected, deducted, or withheld from wages paid by the Principal in carrying out the construction contract with respect to which this bond is furnished.

"Reviewed (AFARS ... 002-2)" Sufficiency

WITNESS:

The Principal and Surety(ies) executed this performance bond and affixed their seals on the above date.

PRINCIPAL

| | 1. | 2. | 3. | |
|---|---|---|---|---|
| SIGNATURE(S) | [signature] (Seal) | (Seal) | (Seal) | Corporate Seal |
| NAME(S) & TITLE(S) *(Typed)* | Hector Trinidad President | | | |

INDIVIDUAL SURETY(IES)

| | 1. | 2. |
|---|---|---|
| SIGNATURE(S) | (Seal) | (Seal) |
| NAME(S) *(Typed)* | | |

CORPORATE SURETY(IES)

| | | | | |
|---|---|---|---|---|
| NAME & ADDRESS | Fidelity & Deposit Co. of Maryland 300 Saint Paul Place, Baltimore, MD 21202 | STATE OF INC. MD | LIABILITY LIMIT $ 100% | Corporate Seal |
| SIGNATURE(S) | 1. [signature] | 2. | | |
| NAME(S) & TITLE(S) *(Typed)* | 1. Wayne K. Justice, Attorney-in-Fact | 2. | | |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition not usable

BD 2702 5/96

STANDARD ... Prescribed ...



00004

## CORPORATE SURETY(IES) *(Continued)*

| | | | | | |
|---|---|---|---|---|---|
| [illegible]TY B | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| SURETY C | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| SURETY D | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| SURETY E | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| [illegible]RETY F | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| SURETY G | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

| BOND PREMIUM | RATE PER THOUSAND ($) | TOTAL ($) |
|---|---|---|
| | 2.5% 1st $100M | $54,791.00 |

1.5% next $400M, 1.0% next $2MM, .75% next $2.5MM, .7% excess

### INSTRUCTIONS

1. This form is authorized for use in connection with Government contracts. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the coporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. Where more than one corporate surety is involved, their names and addresses shall [ap]pear in the spaces (Surety A, Surety B, etc.) headed "[CO]RPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

(b) Where individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning their financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

Bond#: PRF08131176

| PAYMENT BOND (See instructions on reverse) | DATE BOND EXECUTED (Must ... ame or later than date of contract) 10/25/99 | FORM APPROVED OMB NO. 9000-0045 |
|---|---|---|

Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, ...arching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments ...rding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat ...S), Office of Federal Acquisition Policy, GSA, Washington, D.C. 20405; and to the Office of Management and Budget, Paperwork Reduction ...roject (9000-0045), Washington, D.C. 20503.

| PRINCIPAL (Legal name and business address) | TYPE OF ORGANIZATION ("X" one) | |
|---|---|---|
| Sedona Contracting, Inc.<br>6800 Park Ten #135 East<br>San Antonio, TX 78213 | ☐ INDIVIDUAL ☐ JOINT VENTURE | ☐ PARTNERSHIP ☒ CORPORATION |
| | STATE OF INCORPORATION Texas | |

| SURETY(IES) (Name(s) and business address(es)) | PENAL SUM OF BOND | | | |
|---|---|---|---|---|
| Fidelity & Deposit Co. of Maryland<br>300 Saint Paul Place<br>Baltimore, MD 21202 | MILLION(S) 2 | THOUSAND(S) 500 | HUNDRED(S) 000 | CENTS 00 |
| | CONTRACT DATE 9/23/99 | CONTRACT NO. DACA63-99-C-0039 | | |

**OBLIGATION:**

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the ...ety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

**...NDITIONS:**

The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

**WITNESS:**

The principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

"Reviewed for legal sufficiency (AFARS 1-602-2)"

"Reviewed for legal sufficiency (AFARS 1-602-2)"

**PRINCIPAL**

| | | | | |
|---|---|---|---|---|
| SIGNATURE(S) | 1. [signature] (Seal) | 2. (Seal) | 3. (Seal) | Corporate Seal |
| NAME(S) & TITLE(S) (Typed) | 1. Hector Trinidad President | 2. | 3. | |

**INDIVIDUAL SURETY(IES)**

| | | |
|---|---|---|
| SIGNATURE(S) | 1. (Seal) | 2. (Seal) |
| NAME(S) (Typed) | 1. | 2. |

