# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE: J
PAGE OF PAGES: 1 | 3

2. AMENDMENT/MODIFICATION NO.: P0001(
3. EFFECTIVE DATE:
4. REQUISITION/PURCHASE REQ. NO.:
5. PROJECT NO. (If applicable): DO-S1477

6. ISSUED BY — CODE: DACA63
S ARMY ENGINEER DISTRICT, FTW
PO BOX 17300
819 TAYLOR ST
FT. WORTH, TX 76102-0300

7. ADMINISTERED BY (If other than item 6) — CODE: M2M1JAA
SAN ANTONIO AREA OFFICE
COE FT WORTH DISTRICT
4204 WOODCOCK
SAN ANTONIO,, TX 78228-1319

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)
SEDONA CONTRACTING INC
HECTOR TRINIDAD
6800 PARK TEN BLVD
SAN ANTONIO TX 78213

CODE 0J8X3 | FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.
9B. DATED (SEE ITEM 11)
X 10A. MOD. OF CONTRACT/ORDER NO. DACA63-99-C-0039
X 10B. DATED (SEE ITEM 13) 23-Sep-1999

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning ____ copies of the document; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN THE REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
**See Schedule**

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

X A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.
52.243-4 & 52.236-2

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor ☒ is not, ☐ is required to sign this document and return ____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

This modification is for BC- Vehicle Operations/Maintenance Complex, Lackland Air Force Base, San Antonio, Texas

I. The above numbered contract is modified to provide for changes in the contract work within the general scope of the contract. This change is a unilateral modification issued as an equitable adjustment in time and price for cost related to MJ010/DOF-1477/P00006. Since the (NTP) P00006 was issued for $15,000, this modification will be issued for -$7,580.49 Credit. This action has been taken by the Administrative Contracting Officer due to failure to reach an agreement through the negotiation process. The Differing Site Condition consists of contaminated soil that was not indicated on the plans. This change is to test the soil to determine the extent of the contamination.

II. DESCRIPTION OF CHANGE: Pursuant to the clauses of this contract entitled, "Changes" and "Differing Site Conditions", the contractor shall furnish all plant, labor and material, and perform all work necessary to accomplish the following described work. You are hereby notified of your rights pursuant to Contract Clause Disputes, to file a claim with the Contracting Officer.

Accounting and Appropriation Data: W45XMA90888509
97 NA X 0510.40E2 M2 1999 08 8073 1992064BJ00 41443 3200 0036Z3 Mod Amount -$7,580.49.

The contract Completion date of 14 September 2001 remains unchanged

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)
16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)

15B. CONTRACTOR/OFFEROR
(Signature of person authorized to sign)
15C. DATE SIGNED

16B. UNITED STATES OF AMERICA
BY [signature]
(Signature of Contracting Officer)
16C. DATE SIGNED: 16 Nov 2000

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243



01496

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE: DO-F1525
PAGE 1 OF PAGES 2

2. AMENDMENT/MODIFICATION NO.: P00011 P00011
3. EFFECTIVE DATE:
4. REQUISITION/PURCHASE REQ. NO.: W45XMA90888559
5. PROJECT NO. *(If applicable)*:

6. ISSUED BY — CODE:
US ARMY ENGINEER DISTRICT, FTW
P O BOX 173000
819 TAYLOR ST
FT. WORTH TX 76102-0300

7. ADMINISTERED BY *(If other than Item 6)* — CODE:

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)*
SEDONA CONTRACTING
6800 PARK TEN BLVD, STE 135E
SAN ANTONIO TX 78213

CODE | FACILITY CODE

(√) 9A. AMENDMENT OF SOLICITATION NO.:
9B. DATED *(SEE ITEM 11)*:
X 10A. MODIFICATION OF CONTRACTS/ORDER NO.: DACA63-99-C-0039
10B. DATED *(SEE ITEM 13)*: 09/23/99

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(If required)*
97 NA 0510.40E2 M2 1999 08 8073 1992064BJ00 41443 3200 0036Z3 Mod Obligated Amount $4,175.00

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (√) | |
|---|---|
| X | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. 52.243-4 |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER *(Specify type of modification and authority)* |

**E. IMPORTANT:** Contractor ☒ is not, ☐ is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

This modification is for BC-Veh. Ops/Maint. Complex Lackland Air Force Base, San Antonio, Texas

I. The above numbered contract is modified to provide for changes in the contract work within the general scope of the contract. This is a unilateral modification issued as an equitable adjustment in time and price for the following described work. This action has been taken by the Administration Contracting Officer due to failure to reach agreement through negotiations.

II. DESCRIPTION OF CHANGE: Pursuant to the clause of this contract entitled, "Changes", the contractor shall furnish all plant, labor and material, and perform all work necessary to accomplish the following described work. You are hereby notified of your rights pursuant to Contract Clause Disputes, to file a claim with the Contracting Officer.

Accounting and Appropriation Data: W45XMA90888509
97 NA X 0510.40E2 M2 1999 08 8073 1992064BJ00 41443 3200 0036Z3 Mod Amount $4,175.00
The contract completion date of 14 September 2001 remains unchanged.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER *(Type or print)*:

16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)*
Thomas L. Armstrong
Administrative Contracting Officer

15B. CONTRACTOR/OFFEROR
(Signature of person authorized to sign)
15C. DATE SIGNED:

16B. UNITED STATES OF AMERICA
BY Thomas L. Armstrong
(Signature of Contracting Officer)
16C. DATE SIGNED: 16 Nov 2000

02/05/2001 22:13 210-7361927 99-C-0039 PAGE 02

12/22/00 FRI 12:32 FAX 1 210 731 3461 CESWF-AO-S LRO 002

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE: J
PAGE OF PAGES: 1 | 2

2. AMENDMENT/MODIFICATION NO.: P00012 P00012

3. EFFECTIVE DATE:

4. REQUISITION/PURCHASE REQ. NO.:

5. PROJECT NO. (If applicable): DO-F1864

6. ISSUED BY CODE DACA63
US ARMY ENGINEER DISTRICT, FTW
P O BOX 17300
819 TAYLOR ST
FT. WORTH, TX 76102-0300

7. ADMINISTERED BY (If other than item 6) CODE M2M1JA
SAN ANTONIO AREA OFFICE
COE FT WORTH DISTRICT
4204 WOODCOCK
SAN ANTONIO, TX 78228-1319

