**EDWARD M. STUART**
Route 1 Box 36A
Moore, Texas 78057
Phone: (210) 665-4335
Mobile: (210) 665-4335

**April 1995 - Present**

**Sedona Contracting, Inc.**
6800 Park Ten Blvd., Suite 135 East
San Antonio, Texas 78213
President: Hector Trinidad
(210) 736-5335

**Projects Under Sedona Contracting, Inc.**

January 1998 - Present

Add/Alterations to the Lackland AFB Commissary
2250 Fouloios Street, Building 8400
Lackland AFB, Texas 78236
(210) 671-1190 Contact: Mr. Tom Griffin
Position: Construction Superintendent

January 1997 - November 1998

Construction of the Radio Transmitter and Asphalt Bldg.
Texas Department of Transportation
4615 N.W. Loop 410
San Antonio, Texas 78229
(210) 615-5859 Contact: Junior Jimenez
Position: Construction Superintendent

August 1995 - December 1996

Construction of the Laredo Recreation Centers
Owner: City of Laredo
1110 Houston Street
Laredo, Texas 78041
(210) 791-7346 Contract: Hugo Seca
Position: Construction Superintendent

**PAST WORK HISTORY ATTACHED**

April 1987 - December 1988

Construction of Sunland Park Mall
El Paso, Texas
Position: Project Manager
Cost: $20,000,000.00
Type of Construction:
Two-Level, multi-million dollar regional shopping center consisting of: structural steel, spreadfootings, concrete retaining walls, masonry bearing walls, Contera stone on C.M.U. exterior walls. Interior finish consisted of: Polished marble floors, five fountains, sheet rock ceilings and numerous skylights.

**November 1985 - March 1987**

**Quincy Lee Construction**
634 W. Sunset
San Antonio, Texas
Manager: Phillip Robbins

**Projects Under Quincy Lee Construction, Inc.**

November 1985 - March 1987

Construction of Kyle II Center
101 Huebner Road
San Antonio, Texas
Position: Construction Superintendent
Cost: $1,500,000.00
Type of Construction:
49,000 sq. ft. multi-use office warehouse consisting of: slab on fill, drilled piers, tilt walls with face brick, structural steel with load master roof, concrete paving with asphalt in parking lot.

Construction of Block Distributing Company
San Antonio, Texas
Position: Construction Superintendent
Cost: $1,000,000.00
Type of Construction:
30,000 sq.ft. addition to existing building consisting of slab on fill, drilled piers, tilt walls, and concrete parking

Construction of Healy Murphy Day Care
San Antonio, Texas
Position: Construction Superintendent
Type of Construction:
5,000 sq. ft. slab on fill with concrete block walls.

**January 1989 - February 1991**

**Progressive Constructions, Inc.**
600 Delta Drive
Little Rock, AR 72206
President: Harvey Scorch
(501) 490-1424

**Projects Under Progressive Constructors, Inc.**

October 1990 - February 1991

Construction of Theater at Rolling Oaks Mall
1200 N.E. Loop 410
San Antonio, Texas
Position: Construction Superintendent
Cost: $1,000,000.00
Type of Construction:
25,000 sq. ft. structural steel building with Exterior Plaster Walls and Built-up Roof

January 1989 - September 1989

Construction of Sams Wholesale Club
700 San Bernardo Drive
Laredo, Texas 78041
Position: Construction Superintendent
Cost: $6,000,000.00
Type of Construction:
109,000 sq. ft. structural steel building with Masonry Walls and a built-up roof. Slab on fill with drilled piers, parking lot - asphalt and concrete.

January 1989 - September 1989

Construction of Wal-Mart Store
910 S.E. Military Drive
San Antonio, Texas
Position: Construction Superintendent
Cost: $5,000,000.00
Type of Construction:
87,000 sq. ft. retail sales store consisting of: slab on grade, masonry bearing walls, I structural iron, roof framing with build-up roof.

**April 1987 - December 1988**

**Childs Construction Company, Inc.**
2716 E. Lancaster
Fort Worth, Texas 76105
President: Bill Childs
(817) 531-3851

**Projects Under Childs Construction Company, Inc.**

| | |
|---|---|
| October 1984 - October 1985 | Progressive Constructions, Inc.<br>600 Delata Drive<br>Little Rock, AR 72206<br>President: Harvey Scorch<br>(501) 490-1424 |
| August 1983 - October 1984 | Self - Employed |
| May 1977 - August 1983 | Childs Construction Company, Inc.<br>2716 E. Lancaster<br>Fort Worth, Texas 76105<br>President: Bill Childs<br>(817) 531-3851 |

# CONTRACTOR FLOWCHART CONTROL PLAN

for the

B C Vehicle Operations and Maintenance Complex

at

Lackland AFB, San Antonio, Texas

Contract No.: DACA63-99-C-0039






00030

Resume of

Michael Harrell
5106 Gawain Street
San Antonio,Tx 78218

(210) 656-0552 (home)
(210) 656-2947 (fax.)
(210) 813-9782 (pgr.)

