LEEDER MASONRY, INC.
7193 HEUERMANN ROAD
SAN ANTONIO, TEXAS 78256

Invoice No. 010116

January 23, 2001

TO: Sedona Contracting, Inc.
6800 Park Ten Blvd., Ste. 135 East
San Antonio, TX 78213

**Subcontractor Application for Payment**

PROJECT: Construction of LAFB Vehicle Operations & Maintenance Bldgs.
Pay Application No. 1

Statement of Contract Account:

| | |
|---|---|
| Original Contract Amount | $269,000.00 |
| Change Orders: | |
| Adds: | 0.00 |
| Deducts: | 0.00 |
| Adjusted Contract Amount | $269,000.00 |
| | |
| Work completed to date | $40,350.00 |
| Materials stored | 0.00 |
| Total earned to date | 40,350.00 |
| Less: Retainage of 10% | 4,035.00 |
| Total earned less retainage | 36,315.00 |
| Less: Payment requested through last Pay Application | 0.00 |
| Amount due Subcontractor this Pay Application | $36,315.00 |

In order to preserve its lien rights under the hardeman Act, we are required by law to advise you that if the invoice remanis unpaid, you may be personally liable and your property subjected to a lien unless you take the precaution of withholding from your original contract an amount sufficient to pay it, or unless the invoice is otherwise paid or settled.

Leeder Masonry, Inc.

By: Richard Leeder

DEPARTMENT OF THE ARMY
FORT WORTH DISTRICT, CORPS OF ENGINEERS
P. O. BOX 17300
FORT WORTH, TEXAS 76102-0300

REPLY TO
ATTENTION OF
Contracting Division

April 30, 2001

Samuels Glass Company
Attn: Steve Fahringer
P O Box 1769
San Antonio, Texas 78296

Dear Mr. Fahringer

In response to your letter dated March 28, 2001, I am sending you a copy of the payment bond for Contract Number DACA63-99-C-0039, Vehicle Operations and Maintenance Buildings at Lackland AFB, Texas. The general contractor over this project is Sedona Contracting, Inc.

This letter, with the enclosures, is issued for the information of individuals, corporations, or others interested in claims for labor and materials supplied during the course of work on this contract administered by the Corps of Engineers on behalf of the United States.

All this information should be kept for future reference in order to avoid unnecessary correspondence regarding questions answered herein. **The Corps of Engineers is without authority under law to enforce the settlement of claims.**

Please contact Robin Revard, Procurement Technician at 817/978-4419 for answers to any questions you may have in regard to this letter.

Sincerely,

Robin Revard

Robin Revard
Procurement Technician
Contracting Division

Enclosure:
Copy of Payment Bond - DACA63-99-C-0039

Est. 1914

# Samuels Glass Co.

PHONE (210) 227-2481
FAX (210) 223-8640

221 NEWELL AVENUE, SAN ANTONIO, TEXAS 78215
P.O. BOX 1769, SAN ANTONIO, TEXAS 78296
www.samuelsglass.com

FAX (210) 223-8675
CONTRACTING OFFICE

**RETAINAGE AGREEMENT NOTICE**
Texas Property Code §53.057

March 28, 2001

Via Certified Mail
Return Receipt Requested # 7099 3220 0006 0593 7035

**TO:** Fort Worth District, Corps of Engineers
P.O. Box 173000
Ft. Worth, Texas 76102-0300

**AND**

Via Certified Mail
Return Receipt Requested # 7099 3220 0006 0593 6991

**TO:** U.S. Corps of Engineers
4204 Woodcock Avenue, Suite 245
San Antonio, Texas 78228

**AND**

Via Certified Mail
Return Receipt Requested # 7000 0520 0024 0378 7807

**TO:** Sedona Contracting, Inc.
6800 Park Ten Boulevard, Suite 135 East
San Antonio, Texas 78213

**RE:** BC Vehicle Operations and Maintenance Facility
Contract Number: DACA63-99-C-0039
1001 Gary Avenue
Lackland Air Force Base
San Antonio, Texas

The following notice is provided to comply with the requirements of §53.057 of the Texas Property Code and is being sent to you as the owner of a project located at **BC Vehicle Operations and Maintenance Facility, 1001 Gary Avenue, Lackland Air Force Base, San Antonio, Texas.** If you are not the owner of the above-referenced project, please notify the undersigned at your earliest convenience.

