WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.

ATTORNEYS AT LAW

8405 Greensboro Drive
Suite 100
McLean, Virginia 22102-5104

Telephone: 703-749-1000
Facsimile: 703-893-8029
www.wthf.com

John B. Tieder, Jr.
Robert G. Watt
Julian F. Hoffar
Robert M. Fitzgerald
Robert K. Cox
Lewis J. Baker
Wayne G. Tatusko
Richard G. Mann, Jr.
Henry D. Danforth
Carter B. Reid
Mark A. Sgarlata
Michael G. Long*
Edward J. Parrott
Paul A. Varela
Vivian Katsantonis
Kathleen O. Barnes
Shelly L. Ewald
Christopher J. Brasco
John G. Lavoie
Robert C. Niesley*
Colin J. Smith
Jean V. Miller
Gregory J. Dukellis*
William J. Burch*
Michael D. Germain*
Robert G. Barbour
Keith C. Phillips
Marybeth Z. Gaul
Timothy E. Heffernan*
W. Drew Mallender
James M. Donahue
Bennett J. Lee
Todd R. Metz
Michael R. Gandee*
Michael P. Hutchins*
Joseph S. Guarino
Lewis I. Askew, Jr.
Erica S. Beardsley
David F. McPherson*
Harish Mirchandani
David R. Johnson*
Scott W. Kowalski
C. Kelly Skrabak
Brian Cashmere
Joseph C. McGowan*
Daniel J. Alexander*
Geoffrey A. Graves*
C. William Groscup
Kevin J. McKeon
John R. Marking*
Frank S. Murray
David E. Nemeth, Jr.*
Michael M. Suga*
Michelle G. Hicks
Jason D. Blatt
Christopher M. Rogers*
Sherri D. Martinelli*
Christopher G. Morrow*
Christopher M. Anzidei
Alexander N. Lamme
Timothy E. Elliott*
James M. Phelps
Justin S. Hawkins
Arnie B. Mason
Jowita L. Wysocka*
Kirk E. Niemi
Todd W. Blischke*
Andrew J. Van Ornum*
Ali Salamirad*
Ryan S. Quinn
Matthew E. Vinciguerra
Kirk J. McCormick
Julie L. Gentry*
Kimberly A. Mulligan
Brian G. Muse
Christopher M. Harris
Erik B. von Zeipel*
Christopher M. Burke
Samuel B. Franck
Donna H. Tobar*
Michael M. Fernandez*
Lauren S. Altman*
Kirsten A. Roe*
Timothy L. Gorzycki
Michael D. Kiffney
John P. Bean
Brian S. Kelly
Gregory T. Gledhill
Jessica E. Hawk*
Heather A. Jones
John A. Elworth*
Elizabeth E. Graff
Kristin H. Coultas
C. Keanin Loomis

*Not Admitted in Virginia

October 20, 2005

**Via Federal Express**

Lloyd R. Crosswhite, Esquire
Deputy District Counsel
Department of Army
Fort Worth District Office of Counsel
819 Taylor Street
Fort Worth, TX 76102

| | | |
|---|---|---|
| Re: | Principal: | Sedona Contracting, Inc. |
| | Surety: | Fidelity and Deposit Company of Maryland |
| | Obligee: | United States of America, Department of Army, Fort Worth District Corps of Engineers |
| | Project: | Contract No. DACA63-99-C-0039 Vehicle Operations-Maintenance Complex |

Dear Rex:

Enclosed please find an executed copy of the Modification for "Claims Settlement – Soil Removal." Please contact me if you have any questions.

Very truly yours,

**WATT. TIEDER, HOFFAR & FITZGERALD, LLP**

Christopher J. Brasco, Esq.

Enclosure

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. CONTRACT ID CODE | PAGE OF PAGES |
|---|---|
| Construction | 1 \| 3 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If Applicable) |
|---|---|---|---|
| | SEE BLOCK 16C | W45XMA90888559 | |

**6. ISSUED BY** CODE

Fort Worth District
P.O. Box 17300
819 Taylor St
Fort Worth, TX 76102-0300

**7. ADMINISTERED BY** *(If other than item 6)* CODE 63

Lackland Resident Office
Army Corps of Engineers
1700 Carswell Ave., Bldg. 9050, Ste 3600
San Antonio, TX 78236

**8. NAME AND ADDRESS OF CONTRACTOR** *(No., Street, County, State and Zip Code)*

Fidelity & Deposit Company of Maryland
3910 Keswick Road
Baltimore, MD 21211

CODE FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED *(SEE ITEM 11)*

X 10A. MODIFICATION OF CONTRACT/ORDER
DACA63-99-C-0039 NA

10B. DATED *(SEE ITEM 13)*
23 Sep 1999

## 11. THIS ITEM APPLIES ONLY TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitations and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**12. ACCOUNTING AND APPROPRIATION DATA**
See Page 2.
Contract Amount Increased $102,372.60.

