**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **FIDELITY AND DEPOSIT COMPANY OF MARYLAND** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No. 1:06-cv-00186-LB** |
| **THE UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPONSD TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to RCFC 6.1, Plaintiff, Fidelity and Deposit Company of Maryland, respectfully requests an enlargement of time of forty-five (45) calendar days, up to and including September 7, 2006, within which to respond to Defendant's Motion for Summary Judgment, which was filed as Defendant's initial responsive pleading in this action. The time for Plaintiff to file its response to Defendant's Motion for Summary Judgment has not been previously enlarged by the Court. Defendant has consented to this request.

Previously, Defendant was the beneficiary of an unopposed enlargement of sixty (60) days within which to file responsive pleadings, which was granted by the Court. After a further enlargement, Defendant filed its Motion for Summary Judgment in response to Plaintiff's Complaint.

Defendant's Motion for Summary Judgment encompasses all of the significant issues involved in the case. No discovery has yet been undertaken in this action. Given

the nascent stages of these proceedings, counsel for Plaintiff will be required to coordinate extensively with Plaintiff for the purpose of investigating and evaluating Defendant's Proposed Findings of Uncontroverted Fact and the over five hundred (500) page Appendix Defendant has filed to support its Motion and Proposed Findings. As such, an enlargement of the time in which Plaintiff must respond would allow Plaintiff adequate time to review Defendant's voluminous submissions and would provide Plaintiff with sufficient time to appropriately present the merits of its case.

For the foregoing reasons, Plaintiff respectfully requests that this Court grant its unopposed Motion for an Enlargement of Time, up to and including September 7, 2006, within which to respond to Defendant's Motion for Summary Judgment and Defendant's Proposed Findings of Uncontroverted Facts.

Dated: July 11, 2006

Respectfully Submitted,

s/ Christopher J. Brasco
CHRISTOPHER J. BRASCO
Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
8405 Greensboro Drive, Suite 100
McLean, VA 22102
Tel: (703) 749-1000
Fax: (703) 893-8029
Counsel for the Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2006, a copy of Plaintiff's Unopposed Motion For Enlargement of Time to Respond to Defendant's Motion for Summary Judgment was filed electronically. I understand that notice of filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Christopher J. Brasco