IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FIDELITY AND DEPOSIT COMPANY OF MARYLAND, | ) | |
| Plaintiff, | ) | No. 06-186C |
| | ) | (Judge Block) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 30-day enlargement of time, to and including November 9, 2006, within which to file its reply to "Plaintiff's Brief In Opposition To Defendant's Motion For Summary Judgment," "Plaintiff's Additional Proposed Findings of Controverted Fact," and "Plaintiff's Response To Defendant's Proposed Findings of Uncontroverted Fact." Our reply is currently due on October 10, 2006. This is defendant's first request for an enlargement of time for this purpose. Defendant left a telephone voice mail message for plaintiff's counsel, Mr. Christopher J. Brasco, to ascertain if plaintiff concurs with our request for an enlargement of time. He responded that plaintiff did not oppose our request. The enlargement is requested because the interested agency, the Army Corps of Engineers ("Corps"), has not completed its recommendation for our position in reply to plaintiff's opposition and findings of fact. The additional time is requested to allow the Corps to complete its assessment and for defendant's counsel to review the agency's position and prepare our reply.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

/s/ Elizabeth Thomas
ELIZABETH THOMAS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
tel: (202) 353-4175
fax: (202) 307-0972

October 10, 2006

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2006 a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that the notice of filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Elizabeth Thomas