IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FIDELITY AND DEPOSIT COMPANY OF MARYLAND, | ) | |
| Plaintiff, | ) | No. 06-186C |
| | ) | (Judge Block) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 78-day enlargement of time, to and including January 26, 2007, within which to file its reply to "Plaintiff's Brief In Opposition To Defendant's Motion For Summary Judgment," "Plaintiff's Additional Proposed Findings of Controverted Fact," and "Plaintiff's Response To Defendant's Proposed Findings of Uncontroverted Fact." Our reply is currently due on November 9, 2006. This is defendant's second request for an enlargement of time for this purpose. Defendant spoke with plaintiff's counsel, Mr. Christopher J. Brasco, to ascertain if plaintiff concurs with our request for an enlargement of time. He responded that he does not object to our request.

The requested enlargement is necessary because of the workload of defendant's counsel. In the time since the Court granted the Government's previous enlargement request defendant's counsel has been assigned a bid protest case, Diversified Maintenance Systems, Inc. v. United States, Fed. Cl. No. 06-706C, on an expedited briefing schedule. Defendant's counsel filed a brief in the case on October 30, 2006 and is scheduled to file a reply to plaintiff's response to our brief on November 8, 2006. After the completion of this first round of briefing, there are other

issues in the case that will also necessitate briefing on an expedited basis.

Defendant's counsel is also scheduled, on November 3, 2006, to file a response to the complaint in Phillips v. United States, Fed. Cl. 06-509C. On November 6, 2006, defendant's counsel is scheduled, to present oral argument in Alfair Development v. Army, Fed. Cir. 06-1015. On November 15, 2006, defendant's counsel is scheduled to file a response to the complaint in Couto v. United States, Fed. Cl. 06-656C. On November 17, 2006, defendant's counsel is scheduled to file a response to the complaint in Gallo v. United States, Fed. Cl. 06-580C. The week of December 4, 2006, in the case of Interstate Construction, Inc. v. United States, Fed. Cl. 04-1618C, defendant's counsel is scheduled to defend the Government in trial in Sacramento, CA. On December 20, 2006, defendant's counsel is scheduled to file a response to the complaint in Pope v. United States, Fed. Cl. 06-446C, and a reply to plaintiff's opposition to our motion to dismiss in Cooley v. United States, Fed. Cl. 06-284C. Defendant's counsel is also scheduled, on January 17, 2007, to file a response to the complaint in Edelmann v. United States, Fed. Cl. 03-2692C.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

/s/ Elizabeth Thomas
ELIZABETH THOMAS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
tel: (202) 353-4175
fax: (202) 307-0972

October 31, 2006

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2006 a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that the notice of filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Elizabeth Thomas