IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FIDELITY AND DEPOSIT COMPANY OF MARYLAND, | ) | |
| Plaintiff, | ) | No. 06-186C |
| | ) | (Judge Block) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 7-day enlargement of time, to and including February 2, 2007, within which to file its reply to “Plaintiff’s Brief In Opposition To Defendant’s Motion For Summary Judgment,” “Plaintiff’s Response To Defendant’s Proposed Findings of Uncontroverted Fact,” and response to “Plaintiff’s Additional Proposed Findings of [Un]controverted Fact.” Our reply and response are currently due on January 26, 2007. This is defendant's third request for an enlargement of time for this purpose. Defendant spoke with plaintiff’s counsel, Mr. Christopher J. Brasco, who responded that he did not object to our request for an enlargement of time.

The plaintiff filed an extensive opposition, of 37 pages, and additional proposed findings of uncontroverted fact, of 14 pages, and in response the Government has conducted a thorough legal analysis and investigation of facts. Additional time is required to complete final review by the agency and undersigned counsel for the United States of “Defendant’s Reply To Plaintiff’s Brief In Opposition To Defendant’s Motion For Summary Judgment,” and “Defendant’s Response To Plaintiff’s Additional Proposed Findings of [Un]controverted Fact.” The additional

time is also requested to obtain supervisory review. The Government supervisor assigned to this case that previously reviewed the Government's motion for summary judgment and proposed findings of uncontroverted fact is out of the office on leave from January 22, 2007 through January 26, 2007, and is expected to return on January 29, 2007. The seven days will allow us to complete the necessary agency and Government review by February 2, 2007.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

/s/ Elizabeth Thomas
ELIZABETH THOMAS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
tel: (202) 353-4175
fax: (202) 307-0972

January 24, 2007

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2006 a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that the notice of filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Elizabeth Thomas