IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FIDELITY AND DEPOSIT COMPANY OF MARYLAND, | ) | |
| Plaintiff, | ) | No. 06-186C |
| | ) | (Judge Block) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR A STAY OF PROCEEDINGS

Plaintiff, Fidelity and Deposit Company of Maryland ("Fidelity"), and defendant, the United States, respectfully request that the Court stay proceedings in this case for a period of 42 days,[1] to and including March 16, 2007. This is the first request for a stay of this case.

On March 10, 2006, Fidelity filed a complaint asserting an equitable subrogation claim. The Government filed a motion for summary judgment on June 23, 2006. On September 21, 2006, Fidelity filed its opposition to the motion. Defendant's reply is due February 2, 2007.

Based upon preliminary discussions, the parties believe that this matter may be appropriate for settlement. Accordingly, staying this litigation to give the parties an opportunity to explore the possibility of resolving this matter without further briefing and formal discovery will conserve the parties' and this Court's resources, and pursuant to Rule 1(a)(2) of the Rules of the United States Court of Federal Claims, promote the "just, speedy, and inexpensive determination" of this action.

[1] The 42 days is calculated from February 2, 2007, the date defendant's reply to "Plaintiff's Brief In Opposition To Defendant's Motion For Summary Judgment," "Plaintiff's Response To Defendant's Proposed Findings of Uncontroverted Fact," and response to "Plaintiff's Additional Proposed Findings of [Un]controverted Fact" is due.

The parties propose that they submit a joint status report no later than March 16, 2007, informing the Court of their progress and the need, if any, for further briefing.

For the foregoing reasons, plaintiff and defendant respectfully request that the Court stay proceedings in this case for a period of 42 days, to and including March 16, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

Christopher J. Brasco
CHRISTOPHER J. BRASCO
Watt, Tieder, Hoffar & Fitzgerald, LLP
8405 Greensboro Drive, Suite 100
McLean, VA 22102
Tel: (703) 749-1000
Fax: (703) 893-8029

Attorney for Plaintiff

/s/ Elizabeth Thomas
ELIZABETH THOMAS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
tel: (202) 353-4175
fax: (202) 307-0972

February 1, 2007

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2007 a copy of the foregoing DEFENDANT'S MOTION FOR A STAY OF PROCEEDINGS" was filed electronically. I understand that the notice of filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Elizabeth Thomas