**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Plaintiff, | No. 06-186C (Judge Block) |
| v. | |
| THE UNITED STATES, Defendant. | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of DAWN S. CONRAD as attorney of record for the United States. Ms. Conrad is replacing Elizabeth A. Thomas as counsel of record for the United States. Service of all papers by opposing parties should be addressed as follows:

DAWN S. CONRAD
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/Dawn S. Conrad

DAWN S. CONRAD
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Telephone (202)616-2279
Facsimile (202)305-7643

Dated: March 9, 2007

CERTIFICATE OF FILING

I hereby certify that on March 9, 2007, a copy of foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Dawn S. Conrad
Dawn S. Conrad