**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| FIDELITY AND DEPOSIT COMPANY OF MARYLAND, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-186C (Judge Block) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO WITHDRAW ITS MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 7(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests that this Court grant leave to withdraw our motion for summary judgment in this matter, dated June 23, 2006. We filed our motion for summary judgment pursuant to RCFC 56 because at that time, we believed that the case presented issues of law that were amenable to disposition on summary judgment and that the material facts were not in dispute. We have not yet filed an answer to F&D's complaint in this matter.

Plaintiff, Fidelity and Deposit Company of Maryland ("F&D"), responded in opposition to our motion on September 21, 2006. After careful review of F&D's response, its response to our proposed findings of fact, and the appendix attached to its response, we believe that there are material facts in dispute, and the case is not amenable to summary judgment at this time. Summary judgment will not be granted "if the dispute about a material fact is 'genuine,' that is, if the evidence is such that a reasonable [trier of fact] could return a verdict for the nonmoving party." Doe v. United States, 48 Fed. Cl. 495, 499 (2000) (quoting Anderson v. Liberty Lobby, Inc., 477 U.S. 242, 248 (1986)). Accordingly, we respectfully request that the Court grant us

leave to withdraw our motion for summary judgment in this matter.

Defendant's counsel has conferred with plaintiff's counsel who states that plaintiff does not oppose this motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/Dawn S. Conrad
DAWN S. CONRAD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-2279
Fax: (202) 305-7643

electronically filed,
March 16, 2007

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of March, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO WITHDRAW ITS MOTION FOR SUMMARY JUDGMENT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Dawn S. Conrad