**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| FIDELITY AND DEPOSIT COMPANY OF MARYLAND,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | ) | No. 06-186C<br>(Judge Block) |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated February 2, 2007, the parties respectfully submit this joint status report. On February 2, 2007, the Court stayed this matter, upon defendant's motion, to permit the parties to engage in settlement negotiations. Unfortunately, because of a medical emergency with defendant's counsel of record, the parties have not been able to conduct any settlement negotiations.

The case was recently assigned to the undersigned counsel of record for defendant, and after reviewing the case documents and conferring with plaintiff's counsel, the parties have agreed upon the following course of action. Defendant, simultaneously with this status report, will file a motion for leave to withdraw its motion for summary judgment in this matter, filed on June 23, 2006, because defendant no longer believes that summary judgment is appropriate at this time. The parties propose that the Court lift the stay in this matter, and that defendant shall file an answer to the complaint on or before March 26, 2007. After March 26, 2007, the parties will follow the Court's procedures in Appendix A to the Court's rules. The parties intend to begin formal discovery in this matter after the filing of the Joint Preliminary Status Report, and in the interim, will continue to discuss the possibility of settlement.

Accordingly, the parties respectfully request that the Court lift the stay of proceedings in this matter, and order defendant to file an answer to the complaint on or before March 26, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/Dawn S. Conrad
DAWN S. CONRAD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-2279
Fax: (202) 305-7643

Attorneys for Defendant

s/Christopher J. Brasco
CHRISTOPHER J. BRASCO, Esq.
Watt, Tieder, Hoffar & Fitzgerald, LLP
8405 Greensboro Drive, Suite 100
McLean, VA 22102
Tel: (703) 749-1000
Fax: (703) 893-8029

Attorney for Plaintiff

electronically filed
March 16, 2007

CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of March, 2007, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Dawn S. Conrad