# United States Court of Federal Claims

**No. 06-186 C**
**May 23, 2007**

**FIDELITY AND DEPOSIT COMPANY OF MARYLAND,**

***Plaintiff*,**

**v.**

**UNITED STATES OF AMERICA,**

***Defendant.***

**INITIAL SCHEDULING ORDER**

On May 21, 2007, the parties filed the Joint Preliminary Status Report which included a proposed schedule for the parties to proceed with discovery. Accordingly, it is ORDERED that the parties comply with the following schedule:

1. Exchange of Initial Disclosures by **June 15, 2007**.
2. Fact discovery shall conclude by **November 16, 2007**.
3. Plaintiff's expert witness reports shall be produced by **December 7, 2007**.
4. Defendant's expert witness reports shall be produced by **January 11, 2008**.
5. Plaintiff's expert witness rebuttal reports shall be produced by **February 8, 2008**.
6. Expert discovery shall conclude by **March 7, 2008**.
6. Parties may file dispositive motions by **April 18, 2008**.

If dispositive motions are not filed, the parties shall file a Joint Status Report by **April 25, 2008**, informing the Court how they wish to proceed with this matter.

**IT IS SO ORDERED.**

s/ Lawrence J. Block

**Lawrence J. Block**
**Judge**