**CORPORATE SURETY(IES)**

| SURETY | | | | |
|---|---|---|---|---|
| NAME & ADDRESS | Fidelity & Deposit Co. of Maryland<br>300 Saint Paul Place, Baltimore, MD 21202 | STATE OF INC. MD | LIABILITY LIMIT $ 100% | Corporate Seal |
| SIGNATURE(S) | 1. [signature] | 2. | | |
| NAME(S) & TITLE(S) (Typed) | 1. Wayne K. Justice, Attorney-in-Fact | 2. | | |

CORPORATE SURETY(IES) (Continued)

| | | | | | |
|---|---|---|---|---|---|
| SURE | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| SURETY C | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| SURETY D | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| SURETY E | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| TY F | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| SURETY G | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

## INSTRUCTIONS

1. This form, for the protection of persons supplying labor and material, is used when a payment bond is required under the Act of August 24, 1935, 49 Stat. 793 (40 U.S.C. 270a-270e). Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on ˙e Department of the Treasury's list of the approved sureties and .ust act within the limitation listed therein. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

(b) Where individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning their financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall excute the bond opposite the word "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

# Power of Attorney

## FIDELITY AND DEPOSIT COMPANY OF MARYLAND
## COLONIAL AMERICAN CASUALTY AND SURETY COMPANY

HOME OFFICES: P.O. BOX 1227, BALTIMORE, MD 21203-1227

Know ALL MEN BY THESE PRESENTS: That the FIDELITY AND DEPOSIT COMPANY OF MARYLAND, and the COLONIAL AMERICAN CASUALTY AND SURETY COMPANY, corporations of the State of Maryland, by W. B. WALBRECHER, Vice-President, and T. E. SMITH, Assistant Secretary, in pursuance of authority granted by Article VI, Section 2, of the By-Laws of said Companies, which are set forth on the reverse side hereof and are hereby certified to be in full force and effect on the date hereof, does hereby nominate, constitute and appoint **Wayne K. JUSTICE, Barbara DAVENPORT and Susan D.B. MUNIZ, all of San Antonio, Texas,** EACH its true and lawful agent and Attorney-in-Fact, to make, execute, seal and deliver, for, and on its behalf as surety, and as its act and deed: **any and all bonds and undertakings** EXCEPT bonds on behalf of Independent Executors, Community Survivors and Community Guardians; and the execution of such bonds or undertakings in pursuance of these presents, shall be as binding upon said Companies, as fully and amply, to all intents and purposes, as if they had been duly executed and acknowledged by the regularly elected officers of the respective Companies at their offices in Baltimore, Md., in their own proper persons.

The said Assistant Secretary does hereby certify that the extract set forth on the reverse side hereof is a true copy of Article VI, Section 2, of the respective By-Laws of said Companies, and is now in force.

IN WITNESS WHEREOF, the said Vice-President and Assistant Secretary have hereunto subscribed their names and affixed the Corporate Seals of the said FIDELITY AND DEPOSIT COMPANY OF MARYLAND and the COLONIAL AMERICAN CASUALTY AND SURETY COMPANY, this 11th day of June, A.D. 1998.

LOOK FOR THE F&D WATERMARK FOR YOUR PROTECTION

ATTEST: **FIDELITY AND DEPOSIT COMPANY OF MARYLAND**

SEAL

*T. E. Smith* *Assistant Secretary* By: *W. B. Walbrecher* *Vice-President*

**COLONIAL AMERICAN CASUALTY AND SURETY COMPANY**

SEAL

*T. E. Smith* *Assistant Secretary* By: *W. B. Walbrecher* *Vice-President*

State of Maryland
County of Baltimore } ss:

On this 11th day of June, A.D. 1998, before the subscriber, a Notary Public of the State of Maryland, duly commissioned and qualified, came W. B. WALBRECHER, Vice-President and T. E. SMITH, Assistant Secretary of the FIDELITY AND DEPOSIT COMPANY OF MARYLAND and the COLONIAL AMERICAN CASUALTY AND SURETY COMPANY, to me personally known to be the individuals and officers described in and who executed the preceding instrument, and they each acknowledged the execution of the same, and being by me duly sworn, severally and each for himself deposeth and saith, that they are the said officers of the Companies aforesaid, and that the seals affixed to the preceding instrument are the Corporate Seals of said Companies, and that the said Corporate Seals and their signatures as such officers were duly affixed and subscribed to the said instrument by the authority and direction of the said Corporations.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my Official Seal the day and year first above written.