GAC Engineering Bill File

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)
SEDONA CONTRACTING INC
HECTOR TRINIDAD
8800 PARK TEN BLVD
SAN ANTONIO TX 78213

CODE 0J8X3 FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

X 10A. MOD. OF CONTRACT/ORDER NO.: DACA63-99-C-0039

X 10B. DATED (SEE ITEM 13): 23-Sep-1999

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended. ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning ____ copies of the document; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN THE REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
See Schedule

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

X C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
52.243-4 & 52.236-2

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor [X] is not, ☐ is required to sign this document and return ____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

This modification is for SC-Veh. Ops/Maint. Complex Lackland Air Force Base, San Antonio, Texas

I. The above numbered contract is modified to provide for changes in the contract work within the general scope of the contract. This is a ~~unilateral modification~~ issued as an equitable adjustment in time and price for the following described work. This action has been taken by the Administration Contracting Officer due to failure to reach agreement through negotiations.

II. DESCRIPTION OF CHANGE: Pursuant to the clauses of this contract entitled, "Changes" and "Differing Site Condition", the contractor shall furnish all plant, labor and material, and perform all work necessary to accomplish the following described work. You are hereby notified of your rights pursuant to Contract Clause Disputes, to file a claim with the Contracting Officer. The Differing Condition consists of the disposal of previously excavated contaminated soil which has been stockpiled on Base.

Accounting and Appropriation Data: W45XMA90888509
97 NA X 0510.40E2 M2 1899 08 8073 1882064BJ00 41443 3200 003623 Mod Amount $17,160.00

+17,160

The contract completion date of 14 September 2001 remains unchanged.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print): Hector Trinidad

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)

15B. CONTRACTOR/OFFEROR: [signature]
(Signature of person authorized to sign)

15C. DATE SIGNED: 1-26-01

16B. UNITED STATES OF AMERICA
BY [signature]
(Signature of Contracting Officer)

16C. DATE SIGNED: 22 Dec 2000

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243



01501

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | | | |
|---|---|---|---|
| 1. CONTRACT ID CODE: J | PAGE OF PAGES: 1 / 2 | | |
| 2. AMENDMENT/MODIFICATION NO. P00013 | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO.(If applicable) DO-F1923 |
| 6. ISSUED BY CODE DACA63<br>ARMY ENGINEER DISTRICT, FTW<br>PO BOX 17300<br>819 TAYLOR ST<br>FT. WORTH, TX 76102-0300 | | 7. ADMINISTERED BY (If other than item 6) CODE M2M1JAA<br>SAN ANTONIO AREA OFFICE<br>COE FT WORTH DISTRICT<br>4204 WOODCOCK<br>SAN ANTONIO,, TX 78228-1319 | |
| 8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)<br>SEDONA CONTRACTING INC<br>HECTOR TRINIDAD<br>6800 PARK TEN BLVD<br>SAN ANTONIO TX 78213 | | 9A. AMENDMENT OF SOLICITATION NO.<br>9B. DATED (SEE ITEM 11)<br>X 10A. MOD. OF CONTRACT/ORDER NO. DACA63-99-C-0039<br>X 10B. DATED (SEE ITEM 13) 23-Sep-1999 | |
| CODE 0J8X3 | FACILITY CODE | | |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the document; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN THE REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

**See Schedule**

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

X A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.
52.243-4

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor ☒ is not, ☐ is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

This modification is for BC-Veh. Ops/Maint. Complex Lackland Air Force Base, San Antonio, Texas

I. You are hereby directed to proceed with the changes described hereafter. A supplemental agreement will be issued to definitize any time and pricing adjustments related to this change upon mutual agreement. The 20 day period for submittal of proposal will begin upon receipt of this Unpriced Change Order.

II. DESCRIPTION OF CHANGE: Pursuant to the clause of this contract entitled "Changes", the contractor shall furnish all plant, labor, and material, and perform all work necessary to accomplish the following described work:

Accounting and Appropriation Data: W45XMA90888509
97 NA X 0510.40E2 M2 1999 08 8073 1992064BJ00 41443 3200 0036Z3 Mod Amount $5,000.00

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| | | | |
|---|---|---|---|
| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
| 15B. CONTRACTOR/OFFEROR<br>______<br>(Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>BY [signature]<br>(Signature of Contracting Officer) | 16C. DATE SIGNED<br>26 Jan 2001 |

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | | | | |
|---|---|---|---|---|
| 1. CONTRACT ID CODE: J | PAGE OF PAGES: 1 | | | |
| 2. AMENDMENT/MODIFICATION NO.: P00014 | 3. EFFECTIVE DATE: 12-Feb-2001 | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO.(If applicable) | |
| 6. ISSUED BY CODE DACA63<br>ARMY ENGINEER DISTRICT, FTW<br>BOX 17300<br>TAYLOR ST<br>FT. WORTH TX 76102-0300 | 7. ADMINISTERED BY (If other than item 6) CODE<br>See Item 6 | | | |
| 8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)<br>SEDONA CONTRACTING INC<br>HECTOR TRINIDAD<br>6800 PARK TEN BLVD<br>SAN ANTONIO TX 78213 | | 9A. AMENDMENT OF SOLICITATION NO. | | |
| | | 9B. DATED (SEE ITEM 11) | | |
| | X | 10A. MOD. OF CONTRACT/ORDER NO.<br>DACA63-99-C-0039 | | |
| CODE 0J8X3 | FACILITY CODE | X | 10B. DATED (SEE ITEM 13)<br>23-Sep-1999 | |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor ☒ is not, ☐ is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