---

Objective:

Permanent and full-time employment as CQCM with Sedona Contracting, Inc. for the construction of the Vehicle Operations / Maintenance Complex at Lackland AFB.

Summary:

Active in real estate development, general contracting, and construction for over 20 years. Familiar with all common policies, principles, and practices used throughout these industries. Vast knowledge and experience acquired from direct involvement in many light and heavy industrial and commercial projects as well as commercial and residential remodel projects.

Qualifications:

Extremely versatile, skilled craftsman with excellent managerial skills. Received formal training and on the job experience in a wide variety of trades. Commonly use hand tools and light equipment for fabrication and assembly, building and constructing. Perform accurate take-off's and job-cost accounting from plans and/or field inspections. Qualified to determine conformity and acceptability of materials, methods, and craftsmanship to meet specifications and budget criteria. Familiar with bonding, bidding, and contract documents; submittals, applications, permits, and inspections. Skilled at evaluating, scheduling, and expediting manpower, equipment, and materials (with or without a CPM calendar). Experienced in writing narratives and maintaining records.

Experience:

- Quality Assurance Evaluator (QAE) for government owned family housing by a specializing CASU contractor for the Department of Treasury.
- Assistant Project Manager (PM) for two multi-million dollar DOD projects by a specializing general contractor for the Army Corps of Engineers.
- Handled administrative routine as corporate officer of a diverse remodeling general contracting company specializing in commercial and residential projects.
- Inside sales and estimating of pre-engineered metal buildings and related components to developers, contractors, and erectors for a national manufacturer.
- Projects Manager and Field Superintendent for a medium sized industrial park land developer.
- Laborer, Foreman, and Superintendent for a large refractory supplier and industrial contractor.
- Buildings Foreman for six buildings at a new wastewater treatment plant for a heavy industrial and utility general contractor.
- Facilities Manager for a large private school on a nine-acre campus site.

Sedona Contracting, Inc.
6800 Park Ten Blvd., Suite 135 E
San Antonio, Texas 78213

November 24, 1999

Area Engineer
U.S. Army Corps of Engineers
4204 Woodcock St., Suite 245
San Antonio, Texas 78228

Re.: Contractors Quality Control Manager
Lackland AFB Vehicle Operations and Maintenance Complex
Contract No.: DACA63-99-C-0039

Gentlenmen:

This is to introduce Michael Harrell as our representative for the Contractors Quality Control Manager position at the above referenced project.

Very truly yours,

Hector Trinidad, President

Cc: Field file
Office File

# CONTRACTOR QUALITY CONTROL PLAN
for the
B C Vehicle Operations and Maintenance Complex
at
Lackland AFB, San Antonio, Texas

Contract No.: DACA63-99-C-0039

Prepared for:
US Army Corps of Engineers, San Antonio Area Office
4204 Woodcock, Suite 245
San Antonio, Texas 78228-1319

Prepared by:
Seona Contracting, Inc.
6800 Park Ten Blvd., Suite 135 E
San Antonio, Texas 78213

## Table of Contents

1.0 PURPOSE

2.0 POLICY

3.0 ORGANIZATION
- 3.1 CONTRACTORS QUALITY CONTROL MANAGER
- 3.2 CONTRACTORS OTHER PERSONNEL

4.0 CONTROL PROCEDURES
- 4.1 CONTROLS OF ON-SITE CONSTRUCTION
- 4.2 CONTROLS FOR DOCUMENTS AND DRAWINGS
- 4.3 CONTROLS FOR MATERIALS CERTIFICATION
- 4.4 CONTROLS FOR RECEIVING AND WAREHOUSING
- 4.5 CONTROLS FOR OFF-SITE FACILITIES
- 4.6 CONTROLS FOR CONCEALED WORKMANSHIP

5.0 TESTING METHODS AND PROCEEDURES
- 5.1 TESTING METHODS
- 5.2 COMMERCIAL TESTING
- 5.3 CALIBRATIONS OF EQUIPMENT
- 5.4 FINAL INSPECTIONS AND TESTS
- 5.5 RECORDING FORMS
- 5.6 CONCRETE TESTING PROCEEDURES
- 5.7 TEST CYLINDERS
- 5.8 REVISION POLICY

6.0 QUALITY CONTROL SURVEILANCE
- 6.1 SURVEILANCE OF SUB-CONTRACTORS
- 6.2 SURVEILANCE OF FABRICATORS
- 6.3 SURVEILANCE OF SUPPLIERS

7.0 SURVEILANCE INSPECTION PROCEEDURES
- 7.1 INSPECTION AND ACCEPTANCE
- 7.2 INSPECTION DISCREPANCY

8.0 DEFINABLE FEATURES OF CONSTRUCTION
- 8.1 GENERAL REQUIREMENTS
- 8.2 SITE WORK
- 8.3 CONCRETE
- 8.4 MASONRY
- 8.5 METALS
- 8.6 WOOD AND PLASTICS
- 8.7 THERMAL AND MOISTURE PROTECTION
- 8.8 DOOR AND WINDOWS
- 8.9 FINISHES
- 8.10 SPECIALTIES
- 8.11 EQUIPMENT
- 8.12 FURNISHINGS
- 8.13 SPECIAL CONSTRUCTION
- 8.14
- 8.15 MECHANICAL
- 8.16 ELECTRICAL