SAMUELS
SAN ANTONIO, TEXAS

On or about December 12, 1999, **Samuels Glass Company** entered into a subcontract agreement with **Sedona Contracting, Inc.** to provide labor and/or materials for a project located at **BC Vehicle Operations Maintenance Facility, 1001 Gary Avenue, Lackland Air Force Base, San Antonio, Texas.** This agreement is a retainage agreement as defined in §53.057, Texas Property Code. The retainage is to be withheld as follows: 10% retainage to be withheld from each draw. The total sum anticipated to retained under this agreement will be **$ 4,500.00** to be paid by the Contractor to the Subcontractor when the Subcontractor's work is fully performed in accordance with the requirements of the contract documents and no defect, the architect has issued a certificate of payment covering the Subcontractor's completed work, and the Contractor has received payment from the Owner.

The agreement referenced above requires us to perform aluminum door frames and storefront, fixed aluminum windows, glass and glazing work on the project.

**SAMUELS GLASS COMPANY**

BY:____________________
Steve Fahringer
Contract Manager

02/14/01 17:03 FAX WTH & F 008

Dec 20 '00 02:44p F. Jelity & Deposit 410-559-3870 p.2

LI50 CLAIM MANAGEMENT SYSTEM A059
REVIEW ISSUED INSTRUMENTS DLD
AUTHORIZED BY: TRACEY L. HALEY STATUS: RECONCILED

CLAIM NUMBER POLICY NUMBER FIDELITY AND DEPOSIT COMPANIES
168 003649 PRF 8131176 00 01
PRINCIPAL/INSURED INSTRUMENT NUMBER: LD 202362
SEDONA CONTRACTING, INC
CLMT FT TC PC PREVIOUS PYMTS CLAIM OFFICE: DALLAS
002 L PP CL
COVERAGE: DATE: 11/13/00
FID SURETY TYPE LOSS
IN FAVOR OF $200,000.00
H & M STEEL, INC.

ADDR 1: 119 N. ROBINSON, SUITE 410 ADDR 2:
CITYST: OKLAHOMA CITY, OK ZIP : 73102 -
MEMO PHRASE: (MEMO CODE: 02 )
ATT/DST. PAYMENT OF UNDISPUTED PORTION OF CLAIM ON ABOVE REFERENCED BOND.

FOR TRANSFER ENTER SCREEN NAME CIC5 AND DEPRESS ENTER.
(IF DIFFERENT ENTER): OFFICE: 168 CLAIM#: 003649 CLMT/COV#: 002
SYM: PRF NUMBER: 8131176 MODULE: 00 MCO: 01

00560

245 | 12/20/2000 WED 15:49 [TX/RX NO 8022] 002

Cardenas/te

December 29, 1999
Serial No. 99-0039-0008

Lackland Resident Office

SUBJECT: Preliminary Project Schedule, Contract No. DACA63-99-C-0039, BC - Vehicle Operations/Maintenance Complex, Lackland Air Force Base, San Antonio, Texas

Sedona Contracting, Inc.
6800 Park Ten Blvd., Suite 135 East
San Antonio, Texas 78228

Gentlemen:

Reference your Preliminary Project Schedule submitted by your serial letter no. 99-0039-0015, dated December 13, 1999.