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS
## IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify Authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(Such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: 52.0243-0004- CHANGES 52.0236-0002- DIFFERING SITE CONDITIONS |
| | D. OTHER *(Specify type of modification and authority)* |

**E. IMPORTANT:** Contractor ☐ is not, ☒ is required to sign this document and return original and 1 copies to the issuing office.

**14. DESCRIPTION OF AMENDMENT/MODIFICATION** *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

Contract for Vehicle Operations/Maintenance Complex at Lackland Air Force Base, Texas.

Reference No. MJ031

MJ031 Claim Settlement - Soil Removal

See Page 2.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)* | |
|---|---|---|---|
| Darrell Leonard | | Thomas L. Armstrong<br>Administrative Contracting Officer | |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| [signature] *(Signature of person authorized to sign)* | 7/26/05 | BY ______ *(Signature of Contracting Officer)* | |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-105-2

**STANDARD FORM 30** (REV. 10-83)
PRESCRIBED BY GSA
FAR (48 CFR) 53.243



00991

| MODIFICATION OF CONTRACT | DATE SIGNED<br>See Block 16C | PAGE OF PAGES<br>2 \| 3 |
|---|---|---|

Contract No: DACA63-99-C-0039 NA — Reference No. MJ031
Modification No:
Contractor: Fidelity & Deposit Company of Maryland
Contract Title: Vehicle Operations/Maintenance Complex
Location: Lackland Air Force Base, Texas

12. ACCOUNTING AND APPROPRIATION DATA (Continued)

| APPROPRIATION | WORK ITEM | | CONTRACT CHANGE |
|---|---|---|---|
| 97-NA-X-0510-40E2 | 0036Z3 | | $102,372.60 |
| | | Total | $102,372.60 |

I. The above numbered contract is modified to provide for changes in the work within the general scope of the contract.

II. DESCRIPTION OF CHANGE: Pursuant to the clauses of this contract entitled 52.243-4 CHANGES (AUG 1987) and 52.236-2 DIFFERING SITE CONDITIONS (APR 1984), the contractor shall furnish all plant, labor, and material, and perform all work necessary to accomplish the following described work. The Differing Site Condition consists of additional quanitities of Class 2Non-hazardous material that required removal from the Vehicle Operations project site, Area "A". The condition has caused the contractor to incur additional expense in removal, hauling and off-site disposal of this Class 2 non-hazardous material.

The contract completion date of January 12, 2002 remains unchanged.

14. DESCRIPTION OF MODIFICATION (Continued)

## A. SCOPE OF WORK

**MJ031** **Claim Settlement - Soil Removal**

Removal, hauling, and disposal of Class 2 Non-hazardous soil from the Vehicle Operations project site, Area "A". Note: This contract modification is being issued as settlement of contractor claim for additional expenses related to Unilateral Modification P00026.

## B. CHANGE IN CONTRACT DRAWINGS

The contract drawings remain unchanged by reason of this modification.

## C. CHANGE IN CONTRACT SPECIFICATIONS

The Specifications remain unchanged by reason of this modification.

## D. CHANGE IN CONTRACT PRICE

Total contract price is increased by $102,372.60.

Lump Sum Changes

| CLIN No. | DESCRIPTION | CHANGE AMOUNT |
|---|---|---|
| 0002 | Site Work & Util. for Veh Ops Bldg | $102,372.60 |
| | Total Change Amount | $102,372.60 |

It is understood and agreed that the contract price for Bid Item 0002 is increased in the amount of $102,372.60 as a result of this modification.

## E. CHANGE IN CONTRACT TIME

The contract completion date shall remain unchanged by this modification.

It is understood and agreed that the contract completion date of January 12, 2002 remains unchanged as a result of this modification. The following progress schedule activity is to be added:

| MODIFICATION OF CONTRACT | DATE SIGNED<br>See Block 16C | PAGE OF PAGES<br>3 \| 3 |
|---|---|---|

Contract No: DACA63-99-C-0039 NA
Reference No. MJ031
Modification No:
Contractor: Fidelity & Deposit Company of Maryland
Contract Title: Vehicle Operations/Maintenance Complex
Location: Lackland Air Force Base, Texas

Original
Activity: P000XX
Description: Claim Settlement-Soil Removal
Duration: 0 Days
Cost: $102,372.60

**F. CLOSING STATEMENT**

It is understood and agreed that pursuant to the settlement represented by the modification or the work required under Modification P00026, the contract time is not affected, and the contract price is increased as stated above, which reflects all credits due the Government and all compensation due the Contractor. It is further understood and agreed that this adjustment constitutes compensation in full on behalf of the Fidelity and Deposit Company of Maryland (F&D) and its Subcontractors and Suppliers for all costs and markups directly or indirectly attributable for the change ordered, for all delays related thereto, for all extended overhead costs, and for performance of the change within the time frame stated. It is further expressly agreed that the settlement represented by this contract modification, and the subsequent payment of funds under the modification is in full satisfaction of that part of F&D's request for equitable adjustment (REA), found under Part C of the REA dated March 4, 2004, Reconciliation of Contract Modifications, pertaining to the removal of approximately 6,300 cubic yards (Actual quantity 8,484 CY) of Class 2 spoils which was the subject of Modification P00026. F&D acknowledges that after payment of the full amount of the monetary compensation represented by this modification, they will pursue no further action and submit no other demands for time or money relative to the subject matter of Modification P00026.

WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.

ATTORNEYS AT LAW

8405 Greensboro Drive
Suite 100
McLean, Virginia 22102-5104

Telephone: 703-749-1000
Facsimile: 703-893-8029
www.wthf.com

John B. Tieder, Jr.
Robert G. Watt
Julian F. Hoffar
Robert M. Fitzgerald
Robert K. Cox
Lewis J. Baker
Wayne G. Tatusko
Richard G. Mann, Jr.
Henry D. Danforth
Carter B. Reid
Mark A. Sgarlata
Michael G. Long*
Edward J. Parrott
Paul A. Varela
Vivian Katsantonis
Kathleen O. Barnes
Shelly L. Ewald
Christopher J. Brasco
John G. Lavoie
Robert C. Niesley*
Colin J. Smith
Gregory J. Dukellis*
William J. Burch*
Michael D. Germain*
Robert G. Barbour
Keith C. Phillips
Marybeth Z. Gaul
Timothy E. Heffernan*
W. Drew Mallender
James M. Donahue
Bennett J. Lee
Todd R. Metz
Michael R. Gandee*
Michael P. Hutchins*
Joseph S. Guarino
Lewis I. Askew, Jr.
Erica S. Beardsley
David F. McPherson*
Harish Mirchandani
David R. Johnson*
Scott W. Kowalski
C. Kelly Skrabak
Brian Cashmere
Joseph C. McGowan*
C. William Groscup
Kevin J. McKeon
John R. Marking*
Frank S. Murray
David E. Nemeth, Jr.*
Michael M. Suga*
Michelle G. Hicks
Jason D. Blatt
Christopher M. Rogers*
Sherri D. Martinelli*
Christopher G. Morrow*
Christopher M. Anzidei
Alexander N. Lamme
Timothy E. Elliott*
James M. Phelps
Justin S. Hawkins
Arnie B. Mason
Kirk E. Niemi
Todd W. Blischke*
Andrew J. Van Ornum*
Ali Salamirad*
Ryan S. Quinn
Matthew E. Vinciguerra
Kirk J. McCormick
Julie L. Gentry*
Kimberly A. Mulligan
Brian G. Muse
Duncan M. Black
Christopher M. Harris
Erik B. von Zeipel*
Christopher M. Burke
Samuel B. Franck
Donna H. Tobar*
Michael M. Fernandez*
Lauren S. Altman*
Kirsten A. Roe*
Timothy L. Gorzycki
James J. Ison*
Michael D. Kiffney
John P. Bean
Brian S. Kelly
Gregory T. Gledhill
Jessica E. Hawk*
John A. Elworth*
Elizabeth E. Graff
Kristin H. Coultas
C. Keanin Loomis
Hanna L. Blake
Meghan DiPerna*
Sheila Upadhyay*
Rebecca Eley*
Justin Hargrove*

*Not Admitted in Virginia

January 13, 2006

<u>Via Federal Express</u>

John H. Rodgers
Contracting Officer
Lloyd R. Crosswhite, Esquire
Deputy District Counsel
Fort Worth District Office of Counsel
Department of Army, Fort Worth District Corps of Engineers
819 Taylor Street
Fort Worth, TX 76102

RECEIVED
JAN 17 2006
CESWF-OC

Re: Fort Worth District Corps of Engineers Contract No. DACA63-99-C-0039
<u>Vehicle Operations Maintenance Complex</u>

Gentlemen:

This letter is written in order to convert Fidelity and Deposit Company of Maryland's Request for Equitable Adjustment, dated March 3, 2004, ("REA") into a claim in accordance with 41 U.S.C. 601 *et. seq.*(the "Contract Disputes Act" or "CDA"). We have made modest downward adjustments to the REA, removed the section of the claim concerning Modification P00026, and included revised worksheets where appropriate. For your convenience, the revised worksheets in the REA are printed on colored paper, and we have also attached a separate packet containing the revised pages.

The parties' most recent negotiations resulted in an agreement on Modification P00026, under which F&D will receive payment in the amount of $102,372.60 in settlement of Modification P00026, which was valued at $126,275.66 in the REA. Accordingly, as a result of the parties' settlement of Modification P00026, F&D seeks payment of $1,416,179.37 in this claim. We also note that F&D has not yet received payment for the settlement of Modification P00026. If the Corps does not intend to make payment for the settlement of Modification P00026, then we ask that the Corps also include this item in its Contracting Officer's Final Decision on F&D's claim.