CAROL J. FADER NOTARY PUBLIC BALTIMORE COUNTY, MD

*Carol J. Fader* *Notary Public*
My Commission Expires: August 1, 2000

## CERTIFICATE

I, the undersigned, Assistant Secretary of the FIDELITY AND DEPOSIT COMPANY OF MARYLAND and the COLONIAL AMERICAN CASUALTY AND SURETY COMPANY, do hereby certify that the original Power of Attorney of which the foregoing is a full, true and correct copy, is in full force and effect on the date of this certificate; and I do further certify that the Vice-President who executed the said Power of Attorney was one of the additional Vice-Presidents specially authorized by the Board of Directors to appoint any Attorney-in-Fact as provided in Article VI, Section 2, of the respective By-Laws of the FIDELITY AND DEPOSIT COMPANY OF MARYLAND and the COLONIAL AMERICAN CASUALTY AND SURETY COMPANY.

This Power of Attorney and Certificate may be signed by facsimile under and by authority of the following resolution of the Board of Directors of the FIDELITY AND DEPOSIT COMPANY OF MARYLAND at a meeting duly called and held on the 10th day of May, 1990 and of the Board of Directors of the COLONIAL AMERICAN CASUALTY AND SURETY COMPANY at a meeting duly called and held on the 5th day of May, 1994.

RESOLVED: "That the facsimile or mechanically reproduced seal of the company and facsimile or mechanically reproduced signature of any Vice-President, Secretary, or Assistant Secretary of the Company, whether made heretofore or hereafter, wherever appearing upon a certified copy of any power of attorney issued by the Company, shall be valid and binding upon the Company with the same force and effect as though manually affixed."

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the corporate seals of the said Companies, this

25th day of October, 1999.

S. D. Matia
*Assistant Secretary*

L1428-168-6795

**EXTRACT FROM BY-LAWS OF FIDELITY AND DEPOSIT COMPANY OF MARYLAND**

"Article VI, Section 2. The Chairman of the Board, or the President, or any Executive Vice-President, or any of the Senior Vice-Presidents or Vice-Presidents specially authorized so to do by the Board of Directors or by the Executive Commmittee, shall have power, by and with the concurrence of the Secretary or any one of the Assistant Secretaries, to appoint Resident Vice-Presidents, Assistant Vice-Presidents and Attorneys-in-Fact as the business of the Company may require, or to authorize any person or persons to execute on behalf of the Company any bonds, undertaking, recognizances, stipulations, policies, contracts, agreements, deeds, and releases and assignments of judgements, decrees, mortgages and instruments in the nature of mortgages,...and to affix the seal of the Company thereto."

**EXTRACT FROM BY-LAWS OF COLONIAL AMERICAN CASUALTY AND SURETY COMPANY**

"Article VI, Section 2. The Chairman of the Board, or the President, or any Executive Vice-President, or any of the Senior Vice-Presidents or Vice-Presidents specially authorized so to do by the Board of Directors or by the Executive Committee, shall have power, by and with the concurrence of the Secretary or any one of the Assistant Secretaries, to appoint Resident Vice-Presidents, Assistant Vice-Presidents and Attorneys-in-Fact as the business of the Company may require, or to authorize any person or persons to execute on behalf of the Company any bonds, undertakings, recognizances, stipulations, policies, contracts, agreements, deeds, and releases and assignments of judgements, decrees, mortgages and instruments in the nature of mortgages,...and to affix the seal of the Company thereto."

01/30/01 09:01 ☎210 673 7136 CESWF-RO-LACKLAN 002

DAKS
GAC Got
COPY
BILL
FILE

## RETURN RECEIPT REQUESTED

## NOTICE TO PROCEED

| | |
|---|---|
| From:<br>Contracting Officer<br>Fort Worth District, Corps of Engineers<br>P.O. Box 17300<br>Fort Worth, Texas 76102-0300 | Date 27 OCT 1999<br>Contract No. DACA63-99-C-0039<br>Invitation No. DACA63-99-B-0039 |
| To: SEDONA CONTRACTING, INC.<br>6800 PARK TEN BLVD., STE 135E<br>SAN ANTONIO, TX 78213 | Project and Location:<br>BC - VEHICLE OPERATIONS/MAINT COMPLEX, LACKLAND AFB, TX |

In accordance with the terms of the above contract, you are hereby notified to proceed with the work. Your attention is invited to the contract provision which prescribes the time for starting and completing the work and/or delivery.

Your attention is further invited to the Return Receipt Card which was signed by you or your representative on the date this notice was delivered by the U.S. Postal Service. The date of acknowledgement which you indicate below should agree with the card. If they differ, the date shown on the Return Receipt Card will govern in figuring contract completion time.

Acknowledge receipt of the NOTICE TO PROCEED in the space provided below, and return to this office.

X The Original

☐ The Original and one copy.