THIS MODIFICATION CHANGES THE PAYMENT INFORMATION CURRENTLY ON THE CONTRACT. PAYMENTS SHALL BE MADE TO ACCOUNT 384488, BROADWAY NATIONAL BANK, SAN ANTONIO, TX (ABA# 114021933). THIS CHANGE IS MADE IN ACCORDANCE WITH SEDONA CONTRACTING, INC.'S LETTER DATED 3 JANUARY 2001.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| | | | |
|---|---|---|---|
| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)<br>JOHN H. RODGERS, CONTRACTING OFFICER | |
| 15B. CONTRACTOR/OFFEROR<br>(Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>BY [signature]<br>(Signature of Contracting Officer) | 16C. DATE SIGNED<br>2/12/01 |

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243



00552

RR 5 Mar 01

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. CONTRACT ID CODE | PAGE OF PAGES |
|---|---|
| J | 1 / 1 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO.(If applicable) |
|---|---|---|---|
| P00015 | | | DO-F1711 |

| 6. ISSUED BY CODE DACA63 | 7. ADMINISTERED BY (If other than item 6) CODE M2M1JAA |
|---|---|
| ARMY ENGINEER DISTRICT, FTW<br>PO BOX 17300<br>819 TAYLOR ST<br>FT. WORTH TX 76102-0300 | SAN ANTONIO AREA OFFICE<br>COE FT WORTH DISTRICT<br>4204 WOODCOCK<br>SAN ANTONIO, TX 78228-1319 |

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)

SEDONA CONTRACTING INC
HECTOR TRINIDAD
6800 PARK TEN BLVD
SAN ANTONIO TX 78213

CODE 0J8X3 FACILITY CODE

| | |
|---|---|
| | 9A. AMENDMENT OF SOLICITATION NO. |
| | 9B. DATED (SEE ITEM 11) |
| X | 10A. MOD. OF CONTRACT/ORDER NO. DACA63-99-C-0039 |
| X | 10B. DATED (SEE ITEM 13) 23-Sep-1999 |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

X A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.
52.249-10

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor ☒ is not, ☒ is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The time for performance of all work under Section 01000-SC-1.1(1) is hereby extended (EIGHT) days for delays caused by weather in excess of the anticipated delays set forth in Section 00800-SC 2 of the contract. These delays, during the period 01 October 2000 thru 31 October 2000 were beyond the control and without the fault or negligence of the contractor.

As a result of this modification, the completion date is revised to 22 September 2001.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR<br>(Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>BY [signature]<br>(Signature of Contracting Officer) | 16C. DATE SIGNED<br>28 Feb 2001 |

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE: J
PAGE OF PAGES: 1 | 1

2. AMENDMENT/MODIFICATION NO.: P00016
3. EFFECTIVE DATE:
4. REQUISITION/PURCHASE REQ. NO.:
5. PROJECT NO. (If applicable): DO-F2120

6. ISSUED BY — CODE DACA63
ARMY ENGINEER DISTRICT, FTW
O BOX 17300
819 TAYLOR ST
FT. WORTH TX 76102-0300

7. ADMINISTERED BY (If other than item 6) — CODE M2M1JAA
SAN ANTONIO AREA OFFICE
COE FT WORTH DISTRICT
4204 WOODCOCK
SAN ANTONIO, TX 78228-1319
SAAO

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)
SEDONA CONTRACTING INC
HECTOR TRINIDAD
6800 PARK TEN BLVD
SAN ANTONIO TX 78213

CODE 0J8X3 — FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.
9B. DATED (SEE ITEM 11)
X 10A. MOD. OF CONTRACT/ORDER NO. DACA63-99-C-0039
X 10B. DATED (SEE ITEM 13) 23-Sep-1999

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

X A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.
52.249-10

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor ☒ is not, ☐ is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The time for performance of all work under Section 01000-SC-1.1(1) is hereby extended (SEVEN) days for delays caused by weather in excess of the anticipated delays set forth in Section 00800-SC 2 of the contract. These delays, during the period 1-30 November 2000.

As a result of this modification, the contract completion date is revised to 29 September 2001.

No DD350 needed

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)
16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)

15B. CONTRACTOR/OFFEROR
(Signature of person authorized to sign)
15C. DATE SIGNED

16B. UNITED STATES OF AMERICA
BY Roger K Anderson
(Signature of Contracting Officer)
16C. DATE SIGNED 22 Mar 2001

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84
30-105-04
STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

08/03/01 FRI 14:12 FAX 1 210 731 3461 CESWF-AO-S ☒002

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE: J
PAGE OF PAGE: 1 | 3

2. AMENDMENT/MODIFICATION NO: P00017
3. EFFECTIVE DATE
4. REQUISITION/PURCHASE REQ. NO.
5. PROJECT NO. (If applicable): DO-S1349

6. ISSUED BY CODE DACA63
US ARMY ENGINEER DISTRICT, FTW
P O BOX 17300
819 TAYLOR ST
FT. WORTH TX 76102-0300

7. ADMINISTERED BY (If other than item 6) CODE M2M1JAA
SAN ANTONIO AREA OFFICE
COE FT WORTH DISTRICT
4204 WOODCOCK
SAN ANTONIO, TX 78228-1319

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)
SEDONA CONTRACTING INC
HECTOR TRINIDAD
6800 PARK TEN BLVD
SAN ANTONIO TX 78213

CODE 0J6X3 FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.
9B. DATED (SEE ITEM 11)
X 10A. MOD. OF CONTRACT/ORDER NO. DACA63-99-C-0039
X 10B. DATED (SEE ITEM 13) 23-Sep-1999

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning ____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
See Schedule

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

X A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.
52.243-4 & 52.236-2

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor ☒ is not, ☐ is required to sign this document and return ____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

This modification is for BC-Veh. Ops/Maint. Complex Lackland Air Force Base, San Antonio, Texas

1. The above numbered contract is modified to provide for changes in the contract work within the general scope of the contract. This is a unilateral modification issued as an equitable adjustment in time and price for the following described work. This action has been taken by the Administrative Contracting Officer due to failure to reach agreement through negotiations. This modification is to Definitize the Unpriced Change Order DO-F1349, P00003 dated July 21, 2000.

Accounting and Appropriation Data: W45XMA90886559
97 NA X 0510.40E2 M2 1999 08 8073 1992064BJ00 41443 3200 0038Z3 Mod Amount -$16,539.00.