9.0 ATTACHMENTS
- 9.1 REPORTS / FORMS
- 9.2 LETTERS / RESUMES / CHARTS

# CONTRACTOR QUALITY CONTROL PLAN

Lackland AFB Vehicle Operations and Maintenance Complex

Contract No.: DACA63-99-C-0039

## 1.0 PURPOSE

This document establishes the Quality Control System of Sedona Contracting, Inc.. The Quality Control System consists of plans, procedures, and organization necessary to produce an end product which complies with the contract requirements. This Quality Control System covers all operations, both onsite and offsite, and is keyed to the proposed construction sequence. It provides for the necessary documentation, supervision, control phases and tests of all definable features of work, including that of suppliers, fabricators, and sub-contractors. It covers contractor-furnished equipment, materials, workmanship, construction, finish, functional performance, and identification, and will ensure the compliance of all work with the applicable specifications and drawings.

## 2.0 POLICY

Sedona Contracting, Inc., through the utilization of a Quality Control System, strives to obtain a uniform, high quality level of workmanship throughout all phases of procurement, fabrication, construction and installation of equipment and facilities. To assure this goal, the following principles will be observed:

A) Assure the highest quality product by maintaining supervised controls and written instructions governing quality control procedures and practices, establish clearly defined responsibilities and authority for compliance.
B) Conform to all contractual requirements, specifications, applicable Corps of Engineer standards and standards of the Sedona Contracting, Inc. Quality Control Plan.
C) Compile and record accurate records of tests, certifications, and other required documentation.
D) Compile and maintain accurate records associated to quality discrepancies and assures that corrective action is implemented timely and properly.

## 3.0 ORGANIZATION

### 3.1 CONTRACTOR QUALITY CONTROL MANAGER

The Contractor Quality Control Manager (CQCM) for this project is Michael Harrell. He reports directly to and receives his authority directly from Sedona Contracting, Inc. management. The CQCM will be housed in a space separate from the Project Management staff and shall be under the supervision of Sedona Contracting, Inc. home office. The CQCM shall:

A) formulate and implement, as required, the written procedures and instructions contained in this plan. Actual practices are not limited to this plan and where a discrepancy exists between this plan and the contract requirements, the contract requirements shall prevail.
B) consult with project supervisory personnel to assure compliance with the quality control requirements of the contract.
C) coordinates the quality control efforts of sub-contractors, fabricators, and suppliers to correspond with the overall Quality Control Plan.
D) provide direct feedback and advise the government representative regarding the effectiveness and capability of the quality control organization, including but not limited to coordination, field engineering, office engineering, accounting for government-furnished property, etc.
E) be physically on the project site for the duration of the contract work. He will review and coordinate submittals and approvals for contractor - furnished materials and equipment, conduct tests, and follow-ups of subcontractor's work as required to ensure compliance with contract plans and specifications.

### 3.2 CONTRACTORS OTHER PERSONNEL

Quality control functions will be carried out by other Sedona Contracting, Inc. personnel to include the Project Superintendent, Mr. Eddie Stuart, who will be physically on the job-site for the duration of the contract work. He will assist the Quality Control System Manager in other areas, as required, to fully implement the Quality Control Plan. The CQCM may delegate such duties to other contractor's personnel who may be assigned to the project on a temporary basis (ie Mechanical and Electrical Field Engineers and Superintendents).

## 4.0 CONTROL PROCEDURES

### 4.1 CONTROLS OF ON-SITE CONSTRUCTION

The Quality Control System Manager (CQCM) will perform sufficient control phases and tests of all work, including that of sub-contractors to ensure conformance to applicable specifications and drawings with respect to the materials, workmanship, construction, finish, functional performance, and identification. The Quality Control organization will perform at least three phases of control for all definable features of work, as follows:

A) PREPRATORY PHASE

Performed prior to beginning each definable feature of work. The CQCM will notify the government Representative and other appropriate persons at least 72 hours in advance of the meeting. The meeting agenda will include the following:

a) A review contract plans, specifications, and other contract requirements.
b) Check to assure that all materials and / or equipment are on hand and have been tested, submitted, and approved as required.
c) Check to assure that all provisions have been made to provide required control testing.
d) Examine work area to assure that all preliminary work has been accomplished.
e) Review hazard analysis.

B) INITIAL PHASE

Performed at the beginning of a definable feature of work. The CQCM will notify the government Representative and other appropriate persons at least 24 hours in advance of the meeting. The meeting agenda will include the following:

a) Check preliminary work.
b) Check new work for compliance with contract documents.
c) Review of control testing.
d) Establish level of workmanship.
e) Check for use of defective or damaged materials.
f) Check for omissions and resolve any differences of interpretation with the government representative.
g) General check of dimensional requirements.
h) Check safety compliance.