Your schedule has been returned disapproved due to the following deficiencies:

a. The "Activity ID" schedule report does not contain "Late Start" and "Late Finish" dates as required by Specifications Section 01320, paragraph 3.3.5. Please include these columns on this report. The "%" and "Budgeted Cost" and "Earned Value" columns may be left out of this report for ease of printing. The "Total Float" and "Earnings" reports layouts are acceptable as submitted.

b. The disk label needs to have the data date, project location, and file name listed as required by Specifications Section 01320, paragraph 3.3.1.3.

c. The file name is unacceptable. Ensure the file name is descriptive, unique, and capable of showing sequence of submission as required by Specifications Section 01320, paragraph 3.3.1.4.

d. Mobilization costs appear to be excessive. Please reduce to $25,000 or definitize your costs. If you intend to have mobilization activities you must also have demobilization activities and the associated costs need to be included.

e. The schedule should be complete for the first 90 days. It should show all your individual activities as required by Specifications Section 01320, paragraph 3.2.1.

f. Each "Government Approved" submittal that you plan to submit within the first 90 days must be shown on the schedule.

g. Government submittal review time needs to be shown for

"GA" submittals starting on the date you propose to submit to the government. These cannot be lumped together as you have done for Divisions 02 and 03.

h. You have shown some division 2 work to start prior to return of "GA" submittals. While we will take extra effort to return your submittals as early as possible, you must schedule your project within the guidelines of the contract, and therefore must include full government review time of 60 days prior to a planned start of work on any section that has "GA" submittals. You can always start work early when you have received an early approval, however this tool needs to show your plan to accomplish the work in a logical manner along a feasible timeline. Reference specification section 01320, paragraph 3.4.5.

i. The network diagram is not legible enough for use on this project. These are normally printed on "D" size sheets to improve legibility. You have items that are plotted on top of each other and lines cannot be followed between items.

j. Appropriate resources are required to be assigned to each activity as per specification section 01320, paragraph 3.4.6. Several activities were checked and it was found that 1 man was assigned to each activity per day with no materials and no equipment.

k. All activities are required to have the party responsible for performing the work listed. This information has not been input to the schedule.

l. All activities are required to have the work area listed. This is especially important where you have several geographically separated sites.

m. It appears that you have used the resource item to list the bid item number. This is not acceptable. Bid item must be listed separately so the earnings report can be sorted by bid item and still retain the resource information. Reference specification section 01320, paragraph 3.4.11.

n. The Data Dictionary was not submitted. Include all codes or abbreviations to be used within your schedule.

o. The project start date is required to be the date the NTP was acknowledged. The NTP was acknowledged 15 Nov 99. You have used 16 November 1999 as your start date.

p. Two of the activities are shown open ended. These are 020100.C and 160010.C. These must be tied to other items of work with both predecessors and successors.

If you have any questions concerning the above, please do not hesitate to contact my Project Engineer, Mr. George Cardenas, at (210) 675-7712/7713.

Sincerely,

Manuel Fano
Contracting Officer's Representative

CARDENAS/mld

February 25, 2000
Serial No. 99-0039-0023

Lackland Resident Office

SUBJECT: Revised Preliminary Project Schedule, Contract No. DACA63-99-C-0039, BC - Vehicle Operations/Maintenance Complex, Lackland Air Force Base, San Antonio, Texas

Sedona Contracting, Inc.
6800 Park Ten Blvd., Suite 135E
San Antonio, Texas 78213

Gentlemen:

Reference your serial letter no. 99-0039-0032 dated February 2, 2000 and your serial letter no. 99-0039-0034 dated February 8, 2000 submitting your proposed 90-Day Preliminary Progress Schedule.

Your Preliminary Progress Schedule has been reviewed and found acceptable as submitted. Request you submit your Complete Progress Schedule immediately after receipt of this letter. The 45 calendar day time period after Notice to Proceed alotted by the contract has passed for submission of your initial project schedule.

You are reminded that a modification to the contract is in process to revise the dollar amounts in your bidding schedule for item numbers 0001, 0002, 0005, and 0006. Reference your serial letter no. 99-0039-0013, dated December 8, 1999. With re-submission of your initial project schedule and associated reports, insure that your earnings report reflects this change.