00995

In furtherance of the attached claim, we also reference and attach our letters to the Corps dated August 21, 2003, March 4, 2004, and August 19, 2004, which provide additional factual and legal support for F&D's position. We ask that the Contracting Officer consider these letters as part of F&D's CDA claim.

F&D has properly certified this claim pursuant to the CDA and 48 C.F.R. 33.207 (2004). Please find the certification attached to this letter, executed by a duly authorized representative of F&D with respect to this claim. Therefore, F&D requests the issuance of a Contracting Officer's Decision for this claim within sixty (60) days of the Corps' receipt of this letter. In the event that Mr. Rodgers is no longer the Contracting Officer, we ask that the Corps provide F&D's claim submission to the current Contracting Officer for a decision under the CDA. Of course, we remain amenable to further settlement negotiations with the Corps on this claim.

Very truly yours,

**WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.**

CJB

Christopher J. Brasco

Enclosures (Claim and Certification)

**Certification**

I certify that the attached claim is made in good faith; that the supporting data are accurate and complete to the best of my knowledge and belief; that the amount requested accurately reflects the contract adjustment for which the contractor believes the Government is liable; and that I am duly authorized to certify the claim on behalf of the contractor.

Darrell S. Leonard
Fidelity and Deposit Company of Maryland

# CLAIM SUMMARY

| | | |
|---|---|---|
| A. | Contract Balance Due | $0.00 |
| B. | Sedona Foundation Redesign Delay | $16,355.70 |
| C. | Equitable Pricing of Modifications | $22,773.40 |
| D. | Funds Diverted During Faulty COE Payment Administration | $233,650.96 |
| E. | Relet Costs Following COE's Failure To Terminate | $608,743.68 |
| F. | Rework From COE's Faulty QC Administration | $47,431.00 |
| G. | Deterioration During COE's Failure to Terminate | $77,923.88 |
| H. | Additional Overhead During COE's Failure To Terminate | $128,991.94 |
| I. | Yates' Acceleration | $48,480.00 |
| J. | Yates' Extended Performance | $31,828.81 |
| K. | Claim Preparation | $200,000.00 |

***TOTAL REQUEST................................ $1,416,179.37***

COPY

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SEDONA CONTRACTING, INC. | § | CASE NO. 01-54131-LMC |
| | § | (Chapter 7) |
| Debtor. | § | |
| | § | |

## AGREED ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY FILED BY FIDELITY AND DEPOSIT COMPANY OF MARYLAND

On this day the Court considered the Motion for Relief from the Automatic Stay filed by Fidelity and Deposit Company of Maryland (the "Motion"). The Court, after considering the Motion and attachments, and the agreement of the parties as set forth below, finds that cause exists to modify the automatic stay and that the Motion should thus be granted in part. Capitalized terms in this Order have the same meaning as defined in the Motion. Accordingly, it is

ORDERED that the portion of the relief requested regarding funds on deposit in those certain joint trust account(s) referenced in the Motion is continued until such time as Fidelity and Deposit Company of Maryland and/or Colonial American Casualty & Surety Co. (collectively referred to herein as "F&D") ~~("F&D")~~ or the Trustee requests a hearing, and the automatic stay as to such joint trust account(s) remains in full force and effect until further order of this Court. It is

FURTHER ORDERED that the remaining relief requested in the Motion is GRANTED, and the automatic stay is modified to allow F&D to take ~~all~~ the following actions: ~~set forth in more detail in the Motion including, but not limited to,~~ 1) permitting F&D to take control of all remaining contract balances and retainages on the F&D Bonded Contracts, 2) permitting the federal government as owner to terminate Sedona Contracting, Inc. ("Sedona") on the Troop Mall and Randolph Duplexes projects, and 3) permitting F&D to take any and all actions necessary to perform its duties and obligations under the bonds. F&D shall account to the Trustee for the use and application of all such unpaid contract

balances and retainages and equipment, machinery and tools used to complete any of the projects which F&D may be required to be complete. It is

FURTHER ORDERED that this Order is without prejudice to the respective rights, claims and defenses of F&D and/or the Trustee, both of whom reserve all rights to assert any claims or defenses they may have, now or in the future, arising out of any agreements entered into between Sedona and F&D, or actions taken by any person or entity relating to such agreements or the Bonded Projects. Nothing herein shall be construed to lift the stay in the federal litigation pending between Delta and the Movant. (Cause no. SA00-CA-1242 HG)

SIGNED this 13 day of Nov, 2001.