One copy of this NOTICE TO PROCEED is for your record.

THE UNITED STATES OF AMERICA

Enclosures

By [signature]
JOHN H. RODGERS
Contracting Officer

## ACKNOWLEDGEMET

This NOTICE TO PROCEED AND enclosures were received NOV / 15 / 99
(Date)

By Edward M Stuart

Title JOB SUPERINTENDENT

SWD Form 205 (R)
Rev 8 Feb 77

# SECTION 01000

## CONSTRUCTION SCHEDULE
05/1998

PART 1 GENERAL

1.1 SCHEDULE

Commence, prosecute, and complete the work under this contract in accordance with the following schedule and Section 00800 SPECIAL CONTRACT REQUIREMENT clauses COMMENCEMENT, PROSECUTION AND COMPLETION OF WORK and LIQUIDATED DAMAGES:

| Item of Work | Commencement of Work (calendar days) | Completion of Work (calendar days) | Liquidated Damages per calendar day |
|---|---|---|---|
| (1) All Work | Within 10 days after receipt of Notice to Proceed | 669 | $ 470.00 |
| (2) Establishment of Turf | * | --- | --- |
| (3) Landscaping | ** | --- | --- |

*Establishment of Turf

Planting and maintenance for turfing shall be in accordance with Section 02932 ESTABLISHMENT OF TURF. No payment will be made for establishment of turf until all requirements of the section are adequately performed and accepted, as determined by the Contracting Officer.

**Landscaping

Planting and maintenance for landscaping shall be in accordance with Section 02950 TREES, SHRUBS, GROUND COVERS, AND VINES. No payment will be made for landscaping until all requirements of the section are adequately performed and accepted, as determined by the Contracting Officer.

1.1.1 Testing of Heating and Air-Conditioning Systems

The times stated for completion of this project includes all required testing specified in appropriate specification sections of heating, air conditioning and ventilation systems including HVAC Commissioning. Exception: boiler combustion efficiency test, boiler full load tests, cooling tower performance tests, and refrigeration equipment full load tests, when specified in the applicable specifications, shall be preformed in the appropriate heating/cooling season as determined by the Contracting

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE: DO-F0918
PAGE 1 OF PAGES 2

2. AMENDMENT/MODIFICATION NO.: P00001
3. EFFECTIVE DATE:
4. REQUISITION/PURCHASE REQ. NO.: W45XMA90888509
5. PROJECT NO. (If applicable):

6. ISSUED BY — CODE:
US ARMY ENGINEER DISTRICT, FTW
P O BOX 17300
819 TAYLOR ST
FT. WORTH TX 76102-0300

7. ADMINISTERED BY (If other than Item 6) — CODE:

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)
SEDONA CONTRACTING
6800 PARK TEN BLVD, STE 135E
SAN ANTONIO TX 78213

CODE: FACILITY CODE:

(√) 9A. AMENDMENT OF SOLICITATION NO.:
9B. DATED (SEE ITEM 11):

X 10A. MODIFICATION OF CONTRACTS/ORDER NO.: DACA63-99-C-0039
10B. DATED (SEE ITEM 13): 09/23/99

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
97 NA 0510.40E2 M2 1999 08 8073 1992064BJ00 41443 3200 003623 Mod Obligated Amount $0.00

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

(√) A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

X C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: CLAUSE 105, "CHANGES"

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return 1 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

This modification is for BC Veh. Ops/Maint. Complex Lackland Air Force Base, San Antonio, Texas

I. The above numbered contract is modified to provide for changes in the contract work within the general scope of the contract.

II. DESCRIPTION OF CHANGE: Pursuant to the clause of this contract entitled, "Changes" the contractor shall furnish all plant, labor and material, and perform all work necessary to accomplish the following described work.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print): Hector Chaidaro - President

15B. CONTRACTOR/OFFEROR: [signature] (Signature of person authorized to sign)

15C. DATE SIGNED: 1 MAR 00

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print): Thomas L. Armstrong
[redacted], CONTRACTING OFFICER

16B. UNITED STATES OF AMERICA BY [signature] (Signature of Contracting Officer)

16C. DATE SIGNED: 2 Mar 2000

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-105-02 STANDARD FORM 30 (REV. 10-83) Prescribed by GSA FAR (48 CFR) 53.243

RECEIVED MAR 03 2000 CESWF-CT



01471

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. CONTRACT ID CODE | PAGE OF PAGES |
|---|---|
| J | 1 of 3 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| P00002 | | | DO-F1072 |