The contract completion date of 29 September 2001 remains unchanged

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)

15B. CONTRACTOR/OFFEROR
(Signature of person authorized to sign)

15C. DATE SIGNED

16B. UNITED STATES OF AMERICA
BY [signature]
(Signature of Contracting Officer)

16C. DATE SIGNED
11 May 2001

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

06/07/01 THU 09:43 FAX 1 210 731 3461 CESWF-AO-S 002

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE: DO-S1645
PAGE 1 OF PAGES 3

2. AMENDMENT/MODIFICATION NO.: P00018 P00018
3. EFFECTIVE DATE:
4. REQUISITION/PURCHASE REQ. NO.: W45XMA90888559
5. PROJECT NO. *(If applicable)*:

6. ISSUED BY — CODE:
US ARMY ENGINEER DISTRICT, FTW
P O BOX 173000
819 TAYLOR ST
FT. WORTH TX 76102-0300

7. ADMINISTERED BY *(If other than Item 6)* — CODE:

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)*
SEDONA CONTRACTING
6800 PARK TEN BLVD, STE 135E
SAN ANTONIO TX 78213

CODE — FACILITY CODE

(✓) 9A. AMENDMENT OF SOLICITATION NO.:
9B. DATED *(SEE ITEM 11)*:
X 10A. MODIFICATION OF CONTRACTS/ORDER NO.: DACA63-99-C-0039
10B. DATED *(SEE ITEM 13)*: 09/23/99

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(If required)*
97 NA 0510.40E2 M2 1999 08 8073 1992064BJ00 41443 3200 0036Z3 Mod Obligated Amount $4,544.00

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (✓) | |
|---|---|
| X | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. 52.243-4 |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER *(Specify type of modification and authority)* |

E. IMPORTANT: Contractor ☒ is not, ☐ is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*
This modification is for BC-Veh. Ops/Maint. Complex Lackland Air Force Base, San Antonio, Texas

I. The above numbered contract is modified to provide for changes in the contract work within the general scope of the contract. This is a unilateral modification issued as an equitable adjustment in time and price for the following described work. This action has been taken by the Administration Contracting Officer due to failure to reach agreement through negotiations. This modification is to definitize the Unpriced Change Order DO-F1645, P00009 dated October 18, 2000.

Accounting and Appropriation Data: W45XMA90888559
97 NA X 0510.40E2 M2 1999 08 8073 1992064BJ00 41443 3200 0036Z3 Mod Amount $4,544.00.

The contract completion date of 29 September 2001 remains unchanged.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER *(Type or print)*:

16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)*
Thomas L. Armstrong
Administrative Contracting Officer

15B. CONTRACTOR/OFFEROR
*(Signature of person authorized to sign)*

15C. DATE SIGNED:

16B. UNITED STATES OF AMERICA
BY Thomas L. Armstrong
*(Signature of Contracting Officer)*

16C. DATE SIGNED: 11 May 2001

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE
30-105-02
STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | |
|---|---|
| 1. CONTRACT ID CODE | J |
| PAGE OF PAGES | 1 / 2 |
| 2. AMENDMENT/MODIFICATION NO. | P00019 |
| 3. EFFECTIVE DATE | 07-Jun-2001 |
| 4. REQUISITION/PURCHASE REQ. NO. | |
| 5. PROJECT NO. (If applicable) | |
| 6. ISSUED BY — CODE DACA63 | 'S ARMY ENGINEER DISTRICT, FTW<br>'O BOX 17300<br>819 TAYLOR ST<br>FT. WORTH TX 76102-0300 |
| 7. ADMINISTERED BY (If other than item 6) — CODE | See Item 6 |
| 8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code) | SEDONA CONTRACTING INC<br>HECTOR TRINIDAD<br>6800 PARK TEN BLVD<br>SAN ANTONIO TX 78213 |
| 9A. AMENDMENT OF SOLICITATION NO. | |
| 9B. DATED (SEE ITEM 11) | |
| X 10A. MOD. OF CONTRACT/ORDER NO. | DACA63-99-C-0039 |
| X 10B. DATED (SEE ITEM 13) | 23-Sep-1999 |
| CODE | 0J8X3 |
| FACILITY CODE | |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

☐ A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

☐ B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

☐ C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

X D. OTHER (Specify type of modification and authority)
FAR 52.249-10 DEFAULT (Fixed-Price Construction) (APR 1984)

E. IMPORTANT: Contractor [X] is not, ☐ is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

NOTICE OF TERMINATION FOR DEFAULT

"Reviewed for legal sufficiency (AFARS 1-602-2)"

SUBJECT: Contract No. DACA63-99-C-0039, Operations/Maintenance Complex, Lackland Air Force Base, TX

1. Contract Number and Date: DACA63-99-C-0039, September 23, 1999.

2. Acts of Omissions of the Contractor: Sedona Contracting, Inc. (Sedona), has failed to pursue and prosecute the work required under the contract making satisfactory progress wherein the work under the contract will be completed by the contract by the contract completion date.

3. Sedona's right to proceed with work under the contract is herein terminated for default.

4. The supplies or services will be purchased against the contractors account and the contractor will be held liable for any excess costs.

5. This is the final decision of the Contracting Officer. This decision may be appealed to the Armed Services Board of Contract Appeals, Skyline Six, 5109 Leesburg Pike, 7th Floor, Falls Church, Virginia 22041-3208. If you decide to appeal, you must mail or otherwise furnish written notice

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| | |
|---|---|
| 15A. NAME AND TITLE OF SIGNER (Type or print) | |
| 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | JOHN H. RODGERS |
| 15B. CONTRACTOR/OFFEROR | (Signature of person authorized to sign) |
| 15C. DATE SIGNED | |
| 16B. UNITED STATES OF AMERICA | BY [signature] (Signature of Contracting Officer) |
| 16C. DATE SIGNED | 6/7/01 |

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

## AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE: J
PAGE OF PAGES: 1 | 1

2. AMENDMENT/MODIFICATION NO.: P00020
3. EFFECTIVE DATE: 06-Aug-2001
4. REQUISITION/PURCHASE REQ. NO.:
5. PROJECT NO. (If applicable):