C) FOLLOW-UP PHASE

Perform daily checks to assure continued compliance with workmanship established at the initial phase.

a) Assurance of continuous compliance with contract drawings and specifications.
b) Daily control inspections and testing as required.

### 4.2 CONTROLS FOR DOCUMENTS AND DRAWINGS

A) DOCUMENTS

The CQCM will maintain current records of all control activities and tests. These will include factual evidence that the required control phases and tests have been performed, including the number and results, nature of defects, causes for rejection, etc.; proposed remedial action, corrective actions taken. Contractor's records will cover both conforming and defective features and will include a statement that all supplies and materials incorporated in the work are in full compliance with the terms of the contract. Legible copies of these records on an appropriate form will be furnished to the government Representative daily.

B) DRAWINGS AND OTHER DOCUMENTS

Contract drawings, specifications, contracts, work orders, modification(s) and change orders issued for and during construction will also be issued to the CQCM. It is the responsibility of the Office Engineer to issue all technical information to the CQCM. It is the responsibility of the CQCM to maintain this technical information and keep it current and recorded as it is revised. No technical information will be replaced or revised without receipt of properly authorized change notice, revision, or equal.

### 4.3 CONTROLS FOR MATERIALS CERTIFICATION

Copies of all purchase orders or sub-contracts, requiring receiving inspection, will be given to the CQCM for receiving and recording purposes. When the purchase order requires vendor certification of materials, equipment, or supplies, such certification shall be verified as to accuracy and conformance and may be used in lieu of a test for those properties covered by the certification. Copies of all certifications received will be maintained in the Quality Control Folder and will be available to the government Representative upon request or submitted to him as provided in the contract specifications.

4.4 CONTROLS FOR RECEIVING AND WAREHOUSING

Inspection of permanent construction materials received will be performed by the CQCM, or other Sedona Contracting, Inc. personnel. Results of the receiving inspection will be recorded on the appropriate report form and will be made available to the government Representative. Visual inspections will be made for:

A) Identification
B) Damage
C) Completeness
D) Evidence of compliance with approvals
E) Proper documentation

4.5 CONTROLS FOR OFF-SITE FACILITIES

Facilities of off-site fabricators and suppliers will be surveyed, as required, to assure that all requirements of the contract drawings and specifications are met and maintained and to assure delivery of quality products. The results of each survey will be recorded on an appropriate form and will be made available to the government Representative. The fabricator or supplier will be notified of any deficiencies and will be required to submit a report of corrective actions taken. The contractor will inform the government Representative of off-site surveys.

4.6 CONTROLS FOR CONCEALED WORKMANSHIP

Items that will be embedded in the concrete placements, or other areas which will be covered up by a following operation, will be inspected by the CQCM. The CQCM shall verify, by signature, that all items installed are in accordance with the contract drawings and specifications prior to the placement of concrete or covering. Any corrective action that may be required will be recorded on the appropriate report form and will be made available to the government Representative.

5.0 TESTING METHODS AND PROCEEDURES

5.1 TESTING METHODS

All testing will be in accordance with the applicable section of the specifications. The government Representative will be notified 24 hours in advance of all tests to be performed in the field.

5.2 COMMERCIAL TESTING

The commercial testing firm to be utilized on this project is:

| | |
|---|---|
| NAME: | AGRA Earth and Environmental, Inc. |
| ADDRESS: | 12768 Cimmaron Path, Suite 128 |
| | San Antonio, Texas 78249 |
| PHONE: | (210) 699-5595 |
| FAX: | (210) 699-6597 |
| CONTACT: | Mr. Michael Jennings, Const. Serv. Mgr. |

5.3 CALIBRATIONS OF EQUIPMENT

A) All contractor-furnished measuring and test equipment shall be calibrated and maintained to traceable government standards. Records of these calibration certifications will be maintained by the CQCM and made available to the government Representative upon request. The CQCM will assure the following:

a) Each instrument will be plainly and permanently numbered. The equipment will be operated only by those persons directly responsible for the equipment or personnel under their supervision.
b) Each piece of equipment will be checked for accuracy as recommended by the manufacturer for frequency and accuracy of calibration. Required calibration of measuring and test equipment will be conducted by a certified laboratory.
c) Measuring and test equipment dropped, damaged, or believed to be inaccurate will be removed from services and recalibrated.

B) All test lab-furnished measuring and test equipment shall be calibrated and maintained to traceable government standards. Records of these calibration certifications will be maintained by the testing laboratory and made available to the government Representative upon request. The testing laboratory will assure the following:

a) Each instrument will be plainly and permanently numbered. The equipment will be operated only by those persons directly responsible for the equipment or personnel under their supervision.
b) Each piece of equipment will be checked for accuracy as recommended by the manufacturer for frequency and accuracy of calibration. Required calibration of measuring and test equipment will be conducted by a certified technician.
c) Measuring and test equipment dropped, damaged, or believed to be inaccurate will be removed from services and recalibrated.