If you have any questions concerning the above, please do not hesitate to contact my Project Engineer, Mr. George Cardenas, at (210) 675-7712/7713.

Sincerely,

Manuel Fano
Contracting Officer's Representative



00654

CARDENAS/mld

April 12, 2000
Serial No. 99-0039-0026

Lackland Resident Office

SUBJECT: Review of Initial Project Schedule, Contract No. [redacted] - Vehicle Operations/Maintenance Complex, Lackland Air Force Base, San Antonio, Texas

Sedona Contracting, Inc.
6800 Park Ten Blvd., Suite 135 East
San Antonio, Texas 78228

Gentlemen:

Reference your serial letter no. 99-0039-0044 dated March 20, 2000 submitting your Initial Project Schedule for Government review and approval.

Your Initial Project Schedule cannot be approved due to the following deficiencies:

a. Your project schedule does not include the following construction activities as required by Specifications Section 1320, paragraph 3.4.4: placement of warranty tags, O&M manuals, jobsite cleanup, and required testing (i.e., cathodic protection testing, electrical system testing, plumbing system testing, etc.) and training.

b. Your project schedule does not include the following government activities as required by Specifications Section 1320, paragraph 3.4.5: inspections and utility tie-ins. For example, Specification Section 1451 requires a 14-day advance notice to the Government for the Pre-Final Inspection.

c. Pre-commissioning activities (150105A, 150105C) cannot start until all requirements of all related sections have been completed. This means all test & balance reports need to be submitted and approved; O&M manuals need to be submitted & approved; etc. See Specification Section 15995, paragraph 1.2.

d. You have one activity for General Contractor Mobilize (010020.P) with a budgeted cost of $25,000 and a Demobilize (980005.P) activity with a budgeted cost of $5,000. Please justify the significant cost difference.

A 23

e. You need to justify the budgeted costs for Site Mobilize (020005.P), Mobilize Plumbing (150010.C), and Mobilize Electric (160010.C) activities. What equipment are you mobilizing under these separate activities?

f. You listed budgeted costs for Unloading Structural Steel activities (050000.A, 050000.C) under each of the new facilities. We do not pay for unloading structural steel. We will pay for stored materials on site but, not as a work activity.

g. You need to definitize your budgeted costs for the following activities: 020020.A, 020030.A, 020020.C, 020030.C, and 020010.C. The costs you have budgeted for these activities appear to be excessive. Converse to these excessive costs, your costs budgeted for activities such as masonry of $8,000 (04000.A) and a total of only $1,700 for new doors, frames, and Builder's hardware appear to be unrealistically low for the Vehicle Operations building. There are numerous other activities that are unbalanced.

h. Please review the first few activities for both buildings beginning with Establish Building Subgrade through Place Beam Concrete to verify accuracy of duration. You show the same duration for each of these activities on both buildings.

i. Review your allowed duration for installation of the standing seam metal room system for both buildings, activities 070010.C (Vehicle Maintenance) - 15 calendar days and 070010.A (Vehicle Operations) - 10 calendar days. There is approximately ten times more material to be installed at the Vehicle Maintenance facility versus material for the Vehicle Operations facility.

j. Your turfing activities are scheduled for the November/December time frame. Reference Specifications Section 2932, paragraph 3.2 which specifies the planting season between April 1 and June 1 for turfing work. I expect it to be very difficult to establish a stand of turf during the time period you have scheduled for establishing turf.

k. Your schedule does not include an activity for the 90 day (minimum) maintenance period for turfing work. Reference Specification Section 2932, paragraph 3.11.

l. The duration of your contract includes all testing and commissioning, therefore, your Pre-Final inspection cannot be held until commissioning is performed.

m. Reference your Earnings report. Revise the responsibility code for activitiy 010235.P Submit Sewer Utilities to GC instead of X. Activity 011025.P Fab/Deliver Lockers does not indicate a responsible party.

n. The qualifications of your scheduler were not submitted with your Preliminary Project Schedule as required by Specification Section 1320, paragraph 1.2. Include a copy of your Scheduler qualifications with re-submission of your initial project schedule.

o. Provide activities for the submission and review of the Color/Finish Sample Board. Also, all your finishes activities must be tied to these color board activities.