HONORABLE LEIF M. CLARK
UNITED STATES BANKRUPTCY JUDGE

COPY

AGREED:

Johnny W. Thomas
State Bar No. 19856500
1153 E. Commerce
San Antonio, TX 78205
(210) 226-5888
(210) 226-6085 - Facsimile

CHAPTER 7 TRUSTEE

David W. Parham
State Bar No. 15459500
Elizaan Carroll
State Bar No. 00787209
Wayne Barnes
State Bar No. 00793307
STRASBURGER & PRICE, L.L.P.
901 Main Street, Suite 4300
Dallas, TX 75202
Telephone: (214) 651-4300
Facsimile: (214) 651-4330

ATTORNEYS FOR MOVANTS

Martin Seidler
Attorney for Debtor

US Army Corps of Engineers

# Progress Payment History

23 May 2006

Vehicle Operations/Maintenance Complex
DACA63-99-C-0039 NA

Lackland Resident Office

| Payment No | Period Covered | % | Earnings To Date | Retainage To Date | Deductions To Date | Liq Damages To Date | Paid To Date | Earnings This Period | Paid This Period |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 11/15/1999 - 12/30/1999 | 1% | $54,791.00 | $0.00 | $0.00 | $0.00 | $54,791.00 | $54,791.00 | $54,791.00 |
| 2 | 12/31/1999 - 02/29/2000 | 5% | $326,725.00 | $0.00 | $0.00 | $0.00 | $326,725.00 | $271,934.00 | $271,934.00 |
| 3 | 03/01/2000 - 04/28/2000 | 17% | $1,046,857.00 | $0.00 | $0.00 | $0.00 | $1,046,857.00 | $720,132.00 | $720,132.00 |
| 4 | 04/29/2000 - 06/29/2000 | 20% | $1,261,801.00 | $0.00 | $0.00 | $0.00 | $1,261,801.00 | $214,944.00 | $214,944.00 |
| 5 | 06/30/2000 - 07/31/2000 | 25% | $1,533,443.00 | $0.00 | $0.00 | $0.00 | $1,533,443.00 | $271,642.00 | $271,642.00 |
| 6 | 08/01/2000 - 08/31/2000 | 33% | $2,031,291.00 | $0.00 | $31,166.00 | $0.00 | $2,000,125.00 | $497,848.00 | $466,682.00 |
| 7 | 09/01/2000 - 09/30/2000 | 38% | $2,392,807.00 | $0.00 | $31,166.00 | $0.00 | $2,361,641.00 | $361,516.00 | $361,516.00 |
| 8 | 10/01/2000 - 10/31/2000 | 43% | $2,676,965.00 | $0.00 | $269,473.00 | $0.00 | $2,407,492.00 | $284,158.00 | $45,851.00 |
| 9 | 11/01/2000 - 11/30/2000 | 43% | $2,676,965.00 | $0.00 | $269,473.00 | $0.00 | $2,407,492.00 | $0.00 | $0.00 |
| 10 | 12/01/2000 - 12/31/2000 | 46% | $2,853,499.50 | $0.00 | $346,298.00 | $0.00 | $2,507,201.50 | $176,534.50 | $99,709.50 |
| 11 | 06/01/2001 - 09/25/2001 | 46% | $2,853,499.50 | $0.00 | $310,025.00 | $0.00 | $2,543,474.50 | $0.00 | $36,273.00 |
| 12 | 09/26/2001 - 10/26/2001 | 51% | $3,196,396.00 | $0.00 | $310,025.00 | $0.00 | $2,886,371.00 | $342,896.50 | $342,896.50 |
| 13 | 10/27/2001 - 12/14/2001 | 56% | $3,463,243.95 | $0.00 | $310,025.00 | $0.00 | $3,153,218.95 | $266,847.95 | $266,847.95 |
| 14 | 12/15/2001 - 12/25/2001 | 81% | $5,062,043.18 | $0.00 | $1,044,859.00 | $0.00 | $4,017,184.18 | $1,598,799.23 | $863,965.23 |
| 15 | 12/26/2001 - 01/25/2002 | 81% | $5,062,043.18 | $0.00 | $310,025.00 | $0.00 | $4,752,018.18 | $0.00 | $734,834.00 |
| 16 | 01/26/2002 - 02/28/2002 | 86% | $5,339,420.58 | $27,737.74 | $310,025.00 | $0.00 | $5,001,657.84 | $277,377.40 | $249,639.66 |
| 17 | 02/28/2002 - 03/12/2002 | 93% | $5,818,347.37 | $75,630.42 | $520,155.41 | $0.00 | $5,222,561.54 | $478,926.79 | $220,903.70 |
| 18 | 01/26/2002 - 02/28/2002 | 98% | $6,135,407.37 | $75,630.42 | $605,705.41 | $0.00 | $5,454,071.54 | $317,060.00 | $231,510.00 |
| 19 | 03/01/2002 - 09/03/2003 | 100% | $6,235,880.21 | $0.00 | $100.00 | $0.00 | $6,235,780.21 | $100,472.84 | $781,708.67 |