**6. ISSUED BY** CODE DACA63
US ARMY ENGINEER DISTRICT, FTW
PO BOX 17300
819 TAYLOR ST

FT. WORTH, TX 76102-0300

**7. ADMINISTERED BY** (If other than item 6) CODE
See Item 6

**8. NAME AND ADDRESS OF CONTRACTOR** (No., Street, County, State and Zip Code)
SEDONA CONTRACTING INC
HECTOR TRINIDAD
6800 PARK TEN BLVD
SAN ANTONIO TX 78213

CODE 0J8X3 FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.
9B. DATED (SEE ITEM 11)
X 10A. MOD. OF CONTRACT/ORDER NO. DACA63-99-C-0039
X 10B. DATED (SEE ITEM 13) 23-Sep-1999

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the document; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN THE REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**12. ACCOUNTING AND APPROPRIATION DATA** (If required)
57 NA X 0510.40E2 M2 1999 08 8073 1992064 BJ00 414433200 0036Z3 $10,000.00

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

X A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.
FAR CLAUSE 52.243-4

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor ☒ is not, ☐ is required to sign this document and return ______ copies to the issuing office.

**14. DESCRIPTION OF AMENDMENT/MODIFICATION** (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

This modification is for BC - Vehicle Ops/Maintenance Complex, Lackland Air Force Base, San Antonio, Texas.

I. You are hereby directed to proceed with the changes described hereafter. A Supplemental agreement will be issued to definititze any time and pricing adjustments related to this change upon mutual agreement. The 15 day period for submittal of proposal will begin upon receipt of this Unpriced Change Order.

II. DESCRIPTION OF CHANGE: Pursuant to the clause of this contract entitled, "Changes" the contractor shall furnish all plant, labor and material, and perform all work necessary to accomplish the following described work.

Accounting and Appropriation Data:
97 NA X 0510.40E2 M2 1999 08 8073 1992064BJ00 41443 3200 0036Z3 $10,000.00

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| (Signature of person authorized to sign) | | BY [signature] (Signature of Contracting Officer) | 3 Apr 2000 |

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243



01475

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE: J
PAGE 1 OF 3 PAGES

2. AMENDMENT/MODIFICATION NO.: P00003
3. EFFECTIVE DATE:
4. REQUISITION/PURCHASE REQ. NO.:
5. PROJECT NO. (If applicable): DO-F1349

6. ISSUED BY — CODE DACA63
ARMY ENGINEER DISTRICT, FTW
P O BOX 17300
819 TAYLOR ST

FT. WORTH, TX 76102-0300

7. ADMINISTERED BY (If other than item 6) — CODE M2M1JAA
SAN ANTONIO AREA OFFICE
COE FT WORTH DISTRICT
4204 WOODCOCK

SAN ANTONIO,, TX 78228-1319

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)
SEDONA CONTRACTING INC
HECTOR TRINIDAD
6800 PARK TEN BLVD
SAN ANTONIO TX 78213

CODE 0J8X3 — FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.
9B. DATED (SEE ITEM 11)
X 10A. MOD. OF CONTRACT/ORDER NO. DACA63-99-C-0039
X 10B. DATED (SEE ITEM 13) 23-Sep-1999

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the document; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN THE REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
**See Schedule** 25,000

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

X A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.
52.243-4 & 52.236-2

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor ☒ is not, ☐ is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

This modification is for BC-Vehicle Operation/Maintenance Complex, Lackland Air Force Base, San Antonio, Texas

I. You are hereby directed to proceed with the changes described hereafter. A supplemental agreement will be issued to Definitize any time and pricing adjustments related to this change upon mutual agreement. The 30 day period for submittal of proposal will begin upon receipt of this Unpriced Change Order.

II. DESCRIPTION OF CHANGE: Pursuant to the clause of this contract entitled "Changes" and "Differing Site Conditions", the contractor shall furnish all plant, labor, and material, and perform all work necessary to accomplish the following described work. The Differing Site Condition consists of explosive fumes in the soil. This change is to revise the foundation system and to provide a vapor recovery system.