6. ISSUED BY — CODE: DACA63
US ARMY ENGINEER DISTRICT, FTW
P O BOX 17300
819 TAYLOR ST
FT. WORTH TX 76102-0300

7. ADMINISTERED BY (If other than item 6) — CODE:
See Item 6

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)
FIDELITY & DEPOSIT COMPANY OF MD
DARRELL LEONARD
3910 KESWICK ROAD
BALTIMORE MD 21211

CODE 1D325 FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.
9B. DATED (SEE ITEM 11)
X 10A. MOD. OF CONTRACT/ORDER NO. DACA63-99-C-0039
X 10B. DATED (SEE ITEM 13) 23-Sep-1999

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning ____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

### 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

X C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
FAR 52.249-10

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return 1 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Pursuant to the attached "Takeover Agreement," signed by all concerned parties, the contract is modified to change contractor's name and address as follows:

From: Sedona Contracting, Inc.
6800 Park Ten Blvd
San Antonio, TX 78213

To: Fidelity & Deposit Company of Maryland
3910 Keswick Road
Baltimore, MD 21211

All other terms and conditions remain the same.

"Reviewed for legal sufficiency
(AFARS 1-602-2)"

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print): Darrell Leonard, Claims Counsel
15B. CONTRACTOR/OFFEROR: [signature] (Signature of person authorized to sign)
15C. DATE SIGNED: 8/9/01

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print): JOHN H. RODGERS, CONTRACTING OFFICER
16B. UNITED STATES OF AMERICA BY [signature] (Signature of Contracting Officer)
16C. DATE SIGNED: 8/10/01

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE: J
PAGE OF PAGES: 1 | 1

2. AMENDMENT/MODIFICATION NO.: P00021
3. EFFECTIVE DATE: 19-Sep-2001
4. REQUISITION/PURCHASE REQ. NO.:
5. PROJECT NO. (If applicable):

6. ISSUED BY — CODE: DACA63
US ARMY ENGINEER DISTRICT, FTW
PO BOX 17300
819 TAYLOR ST
FT. WORTH TX 76102-0300

7. ADMINISTERED BY (If other than item 6) — CODE:
**See Item 6**

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)
FIDELITY & DEPOSIT COMPANY OF MD
DARRELL LEONARD
3910 KESWICK ROAD
BALTIMORE MD 21211

CODE 1D3Z5 | FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.
9B. DATED (SEE ITEM 11)
X 10A. MOD. OF CONTRACT/ORDER NO. DACA63-99-C-0039
X 10B. DATED (SEE ITEM 13) 23-Sep-1999

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

X A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.
FAR 52.249-10 Default

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor ☒ is not, ☐ is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Contract DACA63-99-C-0039 BC - Vehicle Operations/Maintenance Complex, Lackland AFB, San Antonio,Texas, is modified as follows:

Based on delays arising from causes beyond the control and without the fault or negligence of Fidelity and Deposit Company of Maryland, occasioned by the termination of Sedona, and the subsequent takeover of the project by Fidelity and Deposit, the project completion date is extended 97 calendar days, establishing a revised completion date of 04 January 2002.

Total contract price remains unchanged.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)
16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print): JOHN H. RODGERS

15B. CONTRACTOR/OFFEROR
(Signature of person authorized to sign)
15C. DATE SIGNED

16B. UNITED STATES OF AMERICA
BY [signature]
(Signature of Contracting Officer)
16C. DATE SIGNED: 9/19/01

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

NOV 06 2000 12:36AM ZURICH NORTH AMERICA 800-329-6105 p.2

10/30/01 TUE 17:29 FAX 1 210 731 3461 CESWF-AO-S 002

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE: J
PAGE OF PAGES: 1 | 3

2. AMENDMENT/MODIFICATION NO.: 00022
3. EFFECTIVE DATE:
4. REQUISITION/PURCHASE REQ. NO.:
5. PROJECT NO. (If applicable): DO-F2072

6. ISSUED BY — CODE DACA63
US ARMY ENGINEER DISTRICT, FTW
P O BOX 17300
819 TAYLOR ST
FT. WORTH TX 76102-0300

7. ADMINISTERED BY (If other than Item 6) — CODE M2M1JAA
SAN ANTONIO AREA OFFICE
COE FT WORTH DISTRICT
4204 WOODCOCK
SAN ANTONIO, TX 78228-1319

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)
FIDELITY & DEPOSIT COMPANY OF MD
DARRELL LEONARD
3910 KESWICK ROAD
BALTIMORE MD 21211

CODE 10325 FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.
9B. DATED (SEE ITEM 11)
X 10A. MOD. OF CONTRACT/ORDER NO. DACA63-99-C-0039
X 10B. DATED (SEE ITEM 13) 23-Sep-1999

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
See Schedule

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

X C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
52.243-4

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return 1 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

This modification is for 80-Veh. Ops/Maint. Complex Lackland Air Force Base, San Antonio, Texas

I. The above numbered contract is modified to provide for changes in the contract work within the general scope of the contract.

II. DESCRIPTION OF CHANGE: Pursuant to the clause of this contract entitled, "Changes", the contractor shall furnish all plant, labor and material, and perform all work necessary to accomplish the following described work.