5.4 FINAL INSPECTIONS AND TESTS

Prior to final inspection or start of tests, all systems being inspected or tested shall be completed and accepted by the CQCM. After this acceptance, the final inspection and test may proceed in accordance with the following steps:

A) Verify the test personnel have a working knowledge of the special characteristics of the instruments being used.
B) Verify the test personnel have a working knowledge of the special characteristics of the instruments being used.
C) Note the particular inspection or test requirements and criteria for successful completion of the required inspection or test.
D) Upon satisfactory verification of these requirements the test may proceed. Each reading will be verified and documented by the CQCM. All functional validations or tests will be performed by the CQCM unless otherwise noted. No functional test will be performed by the Quality Control Staff unless otherwise noted. No functional test will be accepted without properly authorized and approved test procedures.
E) The general requirement of final acceptance will include, but may not be limited to, the following:
   a) General appearance.
   b) Workmanship.
   c) Cleanliness of areas and equipment.
   d) Identification of equipment.
   e) Painting.
   f) Removal of unused material and temporary facilities.
   g) Condition of job files and completion of paperwork.

5.5 RECORDING FORMS

The Contractor Quality Control Staff will perform all tests as indicated in the contract specifications using the appropriate Corps of Engineers ASTM, or other approved test methods. The following list itemizes some of the forms which the contractor quality control personnel intend to use. This list is not all inclusive and may be revised and updated as conditions require. The contractor's records will be available for review by the government Representative.

A) SUB-CONTRACTOR DAILY QUALITY CONTROL REPORT

To be filled out daily by the Sub-contractors Quality Control Personnel covering the day's quality control activities, approved by the Prime Contractor's Quality Control Manager, and placed in the Prime Contractor's files.

B) CONTRACTORS DAILY QUALITY CONTROL REPORT

To be used by the CQCM to report the day's quality control activities of the Prime Contractor and all sub-contractors. Daily QC reports and all attachments will be submitted in duplicate on the first working day following the day covered by this report. The CQCM reports will contain:

a) notations specifically defining the phase of control on each day's activities and note compliance or non-compliance with previous phases when applicable.
b) copies of all inspection and test reports including data and calculation sheets.
c) list of visitors to the project with notations relevant to their visit.

C) TRIP REPORT

Used to report relevant activities covering off-site trips. To be submitted with the Contractor's Daily Quality Control Report.

D). CONCRETE PLACEMENT CARDS
To be filled out prior to, during and after concrete placement to document that preparatory, initial and follow-up phases have been made for concrete placement. To be submitted with the Contractor's Daily Quality Control Report.

E) CONCRETE SUMMARY
Provides a running summary of concrete test results. To be kept in contractor's files and made available to the government Representative upon request.

F) DENSITY TEST SUMMARY
Provides a running summary of soil testing results. Will be kept in contractor's files and made available to the government Representative upon request.

5.6 CONCRETE TESTING PROCEEDURES
Field testing of concrete and preparation, handling, curing, and testing of cylinders will be in accordance with ATSM and CRD Standards as set forth in paragraph 5.7. In addition, the following ASTM Standards will be followed:
A) C 173-73 Air content of freshly mixed concrete by the volumetric method.
B) C 470-73T Molds for forming concrete tests cylinders vertically.
C) C 617-73 Capping cylindrical concrete specimens.
D) C 683-71T Compressive and flexural strength of concrete under field conditions.

5.7 TEST CYLINDERS
A) Test cylinders will remain in the area where they are prepare d for the first 24 hours properly protected as set forth in ASTM 31-69.
B) They will then be transported to the laboratory, removed from the mold and immersed in a tank of saturated lime water until time of testing.
C) Transportation from work area to laboratory area on the job-site will be in boxes containing wet sand or sawdust and will be protected from freezing.

5.8 REVISION POLICY
Activities, programs, and procedures not covered in this Quality Control Plan, or proposals or additions to these standards, shall be discussed at meetings held for that purpose at such times and places coordinated by the CQCM; and shall take such action to request acceptance from the government Representative to incorporate such revisions as deemed necessary. A record shall be kept of such meetings and interested parties present, together with the subject matter reviewed. Such meetings shall be held as required by changes in the contract specifications for the purpose of reviewing the QC plan, to entertain revisions, additions or deletions. Accepted revisions shall be incorporated in the plan as first revision, second revision, etc., a revised index page shall be included.

6.0 QUALITY CONTROL SURVEILANCE
There is one Contractors Quality Control Manager (CQCM) representing Sedona Contracting, Inc., with the full support of the Project Superintendent and Sedona Contracting, Inc. Project Management Staff. Surveillance of the fabricators, sub-contractors, and suppliers operations is primarily the responsibility of the CQCM. The CQCM has authority and responsibility to act directly with fabricator, sub-contractor, and supplier representatives on routine quality control activities, which includes the authority to stop work which is not in compliance with the contract or contract specifications. In addition, the Mechanical and Electrical Contractor Superintendents will act as their Quality Control Engineers and will be directly responsible to the CQCM and Sedona Contracting, Inc. Quality Control Support Team.