You are reminded that progress payments cannot be processed until your Initial Progress Schedule is approved. Please expedite your re-submission.

If you have any questions concerning the above, please do not hesitate to contact my Project Engineer, Mr. George Cardenas, at (210) 675-7712/7713.

Sincerely,

Manuel Fano
Contracting Officer Representative

CARDENAS/mld

May 19, 2000
Serial No. 99-0039-0032

Lackland Resident Office

SUBJECT: Review of Revised Initial Project Schedule, Contract No. DACA63-99-C-0039, BC - Vehicle Operations/Maintenance Complex, Lackland Air Force Base, San Antonio, Texas

Sedona Contracting, Inc.
6800 Park Ten Blvd., Suite 135 East
San Antonio, Texas 78228

Gentlemen:

Reference your serial letter no. 99-0039-0054 dated May 11, 2000 submitting your revised Initial Project Schedule for Government review and approval.

Your Initial Project Schedule has been reviewed and is hereby given a conditional approval. Based on this conditional approval you will be allowed to submit your pay request for the months of March 2000 and April 2000. We will not approve payment beyond April 2000 until all of the following deficiencies are addressed:

a. As discussed in our previous letter and discussed during our meeting, your project schedule still does not include the following construction activities as required by Specifications Section 1320, paragraph 3.4.4: required testing, training, and jobsite cleanup.

b. Your schedule included a construction activity for Warranty Tags (150115.A) for the Vehicle Operations building only. You will also need an activity for Warranty Tags for the Vehicle Maintenance building.

c. Your project schedule still does not include the following government activities as required by Specifications Section 1320, paragraph 3.4.5: inspections and utility tie-ins. For example, Specification Section 1451 requires a 14-day advance notice to the Government for the Pre-Final Inspection.

B23

d. Pre-commissioning activities (150105A, 150105C) cannot start until all requirements of all related sections have been completed. This means all test & balance reports need to be submitted and approved; O&M manuals need to be submitted & approved; etc. See Specification Section 15995, paragraph 1.2.

e. You have one activity for General Contractor Mobilize (010020.P) with a budgeted cost of $25,000 and a Demobilize (980005.P) activity with a budgeted cost of $5,000. You did not address this deficiency by justifying your cost difference in your most recent schedule submittal.

f. Reference your construction activities for Site Mobilize (020005.P), Mobilize Plumbing (150010.C), and Mobilize Electric (160010.C) activities. I noted that your revised schedule included reduced costs for Mobilize Plumbing and Mobilize Electric activities, but you did not provide justification for including these activities in your schedule as we previously requested. Please provide a list of the equipment to be mobilized to the jobsite for each of the above mobilization activities.

g. The network diagram you submitted for our review is in a more compressed format than the diagram previously submitted. It is very difficult and in some cases impossible to follow the sequence of activities in your schedule. Specification Section 1320, paragraph 3.2, states that a legible network diagram is required for each submission.

h. The qualifications of your scheduler were not submitted with your Preliminary Project Schedule as required by Specification Section 1320, paragraph 1.2. Include a copy of your Scheduler qualifications with re-submission of your initial project schedule.

Please resubmit your corrected initial project schedule on or before May 31, 2000 addressing the above deficiencies.

If you have any questions concerning the above, please do not hesitate to contact my Project Engineer, Mr. George Cardenas, at (210) 675-7712/7713.