Contractor: Fidelity & Deposit Company of Maryland



04703

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE: J
PAGE OF PAGES: 1

2. AMENDMENT/MODIFICATION NO.: P00014
3. EFFECTIVE DATE: 12-Feb-2001
4. REQUISITION/PURCHASE REQ. NO.:
5. PROJECT NO. (If applicable):

6. ISSUED BY — CODE: DACA63
ARMY ENGINEER DISTRICT, FTW
BOX 17300
819 TAYLOR ST
FT. WORTH TX 76102-0300

7. ADMINISTERED BY (If other than item 6) — CODE:
See Item 6

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)
SEDONA CONTRACTING INC
HECTOR TRINIDAD
8800 PARK TEN BLVD
SAN ANTONIO TX 78213

CODE: 0J8X3 — FACILITY CODE:

9A. AMENDMENT OF SOLICITATION NO.:
9B. DATED (SEE ITEM 11):
X 10A. MOD. OF CONTRACT/ORDER NO.: DACA63-99-C-0039
X 10B. DATED (SEE ITEM 13): 23-Sep-1999

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

☐ A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

☐ B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

☐ C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

☐ D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor ☒ is not, ☐ is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

THIS MODIFICATION CHANGES THE PAYMENT INFORMATION CURRENTLY ON THE CONTRACT. PAYMENTS SHALL BE MADE TO ACCOUNT 384488, BROADWAY NATIONAL BANK, SAN ANTONIO, TX (ABA# 114021933). THIS CHANGE IS MADE IN ACCORDANCE WITH SEDONA CONTRACTING, INC.'S LETTER DATED 3 JANUARY 2001.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)
JOHN H. RODGERS, CONTRACTING OFFICER

15B. CONTRACTOR/OFFEROR
(Signature of person authorized to sign)

15C. DATE SIGNED

16B. UNITED STATES OF AMERICA
BY [signature]
(Signature of Contracting Officer)

16C. DATE SIGNED: 2/12/01

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

(15)

493

00552

DEPARTMENT OF THE ARMY
FORT WORTH DISTRICT, CORPS OF ENGINEERS
4204 WOODCOCK, SUITE 245
SAN ANTONIO, TEXAS 78228-1319

A. TREVINO/rgg

REPLY TO
ATTENTION OF:

May 23, 2001
Serial Letter No. C-0076

San Antonio Area Office

Subject: Pay Estimate No. 10, Contract No. DACA63-99-C-0039, Vehicle Operations/ Maintenance Complex, Lackland Air Force Base, TX 78236-5000

Sedona Contracting, Inc.
6800 Park Ten Blvd, Ste 135E
San Antonio, TX 78213

Gentlemen:

Your Payment Estimate No. 10 received on May 16, 2001, for the period December 1, 2000 through December 31, 2000, has been approved. The estimate was approved in the amount of $342,896.50. Adjustments, from what you requested, are shown on the enclosed ENG FORM 93.

Please call Mr. George A. Cardenas, Jr. at the Lackland Resident Office, (210) 675-7712, if you have any questions on this matter.

Sincerely,

Roger R. Anderson
Chief, Contract Support Branch

Enclosure

The Fidelity and Deposit Companies
Claim Division
3910 Keswick Road, 5th Floor (21211)
P.O. Box 17069
Baltimore, MD 21297-1069

Phone: 800-654-5155, Ext. 2
Fax: 800-329-6105
Email: darrell.leonard@zurichus.com

November 8, 2000

Via Facsimile and Certified Mail

Rex Crosswhite, Esq.
Deputy District Counsel
Department of the Army
Fort Worth District Corps of Engineers
P O Box 17300
Fort Worth, TX 76102-0300

NOV 13 2000
CESWF-OC

| | | |
|---|---|---|
| RE: | Principal: | Sedona Contracting, Inc. |
| | Surety: | Fidelity and Deposit Co. of MD |
| | Bond No.: | PRF 8131152 |
| | Obligee: | United States of America, Department of the Army, Fort Worth District Corps of Engineers |
| | Project: | Contract No. DACW63-98-C-0048<br>Laredo Border Patrol Station |

Dear Mr. Crosswhite:

This will acknowledge receipt of your facsimile dated November 7, 2000, wherein Sedona Contracting purported to rescind its previous letters of direction regarding the dispersement of contract funds. Fidelity and Deposit Company of Maryland unequivocally denies the allegations contained in Mr. Trinidad's letter.

Please be advised that Fidelity and Deposit Company of Maryland (hereinafter "F&D") is the payment and performance bond surety for Sedona Contracting, Inc. with regard to the above referenced construction project. Fidelity and Deposit has become aware of circumstances that indicate that Sedona Contracting, Inc. is financially unable to pay for the completion of the above referenced project. Furthermore, subcontractors and suppliers on this project have assertented claims under the payment bond totaling $443,550.63. As a consequence, Fidelity and Deposit Company of Maryland is exposed to potential losses under its payment and performance bonds furnished for this project.