Accounting and Appropriation Data: W45XMA90888559
97 NA X 0510.40E2 M2 1999 08 8073 1992064BJ00 41443 3200 0036Z3 Mod Amount $ 25,000.00

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)
16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)

15B. CONTRACTOR/OFFEROR
(Signature of person authorized to sign)
15C. DATE SIGNED

16B. UNITED STATES OF AMERICA
BY [signature]
(Signature of Contracting Officer)
16C. DATE SIGNED 21 July 2000

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243



01480

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE: J
PAGE OF PAGES: 1 | 2

2. AMENDMENT/MODIFICATION NO.: P00004
3. EFFECTIVE DATE:
4. REQUISITION/PURCHASE REQ. NO.:
5. PROJECT NO. (If applicable): DO-F1376

6. ISSUED BY — CODE DACA63
US ARMY ENGINEER DISTRICT, FTW
P O BOX 17300
819 TAYLOR ST
FT. WORTH, TX 76102-0300

7. ADMINISTERED BY (If other than item 6) — CODE M2M1JAA
SAN ANTONIO AREA OFFICE
COE FT WORTH DISTRICT
4204 WOODCOCK
SAN ANTONIO,, TX 78228-1319

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)
SEDONA CONTRACTING INC
HECTOR TRINIDAD
5800 PARK TEN BLVD
SAN ANTONIO TX 78213

CODE 0J8X3 | FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.
9B. DATED (SEE ITEM 11)
X 10A. MOD. OF CONTRACT/ORDER NO. DACA63-99-C-0059
X 10B. DATED (SEE ITEM 13) 23-Sep-1999

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning ____ copies of the document; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN THE REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
See Schedule — 4,308

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

☐ A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

☐ B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

X C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: 52.243-4

☐ D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return ____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

This modification is for BC-Vehicle Operations/Maintenance Complex Lackland Air Force Base, San Antonio, Texas.

I. The above numbered contract is modified to provide for changes in the contract work within the general scope of the contract.

II. DESCRIPTION OF CHANGE: Pursuant to the clause of this contract entitled, "Changes", the contractor shall furnish all plant, labor and material, and perform all work necessary to accomplish the following described work.

Accounting and Appropriation Data: W45XMA90856559
97 NA X 0510.40E2 M2 1999 08 8073 19920648JOO 41443 3200 003623 Mod Amount $4,308.00.

The contract completion date of 14 September 2001 remains unchanged.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| HECTOR TRINIDAD President | | | |
| 15B. CONTRACTOR/OFFEROR [signature] (Signature of person authorized to sign) | 15C. DATE SIGNED 4 Aug 2000 | 16B. UNITED STATES OF AMERICA BY [signature] (Signature of Contracting Officer) | 16C. DATE SIGNED 7 Aug 2000 |

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243



01483

Aug-04-00 08:44A Sedona Contracting, Inc. 210 736 1927 P.02
08/03/00 THU 15:20 FAX 1 210 731 3481 CESWF-AO-S 002

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE: DO-F1233
PAGE 1 OF PAGES 2

2. AMENDMENT/MODIFICATION NO.: P00005
3. EFFECTIVE DATE:
4. REQUISITION/PURCHASE REQ. NO: W45XMA90888559
5. PROJECT NO. (If applicable):

6. ISSUED BY CODE
US ARMY ENGINEER DISTRICT, FTW
P O BOX 173000
819 TAYLOR ST
FT. WORTH TX 76102-0300

7. ADMINISTERED BY (If other than Item 6) CODE

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)
SEDONA CONTRACTING
6800 PARK TEN BLVD, STE 135E
SAN ANTONIO TX 78213

CODE FACILITY CODE

(√) 9A. AMENDMENT OF SOLICITATION NO.
9B. DATED (SEE ITEM 11)
X 10A. MODIFICATION OF CONTRACTS/ORDER NO.: DACA63-99-C-0039
10B. DATED (SEE ITEM 13): 09/23/99

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
97 NA 0510.40B2 M2 1999 08 8073 1992064BJ00 41443 3200 003623 Mod Obligated Amount -$500.00

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

(√) A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

X C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: 52.236-2 and 52.243-4

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return 1 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

This modification is for BC-Veh. Ops/Maint. Complex Lackland Air Force Base, San Antonio, Texas

I. The above numbered contract is modified to provide for changes in the contract work within the general scope of the contract.

II. DESCRIPTION OF CHANGE: Pursuant to the clause of this contract entitled, "Differing Site Conditions" and "Changes" the contractor shall furnish all plant, labor and material, and perform all work necessary to accomplish the following described work. The Differing Site Condition consists of an underground communication line that was not indicated in the contract drawings. This change is to reroute the storm drain around the communication line.