Accounting and Appropriation Data: W45XMA90888559
97 NA X 0510.40E2 M2 1999 08 8073 1992064BJ00 41443 3200 003623 Mod Amount -$325.00

The contract completion date of 4 January 2002 remains unchanged.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print): Darrell Leonard, Claims Counsel
16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)

15B. CONTRACTOR/OFFEROR: [signature] (Signature of person authorized to sign)
15C. DATE SIGNED: 11/6/01
16B. UNITED STATES OF AMERICA BY [signature] (Signature of Contracting Officer)
16C. DATE SIGNED: 7 Nov 2001

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. CONTRACT ID CODE | PAGE OF PAGE |
|---|---|
| J | 1 \| 3 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO.(If applicable) |
|---|---|---|---|
| P00023 | | | MJ025 |

6. ISSUED BY CODE DACA63
US ARMY ENGINEER DISTRICT, FTW
PO BOX 17300
819 TAYLOR ST
FT. WORTH TX 76102-0300

7. ADMINISTERED BY (If other than item 6) CODE M2M1JAA
SAN ANTONIO AREA OFFICE
COE FT WORTH DISTRICT
4204 WOODCOCK
SAN ANTONIO, TX 78228-1319

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)
FIDELITY & DEPOSIT COMPANY OF MD
DARRELL LEONARD
3910 KESWICK ROAD
BALTIMORE MD 21211

CODE 1D3Z5 FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

X 10A. MOD. OF CONTRACT/ORDER NO. DACA63-99-C-0039

X 10B. DATED (SEE ITEM 13) 23-Sep-1999

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
**See Schedule**

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

X A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.
52.243-4

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

This modification is for BC- Vehicle Operations/Maintenance Complex, Lackland Air Force Base, San Antonio, Texas

I. The above numbered contract is modified to provide for changes in the contract work within the general scope of the contract. You are hereby directed to proceed with the changes described hereafter. A supplemental agreement will be issued to definitize any time and pricing adjustments related to this change upon mutual agreement. The 15 day period for submittal of proposal will begin upon receipt of this Unpriced Change Order.

II. Description of Change: Pursuant to the clause of this contract entitled, "Changes", the contractor shall furnish all plant, labor and material, and perform all work necessary to accomplish the following described work.

Accounting and Appropriation Data: W45XMA90888559 Mod Amount $5000.00

97 NA 0510.40E2 M2 1999 08 8073 1992074BJ00 41443 3200 0036Z3

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR<br>(Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>BY [signature]<br>(Signature of Contracting Officer) | 16C. DATE SIGNED<br>9 Nov 2001 |

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243



01517

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE: J
PAGE OF PAGES: 1 | 2

2. AMENDMENT/MODIFICATION NO.: P00024
3. EFFECTIVE DATE:
4. REQUISITION/PURCHASE REQ. NO.:
5. PROJECT NO. (If applicable): DO-F1487

6. ISSUED BY — CODE DACA63
US ARMY ENGINEER DISTRICT, FTW
P O BOX 17300
819 TAYLOR ST
FT. WORTH TX 76102-0300

7. ADMINISTERED BY (If other than item 6) — CODE M2M1JAA
SAN ANTONIO AREA OFFICE
COE FT WORTH DISTRICT
4204 WOODCOCK
SAN ANTONIO, TX 78228-1319

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)
FIDELITY & DEPOSIT COMPANY OF MD
DARRELL LEONARD
3910 KESWICK ROAD
BALTIMORE MD 21211

9A. AMENDMENT OF SOLICITATION NO.
9B. DATED (SEE ITEM 11)
X 10A. MOD. OF CONTRACT/ORDER NO. DACA63-99-C-0036
X 10B. DATED (SEE ITEM 13) 23-Sep-1999

CODE 1D3Z5 FACILITY CODE

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
See Schedule

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

X C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
52.243-4 & 52.236-2

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return 1 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

This modification is for BC- Vehicle Operations/Maintenance Complex, Lackland Air Force Base, San Antonio, Texas

I. The above numbered contract is modified to provide for changes in the contract work within the general scope of the contract.

II. Description of Change: Pursuant to the clauses of this contract entitled, "Changes", and "Differing Site Condition", the contractor shall furnish all plant, labor and material, and perform all work necessary to accomplish the following described work. The Differing Site Condition consists of the additional work associated with the relocation of an existing communication line, removal and disposal of concrete foundation, removal of 24-inch Reinforced Concrete Pipe, and a concrete sump pit.

Accounting and Appropriation Data: W45XMA90888559 Mod Amount $21,615.00
97 NA 0510.40E2 M2 1999 06 8075 1992074BJ00 41443 3200 003623

The contract completion date of 4 January 2002 remains unchanged.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print): Darrell Leonard
16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)

15B. CONTRACTOR/OFFEROR: [signature] (Signature of person authorized to sign)
15C. DATE SIGNED: 11/30/01
16B. UNITED STATES OF AMERICA BY [signature] (Signature of Contracting Officer)
16C. DATE SIGNED: 7 Dec 2001

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243



01520

DEC 06 2001 5:08PM ZURICH NORTH AMERICA 800-329-6105 P.2

11/30/01 FRI 16:44 FAX 1 210 731 3461 CESWF-AO-S 002

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE: MJ017 & MJ023 — PAGE 1 OF PAGES 2

2. AMENDMENT/MODIFICATION NO.: P00025

3. EFFECTIVE DATE:

4. REQUISITION/PURCHASE REQ. NO.: W45XMA90888559

5. PROJECT NO. (If applicable):

6. ISSUED BY — CODE DACA63

US ARMY ENGINEER DISTRICT, FTW
P O BOX 173000
819 TAYLOR ST
FT. WORTH TX 76102-0300

7. ADMINISTERED BY (If other than Item 6) — CODE M2M1JAA

SAN ANTONIO AREA OFFICE
COE FT WORTH DISTRICT
4204 WOODCOCK SUITE 245
SAN ANTONIO, TX 78228-1319

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)

FIDELITY & DEPOSIT COMPANY OF MD
DARRELL LEONARD
3910 KESWICK TOAD
BALTIMORE MD 21211

CODE 1D3Z5 — FACILITY CODE

(√) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

X 10A. MODIFICATION OF CONTRACTS/ORDER NO.: DACA63-99-C-0039

10B. DATED (SEE ITEM 13): 09/23/99

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning ____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

SEE BLOCK 14, OF THE SF-30

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

(√) A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

X C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: 52.243-4

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return 1 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

This modification is for BC-Veh. Ops/Maint. Complex Lackland Air Force Base, San Antonio, Texas

I. The above numbered contract is modified to provide for changes in the contract work within the general scope of the contract.

II. DESCRIPTION OF CHANGE: Pursuant to the clause of this contract entitled, "Changes", the contractor shall furnish all plant, labor, equipment and material and perform all work necessary to accomplish the following discribed work:

Accounting and Appropriation Data: W45XMA90888559
97 NA X 0510.40E2 M2 1999 08 8073 1992064BJ00 41443 3200 0036Z3 Mod Amount -$7,550.00

The contract completion date of 4 January 2002 remains unchanged..