6.1 SURVEILANCE OF SUB-CONTRACTORS
Surveillance of the sub-contractors' operations is the responsibility of the CQCM. Discrepancies that come to his attention will be recorded and transmitted to the responsible sub-contractor representative. All rework or changes will be recorded on the Daily Quality Control Report. Discrepancies will be followed up on a daily basis, upon correction of the discrepancy, the date corrected will be noted and by whom.

6.2 SURVEILANCE OF FABRICATORS

Surveillance of all the fabricators' operations is the responsibility of the CQCM. Discrepancies that come to his attention will be recorded and transmitted to the responsible fabricating company representative. All rework or changes will be recorded on the Daily Quality Control Report. Discrepancies will be followed up on a routine basis and upon correction of the discrepancy, the date corrected will be noted and by whom.

6.3 SURVEILANCE OF SUPPLIERS

Surveillance of suppliers is covered in the submittal review process.

7.0 SURVEILANCE INSPECTION PROCEEDURES

7.1 INSPECTION AND ACCEPTANCE

All fabrication, installation, and construction work shall be in accordance with the contract drawings and specifications. NOTE: All rework, modifications, or changes which change existing engineering drawings or specifications must be authorized. All installations and construction work will be recorded on the Daily Quality Control Report. Work found in compliance with the drawings and specifications will be so noted. If discrepancies are found, they will be handled in accordance with inspection discrepancy procedures.

7.2 INSPECTION DISCREPANCY

All discrepancies in quality, workmanship, materials, equipment, supplies, and / or unauthorized deviations from engineering and / or design requirements on specifications will be called to the attention of the responsible supervision personnel utilizing the following procedures:

NOTE: If the discrepancy is related to a concrete placement or will be covered by a preceding operation, a resolution must be made prior to the item being covered.

A) When material, equipment, supplies, or workmanship, does not conform to the contract drawings or specifications and are rejected, the rejecting CQCM will initiate a discrepancy report and immediately furnish copies to the contractor's Project Manager, Project Superintendent, Sub-contractor's Job Representative, and the government Representative via the Daily Quality Control Report.

B) Discrepancies will be recorded on the Daily Quality Control Report form providing the following:
   a) Each discrepancy will be assigned a number by the recording CQCM.
   b) A concise statement locating the discrepancy and description of the discrepancy will be documented by the CQCM.

C) Upon receiving and reviewing the discrepancy report, the Project Manager or Project Superintendent and the CQCM will examine the rejected item(s). If in their opinion, the rejected item(s) can be reworked to a usable condition, the discrepancy report will be so noted. However, if, in their opinion, the item cannot be reworked, either from a practical and / or economical standpoint, the item(s) shall be scrapped. An entry made on the discrepancy report stating a conclusion to that effect.

D) Upon completion of rework on items specified for rework, the CQCM will be notified and he will re-inspect the item(s) to the original requirement, plus enter the rework information on the discrepancy report. If it is found acceptable, the discrepancy report will be so noted. From this point on, the item(s) will be handled in the normal manner. If, however, the item(s) is still not acceptable to the CQCM, due to poor workmanship, etc., arising from the rework, Sedona Contracting, Inc. will treat this item as a first time rejection and this will be resubmitted for inspection only after further rework.

E) The Discrepancy Report Log will be routinely reviewed by the Project Manager with the Project Superintendent and the CQCM to formulate a disposition of each listed uncorrected discrepancy. They will establish timetables for final resolution of all discrepancies.

8.0 DEFINABLE FEATURES OF CONSTRUCTION

8.1 GENERAL REQUIREMENTS

A) Special project procedures to include coordination of work, project meetings, submittals, and quality control.
B) Administrative Requirements
C) Environmental Protection.
D) Job Conditions

8.2 SITE WORK
A) Demolition
B) Excavation, Filling and Backfilling for Buildings
C) Clearing and Grubbing
D) Earthwork
E) Excavation, Trenching and Backfilling for Utility Systems
F) Drilled Piers
G) Water Distribution System
H) Wheel Stops
I) Sanitary Sewers
J) Pavement Removal
K) Storm Drainage System
L) Gas Distribution System
M) Lime Stabilized Sub-grade
N) Sub-base Course
O) Aggregate Base Course
P) Bituminous Paving
Q) Bituminous Tack and Prime Coats
R) Pavement Markings
S) Concrete Sidewalks, Curbs and Gutters
T) Underground Sprinkler System
U) Fencing
V) Grading and Top Soil
W) Establishment of Turf
X) Mulching for Erosion Control
Y) Trees, Shrubs, Ground Cover, and Vines

8.3 CONCRETE
A) Structural Concrete Formwork, Forms and Form Accessories
B) Concrete Reinforcement, Concrete Accessories
C) Expansion Joints, Contraction Joints, Grouting
D) Cast-in-Place Structural Concrete, Specially Placed Concrete
E) Pre-cast Concrete Floor Units
F) Testing

8.4 MASONRY
A) Masonry Procedures
B) Non-Bearing Masonry Veneer / Steel Stud Walls
C) Sample Panel
D) Testing
E) Mortar, Mortar Accessories
F) Masonry Units, Cavity Wall
G) Masonry Reinforcement
H) Masonry Restoration and Cleaning