Sincerely,

Manuel Fano
Contracting Officer Representative

CARDENAS/mld

June 20, 2000
Serial No. 99-0039-0036

Lackland Resident Office

SUBJECT: Review of Revision #2 of the Initial Project Schedule, Contract Number DACA63-99-C-0039, BC - Vehicle Operations - Maintenance Complex, Lackland Air Force Base, San Antonio, Texas

Sedona Contracting, Inc.
6800 Park Ten Blvd., Suite 135 East
San Antonio, Texas 78228

Gentlemen:

Reference your serial letter no. 99-0039-0056 dated May 31, 2000 submitting your second revision to the Initial Project Schedule for Government review and approval.

Your revised Initial Project Schedule has been reviewed and the following comments are provided:

a. The Earnings report shows a subtotal of $8,000.00 for the category listing the project wide activities. This $8,000.00 needs to be distributed amongst the bid items. The subtotals for the Vehicle Operations building and the Vehicle Maintenance Building do not agree with the corresponding Bid Item totals on the Bidding Schedule. These subtotals need to be corrected to agree with the corresponding Bid Item totals.

b. Again, we have not received a copy of your Scheduler's qualifications here in our office. Reference the facsimile dated June 1, 2000, paragraph h., from Mr. Sydney Whitehead which states that the scheduler qualifications were submitted with the Preliminary Schedule. Review of your Preliminary Schedule and your revised Preliminary Schedule submittals do not indicate this to be correct. Please submit a copy of Mr. Whitehead's qualifications for our review.

As a courtesy, my Project Engineer sent to you, via facsimile on June 9, 2000, an advance copy of our review comments for your action. To date we have not received your response.

B23

Please respond to the above review comments as soon as possible. As stated in our previous serial letter 99-0039-0032 dated May 17, 2000, we will not approve any requests for payment beyond April 2000 until all of the deficiencies in your initial project schedule submittal are corrected.

If you have any questions concerning the above, please do not hesitate to contact my Project Engineer, Mr. George Cardenas, at (210) 675-7712/7713.

Sincerely,

Manuel Fano
Contracting Officer Representative

CARDENAS/mld

July 27, 2000
Serial No. 99-0039-0038

Lackland Resident Office

SUBJECT: Review of Revision #2 of the Initial Project Schedule, Contract Number DA[redacted]cle Operations - Maintenance Complex, Lackland Air Force Base, San Antonio, Texas

Sedona Contracting, Inc.
6800 Park Ten Blvd., Suite 135 East
San Antonio, Texas 78213

Gentlemen:

Reference your serial letter no. 99-0039-0061 dated July 13, 2000 in response to our serial letter no. 99-0039-0036 dated June 20, 2000. Both referenced letters pertain to your second revision to the Initial Project Schedule for Government review and approval.

With submission of your Scheduler's Qualifications and revised Schedule of Values, your revised Initial Progress Schedule is approved for use under the subject contract. As modifications are approved in the future, you should include them in the Progress Schedule to show effects of work activities with respect to dollar and time durations.

If you have any questions concerning the above, please do not hesitate to contact my Project Engineer, Mr. George Cardenas, at (210) 675-7712/7713.

Sincerely,

Manuel Fano
Contracting Officer Representative

R23

**SEDONA CONTRACTING, INC.**
6800 Park Ten Blvd., Suite 135 East
San Antonio, Texas 78213
(210) 736-5335 / Fax 736-1927

H-0061

ACTION/PE

July 13, 2000

U.S. Corps of Engineers
Attn: Mr. George A. Cardenas, Jr.
4204 Woodcock
San Antonio, Texas 78228

RECEIVED
JUL 17 2000
San Antonio Area Office

Re: Lackland AFB Vehicle Operations
Contract Number: DACA 63-99-C-0039
Revised Construction Schedule

**Serial Number: 99-0039-0061**

Mr. Cardenas:

Attached you will find a copy of the Revised Construction Schedule with revisions that you have requested. Also, you find a copy of the scheduler's qualifications as previously submitted to your office.
Please advise if you require any other change A.S.A.P. Should you have any questions or require any further information, please do not hesitate to call at (210) 673-0699.

Sincerely,

Arthur R. Perez,
CQCM