As of this time, F&D demands that you release no further funds under the above referenced contract without the advance written consent and direction of F&D. F&D makes this demand on the basis of and to protect the Surety's rights of subrogation and to enable the Surety to protect its interest under its Bonds furnished for this project. Please note that any failure or refusal to observe this demand will be prejudicial to the surety, and may result in serious legal consequences.

If you have any questions with regard to this notice, please contact the undersigned as soon as possible. We will be contacting you shortly to discuss this matter further. Thank you in advance for your cooperation in this matter.

Nothing herein shall be deemed to be an estoppel, waiver or modification of any of F&D's rights or defenses and F&D hereby reserves all of its rights and defenses under any contracts, agreements, bonds, or applicable law.

Very truly yours,

Darrell Leonard
Claims Counsel

cc: Sedona Contracting, Inc.
Theodore Bailey, Esq.
Elizann Carroll, Esq.

SEDONA CONTRACTING, INC.
6800 Park Ten Blvd., Suite 135 East
San Antonio, Texas 78213
(210) 736-5335 / Fax 736-1927

November 9, 2000

Department of the Army
Corps of Engineers, Fort Worth District
Post Office Box 17300, Contracting Division
819 Taylor Street, Room 2A19
Fort Worth, Texas 76102-0300

| | | |
|---|---|---|
| Re: | Principal: | Sedona Contracting, Inc. |
| | Obligee: | Department of the Army<br>Corps of Engineers, Fort Worth District |
| | Contract No.: | DACW63-98-C-0048 |
| | Project: | No. 79 – Laredo Border Patrol Station |
| | Performance Bonds: | PRF08131152 |
| | Surety: | The Fidelity and Deposit Companies |

Dear Sir:

Sedona Contracting, Inc. ["Sedona"] hereby retracts its voluntary letter of default for the above-referenced contract [the "Contract"]. The voluntary letter of default for the Contract was issued under duress, and based upon false representations made to Sedona by The Fidelity and Deposit Companies and is therefore void and of no legal effect.

Moreover, the Contract can not be properly terminated for default unless, and until Sedona fails to perform its obligations thereunder. Further, the federal government is required to abide by very specific procedures prior to terminating a contract for default. Thus far, Sedona has performed its obligations under the Contract, and there is no basis for terminating the Contract for default. Sedona fully intends on continuing with performance of its contractual obligations.

Thank you.

Very truly yours,
SEDONA CONTRACTING, INC.

Hector Trinidad, President

Cc: Theodore M. Bailey, P.C.
Mr. Theodore M. Bailey, 115 East Travis, Suite 711 San Antonio, Texas 78205

(19)

# PAYMENT ESTIMATE - CONTRACT PERFORMANCE

For use of this form, see ER 37-2-10 and ER 37-345-10.

1. INVOICE RECEIVE DATE: 10 Oct 00
SHEET 1 of 3

2 CONTRACTOR AND ADDRESS: Sedona Contracting, Inc.
6800 Park Ten Blvd, Ste 135E, San Antonio, TX 78213

3. CONTRACT NO.: DACA63-99-C-0039

4. DISTRICT: CESWF

5. DESCRIPTION OF WORK: Vehicle Operations/Maintenance Complex

6. APPROPRIATION AND PROJECT: 0036Z3

7. REQUIRED COMPLETION DATE: 14 Sep 01

8. LOCATION: Lackland AFB

9. PERIOD COVERED BY THIS ESTIMATE: FROM 01 Sep 00 THRU 30 Sep 00

10. JOB ORDER NO.:

11. ESTIMATE NO.: 7

| ITEM NO. a | DESCRIPTION b | CONTRACT: QUANTITY AND UNIT c | CONTRACT: UNIT PRICE d | CONTRACT: AMOUNT e | TOTAL TO DATE: QUANTITY AND UNIT f | TOTAL TO DATE: AMOUNT g |
|---|---|---|---|---|---|---|
| | BASIC CONTRACT | | | 6,077,257.00 | | |
| | MODIFICATIONS Thru P00002 | | | 10,000.00 | | |
| | QUANTITY VARIATIONS | | | 0.00 | | |

ACTUAL PERCENT: 39 % LESS STORED MATERIALS: 34 % TOTAL CONTRACT ⟶ $ 6,087,257.00 TOTAL EARNINGS TO DATE ⟶ $ 2,392,807.00

REMARKS

14B. Previous Other Deducts.$31,166.00, retainage on Concord Services.

12. PRESENTED FOR PAYMENT

PAYEE: Sedona Contracting, Inc.
PER:
DATE:
TITLE:

13. APPROVED FOR PAYMENT

I CERTIFY that I have checked the quantities covered by this bill or estimate; that the work was actually performed; that the quantities are correct and consistent with all previous computations as actually checked; that the quantities and amounts are wholly consistent with the requirements of the ontract or other instrument involved.