The contract completion date of 14 September 2001 remains unchanged.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print): Hector Trinidad President

15B. CONTRACTOR/OFFEROR (Signature of person authorized to sign) [signature]

15C. DATE SIGNED: 4 Aug 2000

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)
Thomas L. Armstrong
Administrative Contracting Officer

16B. UNITED STATES OF AMERICA BY [signature] (Signature of Contracting Officer)

16C. DATE SIGNED: 8 Aug 2000

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE
30-105-02
STANDARD FORM 30 (REV 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243
USAPPC V1 00



01485

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE: J — PAGE 1 OF 3 PAGES

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| P00006 | | | DO-F1477 |

6. ISSUED BY — CODE DACA63
ARMY ENGINEER DISTRICT, FTW
O BOX 17300
819 TAYLOR ST

FT. WORTH, TX 76102-0300

7. ADMINISTERED BY (If other than item 6) — CODE M2M1JAA
SAN ANTONIO AREA OFFICE
COE FT WORTH DISTRICT
4204 WOODCOCK

SAN ANTONIO,, TX 78228-1319

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)
SEDONA CONTRACTING INC
HECTOR TRINIDAD
6800 PARK TEN BLVD
SAN ANTONIO TX 78213

CODE 0J8X3 — FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

X 10A. MOD. OF CONTRACT/ORDER NO. DACA63-99-C-0039

X 10B. DATED (SEE ITEM 13) 23-Sep-1999

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the document; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN THE REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
**See Schedule**

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

X A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.
52.243-4 & 52.236-2

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor ☒ is not, ☐ is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

This modification is for BC-Vehicle Ops/Maintenance Complex, Lackland Air Force Base,, San Antonio, Texas

I. You are hereby directed to proceed with the changes described hereafter. A supplemental agreement will be issued to definitize any time and pricing adjustments related to this change upon mutual agreement. The 15-day period for submittal of proposal will begin upon receipt of this Unpriced Change Order.

II. DESCRIPTION OF CHANGE: Pursuant to the clause of this contract entitled "Changes", and "Differing Site Condition", the contractor shall furnish all plant, labor, equipment and materials to perform all work necessary to accomplish the following described work. The Differing Site Condition consists of contaminated soil that was not indicated in the contract. The change is to test the soil to determine how it can be disposed of.

Accounting and Appropriation Data: W45XMA90888559
97 NA X 0510.40E2 M2 1999 08 8073 1992064BJOO 41443 3200 0036Z3 Mod Amount $15,000.00

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR<br>(Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>BY [signature]<br>(Signature of Contracting Officer) | 16C. DATE SIGNED<br>5 Sep 2000 |

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE: J
PAGE OF PAGES: 1 | 2

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO.(If applicable) |
|---|---|---|---|
| P00007 | | | DO-S1072 |

6. ISSUED BY CODE DACA63
US ARMY ENGINEER DISTRICT, FTW
PO BOX 17300
819 TAYLOR ST

FT. WORTH, TX 76102-0300

7. ADMINISTERED BY (If other than item 6) CODE M2M1JAA
SAN ANTONIO AREA OFFICE
COE FT WORTH DISTRICT
4204 WOODCOCK

SAN ANTONIO,, TX 78228-1319

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)
SEDONA CONTRACTING INC
HECTOR TRINIDAD
6800 PARK TEN BLVD
SAN ANTONIO TX 78213

CODE 0J8X3 FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.
9B. DATED (SEE ITEM 11)
X 10A. MOD. OF CONTRACT/ORDER NO. DACA63-99-C-0039
X 10B. DATED (SEE ITEM 13) 23-Sep-1999

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the document; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN THE REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
See Schedule

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

X A.THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.
52.243-4 & 52.233-1

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

C.THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D.OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor ☒ is not, ☐ is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

This modification is for BC Vehicle Operation Maintenance Complex Lackland Air Force Base, San Antonio, Texas

I. This change is a unilateral modification issued as anequitable adjustment in time and price to definitize the work directed under unpriced change order P00002 DO-F1072 dated 3 April 2000. This action has been taken by the Administrative Contracting Officer due to failure to reach an agreement through the negotiation process.

II. You are hereby notified of your rights pursuant to Contract Clause 84, Disputes, to file a claim with the Contracting Officer.

Accounting and Appropriation Data: W45XMA90888559
97 NA X 0510.40E2 M2 1999 08 8073 1992064BJ00 41443 3200 0036Z3 Mod Amount ($193.00)

The contract completion date of 14 September 2001 remains unchanged

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR<br>(Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>BY Thomas A. Armstrong<br>(Signature of Contracting Officer) | 16C. DATE SIGNED<br>12 Sept 2000 |