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print): Darrell Leonard, Claims Counsel

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print): Administrative Contracting Officer

15B. CONTRACTOR/OFFEROR: [signature] (Signature of person authorized to sign)

15C. DATE SIGNED: 12/7/01

16B. UNITED STATES OF AMERICA BY [signature] (Signature of Contracting Officer)

16C. DATE SIGNED: 10 Dec 2001

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-105-02

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

USAPPC V1.00

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE: J
PAGE OF PAGES: 1 | 2

2. AMENDMENT/MODIFICATION NO.: P00026
3. EFFECTIVE DATE:
4. REQUISITION/PURCHASE REQ. NO.:
5. PROJECT NO. (If applicable): MJ026

6. ISSUED BY — CODE DACA63
ARMY ENGINEER DISTRICT, FTW
PO BOX 17300
819 TAYLOR ST
FT. WORTH TX 76102-0300

7. ADMINISTERED BY (If other than item 6) — CODE M2M1JAA
SAN ANTONIO AREA OFFICE
COE FT WORTH DISTRICT
4204 WOODCOCK
SAN ANTONIO, TX 78228-1319

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)
FIDELITY & DEPOSIT COMPANY OF MD
DARRELL LEONARD
3910 KESWICK ROAD
BALTIMORE MD 21211

CODE 1D3Z5 — FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.
9B. DATED (SEE ITEM 11)
X 10A. MOD. OF CONTRACT/ORDER NO. DACA63-99-C-0039
X 10B. DATED (SEE ITEM 13) 23-Sep-1999

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
See Schedule

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

X A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.
52.243-4 & 52.236-2

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor ☒ is not, ☐ is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

This modification is for BC-Veh. Ops/Maint. Complex Lackland Air Force Base, San Antonio, Texas

1. The above numbered contract is modified to provide for changes in the contract work within the general scope of the contract. This is a unilateral modification issued as an equitable adjustment in time and price for the following described work. This action has been taken by the Administrative Contracting Officer due to failure to reach agreement through negotiations.

Accounting and Appropriation Data: W45XMA90888559
97 NA X 0510.40E2 M2 1999 08 8073 1992064BJ00 41443 3200 0036Z3 Mod Amount $64,338.00

The contract completion date of 4 January 2002 remains unchanged.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)
16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)

15B. CONTRACTOR/OFFEROR
(Signature of person authorized to sign)
15C. DATE SIGNED

16B. UNITED STATES OF AMERICA
BY Thomas L Armstrong [signature]
(Signature of Contracting Officer)
16C. DATE SIGNED: 11 Dec 2001

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE: J
PAGE OF PAGE: 1 | 2

2. AMENDMENT/MODIFICATION NO.: P00027
3. EFFECTIVE DATE:
4. REQUISITION/PURCHASE REQ. NO.:
5. PROJECT NO.(If applicable): MJ027

6. ISSUED BY — CODE DACA63
ARMY ENGINEER DISTRICT, FTW
O BOX 17300
819 TAYLOR ST
FT. WORTH TX 76102-0300

7. ADMINISTERED BY (If other than item 6) — CODE M2M1JAA
SAN ANTONIO AREA OFFICE
COE FT WORTH DISTRICT
4204 WOODCOCK
SAN ANTONIO, TX 78228-1319

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)
FIDELITY & DEPOSIT COMPANY OF MD
DARRELL LEONARD
3910 KESWICK ROAD
BALTIMORE MD 21211

9A. AMENDMENT OF SOLICITATION NO.
9B. DATED (SEE ITEM 11)
X 10A. MOD. OF CONTRACT/ORDER NO. DACA63-99-C-0039
X 10B. DATED (SEE ITEM 13) 23-Sep-1999

CODE 1D3Z5 FACILITY CODE

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
See Schedule

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

X A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.
52.243-4

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor ☒ is not, ☐ is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

This modification is for BC-Veh. Ops/Maint. Complex Lackland Air Force Base, San Antonio, Texas

I. The above numbered contract is modified to provide for changes in the contract work within the general scope of the contract. You are hereby directed to proceed with the changes described hereafter. A supplemental agreement will be issued to definitize any time and pricing adjustments related to this change upon mutual agreement. The 15-day period for submittal of proposal will begin upon receipt of this Unpriced Change Order.

II. DESCRIPTION OF CHANGE: Pursuant to the clause of this contract entitled, "Changes", the contractor shall furnish all plant, labor, equipment and material and perform all work necessary to accomplish the following discribed work:

Accounting and Appropriation Data: W45XMA90888559
97 NA X 0510.40E2 M2 1999 08 8073 1992064BJ00 41443 3200 0036Z3 Mod Amount $10,000.00

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)
16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)

15B. CONTRACTOR/OFFEROR
(Signature of person authorized to sign)
15C. DATE SIGNED

16B. UNITED STATES OF AMERICA
BY Roger L. Anderson
(Signature of Contracting Officer)
16C. DATE SIGNED 12 DEC 2001

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243



01527

FEB 05 2001 2:37PM ZURICH NORTH AMERICA 800-329-6105 P.2

02/06/02 WED 08:59 FAX 1 210 731 3461 CESWF-AO-S No.1216 P. 2/4 002

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE: J
PAGE OF PAGE: 1 | 3

2. AMENDMENT/MODIFICATION NO.: P00028
3. EFFECTIVE DATE:
4. REQUISITION/PURCHASE REQ. NO.:
5. PROJECT NO. (If applicable): MJ015II & MJ023II

6. ISSUED BY — CODE: DACA63
US ARMY ENGINEER DISTRICT, FTW
P O BOX 17300
819 TAYLOR ST
FT. WORTH TX 76102-0300

7. ADMINISTERED BY (If other than item 6) — CODE: M2M1JAA
SAN ANTONIO AREA OFFICE
COE FT WORTH DISTRICT
4204 WOODCOCK
SAN ANTONIO, TX 78228-1319

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)
FIDELITY & DEPOSIT COMPANY OF MD
DARRELL LEONARD
3910 KESWICK ROAD
BALTIMORE MD 21211

CODE 1D3Z5 FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.
9B. DATED (SEE ITEM 11)
X 10A. MOD. OF CONTRACT/ORDER NO. DACA63-99-C-0039
X 10B. DATED (SEE ITEM 13) 23-Sep-1999

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning ____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
See Schedule

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

X C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: 52.243-4

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return 1 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

This modification is for BC-Veh. Ops/Maint. Complex Lackland Air Force Base, San Antonio, Texas

I. The above numbered contract is modified to provide for changes in the contract work within the general scope of the contract. This modification is issued to definitize time and pricing adjustments for work directed by this Unpriced P00023 dated 9 Novermber 2001 & P00013 dated 26 January 2001.