8.5 METALS
A) Welding / Structural
B) Structural Steel
C) Steel Joists
D) Steel Decking
E) Miscellaneous Metals
F) High Strength Bolts
G) Inspection and Testing

8.6 WOOD AND PLASTICS
- A) Rough Carpentry
- B) Finish Carpentry
- C) Custom Casework
- D) Inspection and Acceptance

8.7 THERMAL AND MOISTURE PROTECTION
- A) Bituminous Dampproofing
- B) Exterior Insulation and Finish System
- C) Firestopping
- D) Metal Liner Panel
- E) Structural Standing Seam Metal Roof System
- F) Sheet Metalwork, General
- G) Heat and Smoke Vents
- H) Joint Sealing

8.8 DOORS AND WINDOWS
- A) Steel Doors and Frames
- B) Aluminum Doors and Frames, Storefront
- C) Wood Doors
- D) Overhead Rolling Doors
- E) Operable Partitions
- F) Sectional Overhead Doors
- G) Fixed Steel Windows
- H) Fixed Aluminum Windows
- I) Builders Hardware
- J) Glass and Glazing
- K) Inspection and Testing

8.9 FINISHES
- A) Gypsum Wallboard
- B) Ceramic Tile
- C) Acoustical Ceilings, Metal Suspension System
- D) Resilliant Flooring
- E) Conductive Vinyl Flooring
- F) Carpet
- G) Painting, General
- H) Inspection and Test

8.10 SPECIALTIES
- A) Miscellaneous Items and Equipment
- B) Toilet Partitions
- C) Wall and Corner Protection
- D) Interior Signage and Graphics
- E) Metal Lockers
- F) Toilet Accessories
- G) Fire Extinguisher Cabinets
- H) Inspections and Approval

8.11 EOUIPMENT
- A) Security Vault Doors

8.12 FURNISHINGS
- A) Casework for Laboratory Facilities
- B) Window Blinds, Shades, and Drapery Hardware
- C) Theater Chairs
- D) Recessed Floor Mats and Frames
- E) Pre-wired Workstations

8.13 SPECIAL CONSTRUCTION
A) Cathodic Protection System (Sacrificial Anode)
B) Metal Building System (Minor Requirements)
C) Fire Detection and Alarm System, Addressable
D) Inspection and Testing

8.14

8.15 MECHANICAL
A) Identification of Piping
B) Thermal Insulation for Mechanical Systems
C) Wet-pipe Sprinkler System, Fire Protection
D) Pre-action Sprinkler System, Fire Protection
E) Plumbing, General Purpose
F) Gas Pipe System
G) Heating System, Gas Fired Heaters
H) Water and Steam Heating; Oil, Gas, or Both; Up to 20 MBTUH
I) Central Refrigerated Air Conditioning System
J) Air Conditioning System (Unitary Type)
K) Air Supply Distribution, Ventilation, and Exhaust System
L) Overhead Vehicle Exhaust System
M) Direct Digital Controls for HVAC System
N) Inspections, Testing, Adjusting, and Balancing of HVAC Systems
O) Commissioning of HVAC Systems

8.16 ELECTRICAL
A) Electrical Distribution System (Aerial)
B) Electrical Distribution System (Underground)
C) Electrical Work, Interior
D) Exterior Lighting Protection System
E) Premises Distribution System
F) Telephone System, Outside Plant
G) Public Address and Voice Reinforcement Audio Systems
H) Inspection and Testing Requirements

NOTE: This above list is subject to further review and updating during mutual understanding meetings.

9.0 ATTACHMENTS

9.1 SAMPLE REPORTS / FORMS
Contractors Daily Quality Control Report Form
Preparatory Phase Checklist Form
Initial Phase Checklist Form
Concrete Placement Card Form
Concrete Summary Report Form
Construction Record – Drilled Piers Form
Operation and Maintenance Instructions Form
Trip Report Form
Permanent Materials Report Form
Deficiency Report Form
Piping System Test Report Form
Soils Density Report Form

9.2 LETTERS / RESUMES / CHARTS
Letter Of Direction to Michael Harrell, CQCM
Resume Of Michael Harrell
Resume Of Eddie Stuart
CQC System Flowchart

i. A list of the definable features of work. A definable feature of work is a task which is separate and distinct from other tasks, has separate control requirements, and may be identified by different trades or disciplines, or it may be work by the same trade in a different environment. Although each section of the specifications may generally be considered as a definable feature of work, there are frequently more than one definable features under a particular section. This list will be agreed upon during the coordination meeting.

3.2.3 Acceptance of Plan

Acceptance of the Contractor's plan is required prior to the start of construction. Acceptance is conditional and will be predicated on satisfactory performance during the construction. The Government reserves the right to require the Contractor to make changes in his CQC Plan and operations including removal of personnel, as necessary, to obtain the quality specified.

3.2.4 Notification of Changes

After acceptance of the CQC Plan, the Contractor shall notify the Contracting Officer in writing of any proposed change. Proposed changes are subject to acceptance by the Contracting Officer.