GNATURE: Alma N. Trevino
TITLE: Civil Engineer Tech
DATE:

ONTRACTING OFFICER APPROVAL (Signature): Thomas L. Armstrong, Administrative Contracting Officer
DATE:

| 14. | | |
|---|---|---|
| A. PREVIOUS DEDUCTIONS OTHER THAN RETAINED PERCENTAGE | 31,166.00 | |
| B. PREVIOUS RETAINED PERCENTAGE | 0.00 | |
| C. PREVIOUS PAYMENTS | 2,000,125.00 | |
| D. PREVIOUS EARNINGS (A+B+C) | | 2,031,291.0 |
| E. EARNINGS THIS PERIOD (TOTAL EARNINGS TO DATE MINUS D) | | 361,516.00 |
| F. LESS RETAINED PERCENTAGE | 0.00 | |
| G. LESS DEDUCTION OTHER THAN RETAINED PERCENTAGE FOR | 0.00 | |
| H. TOTAL DEDUCTIONS THIS PERIOD (F+G) | | 0.00 |
| I. RETAINAGE REFUNDED | 0.00 | |
| J. OTHER REFUNDS | 0.00 | |
| K. TOTAL REFUNDS THIS PERIOD | | 0.00 |
| L. AMOUNT DUE CONTRACTOR (E-H+K) | | 361,516.00 |

15. RECAPITULATION

TOTAL RETAINED PCTG. (B+F-I) $ 0.00 TOTAL PAID (C+L) $ 2,361,641.00

NG FORM 93, 1 MAR 78 PREVIOUS EDITION OF THIS FORM IS OBSOLETE

* (USE REVERSE SIDE FOR DETAILED EXPLANATION AND-OR REMARKS)



00259

Secretary of the Treasury under 50 U.S.C. App. 1215(b)(2). Interest shall be computed for the period from the date the excess payment is received by the Contractor to the date the excess is repaid. Interest shall not be charged on any excess payment due to a reduction in the Contractor's termination settlement proposal because of retention or other disposition of termination inventory until 10 days after the date of the retention or disposition, or a later date determined by the Contracting Officer because of the circumstances.

(n) Unless otherwise provided in this contract or by statute, the Contractor shall maintain all records and documents relating to the terminated portion of this contract for 3 years after final settlement. This includes all books and other evidence bearing on the Contractor's costs and expenses under this contract. The Contractor shall make these records and documents available to the Government, at the Contractor's office, at all reasonable times, without any direct charge. If approved by the Contracting Officer, photographs, microphotographs, or other authentic reproductions may be maintained instead of original records and documents.

(End of clause)

117 52.249-10 DEFAULT (FIXED-PRICE CONSTRUCTION) (APR 1984)

(a) If the Contractor refuses or fails to prosecute the work or any separable part, with the diligence that will insure its completion within the time specified in this contract including any extension, or fails to complete the work within this time, the Government may, by written notice to the Contractor, terminate the right to proceed with the work (or the separable part of the work) that has been delayed. In this event, the Government may take over the work and complete it by contract or otherwise, and may take possession of and use any materials, appliances, and plant on the work site necessary for completing the work. The Contractor and its sureties shall be liable for any damage to the Government resulting from the Contractor's refusal or failure to complete the work within the specified time, whether or not the Contractor's right to proceed with the work is terminated. This liability includes any increased costs incurred by the Government in completing the work.

(b) The Contractor's right to proceed shall not be terminated nor the Contractor charged with damages under this clause, if-

(1) The delay in completing the work arises from unforeseeable causes beyond the control and without the fault or negligence of the Contractor. Examples of such causes include (i) acts of God or of the public enemy, (ii) acts of the Government in either its sovereign or contractual capacity, (iii) acts of another Contractor in the performance of a contract with the Government, (iv) fires, (v) floods, (vi) epidemics, (vii) quarantine restrictions, (viii) strikes, (ix) freight embargoes, (x) unusually severe weather, or (xi) delays of subcontractors or suppliers at any tier arising from unforeseeable causes beyond the control and without the fault or negligence of both the Contractor and the subcontractors or suppliers; and

(2) The Contractor, within 10 days from the beginning of any delay (unless extended by the Contracting Officer), notifies the Contracting Officer in writing of the causes of delay. The Contracting Officer shall ascertain the facts and the extent of delay. If, in the judgment of the Contracting Officer, the findings of fact warrant such action, the time for completing the work shall be extended. The findings of the Contracting Officer shall be final and conclusive on the parties, but subject to appeal under the Disputes clause.

(c) If, after termination of the Contractor's right to proceed, it is determined that the Contractor was not in default, or that the delay was excusable, the rights and obligations of the parties will be the same as if the termination had been issued for the convenience of the Government.

(d) The rights and remedies of the Government in this clause are in addition to any other rights and remedies provided by law or under this contract.

(End of clause)

CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2006 a copy of the foregoing "APPENDIX TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT" was filed electronically. I understand that the notice of filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Elizabeth Thomas