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243



01489

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | |
|---|---|
| 1. CONTRACT ID CODE | J |
| PAGE OF PAGES | 1 2 |
| 2. AMENDMENT/MODIFICATION NO. | P00008 P00008 |
| 3. EFFECTIVE DATE | |
| 4. REQUISITION/PURCHASE REQ. NO. | |
| 5. PROJECT NO. (If applicable) | 00-F1425 |
| 6. ISSUED BY CODE DACA63 | US ARMY ENGINEER DISTRICT, FTW<br>P O BOX 17300<br>819 TAYLOR ST<br>FT. WORTH, TX 76102-0300 |
| 7. ADMINISTERED BY (If other than item 6) CODE M2M1JAA | SAN ANTONIO AREA OFFICE<br>COE FT WORTH DISTRICT<br>4204 WOODCOCK<br>SAN ANTONIO, TX 78228-1318 |
| 8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code) | SEDONA CONTRACTING INC<br>HECTOR TRINIDAD<br>6800 PARK TEN BLVD<br>SAN ANTONIO TX 78213 |
| CODE | 0J8X3 |
| FACILITY CODE | |
| 9A. AMENDMENT OF SOLICITATION NO. | |
| 9B. DATED (SEE ITEM 11) | |
| X 10A. MOD. OF CONTRACT/ORDER NO. | DACA63-99-C-0039 |
| X 10B. DATED (SEE ITEM 13) | 23-Sep-1999 |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN THE REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
See Schedule + 980.–

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
52.243-4

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return 1 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

This modification is for BC-Vehicle, Operations/Maintenance, Complex Lackland Air Force Base, San Antonio, Texas

*I. The above numbered contract is modified to provide for changes in the contract work within the general scope of the contract.*

II. DESCRIPTION OF CHANGE: Pursuant to the clause of this contract entitled, "Changes" the contractor shall furnish all plant, labor and material, and perform all work necessary to accomplish the following described work.

Accounting and Appropriation Data: W45XMA90868559
97 NA 0510.40E2 M2 1999 08 8073 19920848J00 41443 3200 003623 Mod Obligated Amount $980.00

The contract completion date of 14 September 2001 remains unchanged.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| | |
|---|---|
| 15A. NAME AND TITLE OF SIGNER (Type or print) | Hector Trinidad - President |
| 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
| 15B. CONTRACTOR/OFFEROR (Signature of person authorized to sign) | [signature] |
| 15C. DATE SIGNED | 22 Sept 00 |
| 16B. UNITED STATES OF AMERICA BY (Signature of Contracting Officer) | [signature] |
| 16C. DATE SIGNED | 22-Sept-2000 |

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243



01491

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE: J | PAGE OF PAGES: 1 | 3

| | | | |
|---|---|---|---|
| 2. AMENDMENT/MODIFICATION NO. P00009 P00009 | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO.(If applicable) DO-F1645 |
| 6. ISSUED BY CODE DACA63<br>US ARMY ENGINEER DISTRICT, FTW<br>PO BOX 17300<br>819 TAYLOR ST<br>FT. WORTH, TX 76102-0300 | | 7. ADMINISTERED BY (If other than item 6) CODE M2M1JAA<br>SAN ANTONIO AREA OFFICE<br>COE FT WORTH DISTRICT<br>4204 WOODCOCK<br>SAN ANTONIO,, TX 78228-1319 | |

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)
SEDONA CONTRACTING INC
HECTOR TRINIDAD
6800 PARK TEN BLVD
SAN ANTONIO TX 78213

CODE 0J8X3 | FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.
9B. DATED (SEE ITEM 11)
X 10A. MOD. OF CONTRACT/ORDER NO. DACA63-99-C-0039
X 10B. DATED (SEE ITEM 13) 23-Sep-1999

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the document; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN THE REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
**See Schedule**

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

X A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.
52.243-4

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor ☒ is not, ☐ is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

This modification is for BC-Vehicle Operation/Maintenance Complex, Lackland Air Force Base, San Antonio, Texas

I. You are hereby directed to proceed with the changes described hereafter. A supplemental agreement will be issued to definitize any time and pricing adjustments related to this change upon mutual agreement. The 15-day period for submittal of proposal will begin upon receipt of this Unpriced Change Order.

II. DESCRIPTION OF CHANGE: Pursuant to the clause of this contract entitled, "Changes" the contractor shall furnish all plant, labor and material, and perform all work necessary to accomplish the following described work:

Accounting and Appropriation Data: W45XMA90888559
97 NA X 0510.40E2 M2 1999 08 8073 1992064BJ00 41443 3200 0036Z3 Mod Amount $3,500.00

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| | | | |
|---|---|---|---|
| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
| 15B. CONTRACTOR/OFFEROR<br>(Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>BY [signature]<br>(Signature of Contracting Officer) | 16C. DATE SIGNED<br>12 Oct 2000 |

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243



01493