II. DESCRIPTION OF CHANGE: Pursuant to the clause - of this contract entitled "Changes" the contractor shall furnish all plant, labor, and material, and perform all work necessary to accomplish the following described work.

Accounting and Appropriation Data: W45XMA90888559
97 NA X 0510.40E2 M2 1999 08 8073 1992064BJ00 41443 3200 003623 Mod Amount -$2,605.00

The contract completion date of 04 January 2002 remains unchanged.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print): Darrell Leonard, Claims Counsel
15B. CONTRACTOR/OFFEROR: [signature] (Signature of person authorized to sign)
15C. DATE SIGNED: 2/6/02

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print):
16B. UNITED STATES OF AMERICA BY [signature] (Signature of Contracting Officer)
16C. DATE SIGNED: 7 FEB 2002

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

1. CONTRACT ID CODE: J — PAGE 1 OF PAGES 2

2. AMENDMENT/MODIFICATION NO.: P00029
3. EFFECTIVE DATE:
4. REQUISITION/PURCHASE REQ. NO.: W45XMA90888559
5. PROJECT NO. (If applicable): DO-F1079

6. ISSUED BY — CODE DACA63

US ARMY ENGINEER DISTRICT, FTW
P O BOX 173000
819 TAYLOR ST
FT. WORTH TX 76102-0300

7. ADMINISTERED BY (If other than Item 6) — CODE M2M1AA

SAN ANTONIO AREA OFFICE
COE FT WORTH DISTRICT
4204 WOODCOCK SUITE 245
SAN ANTONIO, TX 78228-1319

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)

FIDELITY & DEPOSIT COMPANY OF MD
DARRELL LEONARD
3910 KESWICK ROAD
BALTIMORE MD 21211

CODE 1D3Z5 — FACILITY CODE

(✓) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

X 10A. MODIFICATION OF CONTRACTS/ORDER NO.: DACA63-99-C-0039

10B. DATED (SEE ITEM 13): 09/23/99

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
SEE BLOCK 14, OF THE SF-30

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| (✓) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: 52.243-4 |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return 1 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

This modification is for BC-Veh. Ops/Maint. Complex Lackland Air Force Base, San Antonio, Texas

I. The above numbered contract is modified to provide for changes in the contract work within the general scope of the contract.

II. DESCRIPTION OF CHANGE: Pursuant to the clause of this contract entitled, "Changes", the contractor shall furnish all plant, labor, and material, and perform all work necessary to accomplish the following described work:

Accounting and Appropriation data: W45XMA90888559
97 NA X 0510.40E2 M2 1999 08 8073 1992064BJ00 41443 3200 0036Z3 Mod Amount -$1,014.00

The contract completion date of 4 January 2002 remains unchanged.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print): Darrell Leonard Claims Counsel

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print): Administrative Contracting Officer

15B. CONTRACTOR/OFFEROR: [signature] (Signature of person authorized to sign)

15C. DATE SIGNED: 2/6/01

16B. UNITED STATES OF AMERICA BY [signature] (Signature of Contracting Officer)

16C. DATE SIGNED: 8 FEB 2002

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE: J
PAGE 1 OF 3 PAGES

2. AMENDMENT/MODIFICATION NO.: '00030
3. EFFECTIVE DATE:
4. REQUISITION/PURCHASE REQ. NO.:
5. PROJECT NO. (If applicable): MJ028 & MJ029

6. ISSUED BY — CODE: DACA63
US ARMY ENGINEER DISTRICT, FTW
PO BOX 17300
819 TAYLOR ST
FT. WORTH TX 76102-0300

7. ADMINISTERED BY (If other than item 6) — CODE: M2M1JAA
SAN ANTONIO AREA OFFICE
COE FT WORTH DISTRICT
4204 WOODCOCK
SAN ANTONIO, TX 78228-1319

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)
FIDELITY & DEPOSIT COMPANY OF MD
DARRELL LEONARD
3910 KESWICK ROAD
BALTIMORE MD 21211

CODE 1D3Z5 — FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.
9B. DATED (SEE ITEM 11)
X 10A. MOD. OF CONTRACT/ORDER NO. DACA63-99-C-0039
X 10B. DATED (SEE ITEM 13) 23-Sep-1999

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

X C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
52.243-4

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return 1 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

This modification is for BC-Veh. Ops/Maint. Complex Lackland Air Force Base, San Antonio, Texas

I. The above numbered contract is modified to provide for changes in the contract work within the general scope of the contract. You are hereby directed to proceed with the changes described hereafter. A supplemental agreement will be issued to definitize any time and pricing adjustments related to this change upon mutual agreement. The 15 day period for submittal of proposal will begin upon receipt of this Unpriced Change Order.

II. DESCRIPTION OF CHANGE: Pursuant to the clause of this contract entitled, "Changes", the contractor shall furnish all plant, labor, equipment and material and perform all work necessary to accomplish the following described work:

Accounting and Appropriation Data: W45XMA90888559
97 NA X 0510.40E2 M2 1999 08 8073 1992064BJ00 41443 3200 0036Z3 Mod Amount $0.00

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)
16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)

15B. CONTRACTOR/OFFEROR
(Signature of person authorized to sign)
15C. DATE SIGNED

16B. UNITED STATES OF AMERICA
BY [signature]
(Signature of Contracting Officer)
16C. DATE SIGNED 8 Feb 2002

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243



01534