3.3 COORDINATION MEETING

After the Preconstruction Conference, before start of construction, and prior to acceptance by the Government of the CQC Plan, the Contractor shall meet with the Contracting Officer or Authorized Representative and discuss the Contractor's quality control system. The CQC Plan shall be submitted for review a minimum of 10 calendar days prior to the Coordination Meeting. During the meeting, a mutual understanding of the system details shall be developed, including the forms for recording the CQC operations, control activities, testing, administration of the system for both onsite and offsite work, and the interrelationship of Contractor's Management and control with the Government's Quality Assurance. Minutes of the meeting shall be prepared by the Government and signed by both the Contractor and the Contracting Officer. The minutes shall become a part of the contract file. There may be occasions when subsequent conferences will be called by either party to reconfirm mutual understandings and/or address deficiencies in the CQC system or procedures which may require corrective action by the Contractor.

3.4 QUALITY CONTROL ORGANIZATION

3.4.1 General

The requirements for the CQC organization are a CQC System Manager and sufficient number of additional qualified personnel to ensure contract compliance. The Contractor shall provide a CQC organization which shall be at the site at all times during progress of the work and with complete authority to take any action necessary to ensure compliance with the contract. All CQC staff members shall be subject to acceptance by the Contracting Officer.

3.4.2 CQC System Manager

The Contractor shall identify as CQC System Manager an individual within the onsite work organization who shall be responsible for overall management of CQC and have the authority to act in all CQC matters for the Contractor. The CQC System Manager shall be a graduate engineer, graduate architect, or a graduate of construction management, with a minimum of two years construction experience on construction similar to this contract or a construction person with a minimum of five years in related work. This CQC System Manager shall be on the site at all times during construction and shall be employed by the prime Contractor. The CQC System Manager shall be assigned no other duties. An alternate for the CQC System Manager shall be identified in the plan to serve in the event of the System Manager's absence. The requirements for the alternate shall be the same as for the designated CQC System Manager.

3.4.3 CQC Personnel

3.4.3.1 CQC Staff

A staff shall be maintained under the direction of the CQC system manager to perform all QC activities. The staff must be of sufficient size to ensure adequate QC coverage of all work phases, work shifts and work crews involved with the construction. These personnel may perform other duties, but must be fully qualified by experience and technical training to perform their assigned QC responsibilities and must be allowed sufficient time to carry out these responsibilities.

3.4.4 Additional Requirement

In addition to the above experience and education requirements the CQC System Manager shall have completed the course entitled "Construction Quality Management For Contractors". This course is periodically offered at the Fort Worth District, Corps of Engineers Office, Federal Building, Room 1A03, 819 Taylor Street, Fort Worth, Texas. It will be offered at the following times:

3 August 1999
2 November 1999

Registration is required; call (817) 978-2161 for reservations. Each class will be limited to 30 students. If the demand is greater than what is currently scheduled, additional classes will be scheduled.

3.4.5 Organizational Changes

The Contractor shall maintain the CQC staff at full strength at all times. When it is necessary to make changes to the CQC staff, the Contractor shall revise the CQC Plan to reflect the changes and submit the changes to the Contracting Officer for acceptance.

3.5 SUBMITTALS

Submittals shall be made as specified in Section 01330 SUBMITTAL PROCEDURES. The CQC organization shall be responsible for certifying that all submittals are in compliance with the contract requirements.

3.6 CONTROL

Contractor Quality Control is the means by which the Contractor ensures

CARDENDAS/mld

January 26, 2000
Serial No. 99-0039-0015

Lackland Resident Office

SUBJECT: Contractor Quality Control Manager, Contract No. DACA63-99-C-0039, BC-Vehicle Operations/Maintenance Complex, Lackland Air Force Base, San Antonio, Texas

Sedona Contracting, Inc.
6800 Park Ten Blvd., Suite 135E
San Antonio, Texas 78213

Gentlemen:

Reference your serial letter 99-0039-0028 regarding the submission of Mr. Arthur Perez as your Quality Control Manager. I have reviewed and hereby give a conditional acceptance of Mr. Perez as Quality Control Manager.

The conditional acceptance is given due to the marginal performance noticed on Mr. Perez' previous project. His performance and this project will be monitored closely and action taken as deemed necessary.

You are reminded that in the area of Contractor Quality Control several items remain outstanding as of the date of this letter. We have not received your revised quality control plan addressing the government review comments submitted with our serial letter 99-0039-0002 dated December 8, 1999. We have not received a revised submittal register in response to review comments submitted with our serial letter 99-0039-0009 dated January 6, 2000.

We have not received a revised preliminary project schedule in response to review comments submitted with our serial letter 99-0039-0008 dated December 29, 1999.

Your attention to the above outstanding submittals is paramount to providing the government with a quality product delivered in a timely manner. Additionally, payment cannot be made until these submittals are approved.

If you have any questions concerning the above, please do not hesitate to contact my Project Engineer, Mr. George Cardenas at (210) 675-7712/7713.

Sincerely,

Manuel Fano
Contracting Officer Representative