**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **FIDELITY AND DEPOSIT COMPANY OF MARYLAND** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No. 1:06-cv-00186-LB** |
| **THE UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR**
**ENLARGEMENT OF TIME ON REMAINING DISCOVERY DEADLINES**

Pursuant to RCFC 6.1, Plaintiff, Fidelity and Deposit Company of Maryland, respectfully moves the Court for an enlargement of time of seventy-five (75) calendar days to the deadline for fact discovery, and an enlargement of time of seventy (70) calendar days to the remaining discovery deadlines for this case. The original and proposed deadlines, which were set forth in Section II of the parties' Joint Preliminary Status Report filed with the Court, are identified below along with the proposed new deadlines. The discovery deadlines in this matter have not previously been extended, and the Government has reviewed and consented to this Motion.

The Plaintiff seeks this enlargement of time because the parties have been engaged in ongoing settlement discussions throughout the discovery period and have scheduled a face-to-face meeting for December 6, 2007. In the interim, the parties have exchanged limited discovery, including initial disclosures, interrogatories, and requests for production. The Plaintiff has also assented to the Government's request for additional time in which to produce its documents in response to the Plaintiff's requests for

production served on August 27, 2007. The Government has informed the Plaintiff that its documents will be made available later this month. The Government had similarly assented to a prior request by the Plaintiff for an extension of approximately two weeks in which to produce its documents.

In sum, given the current status of discovery and the parties' ongoing settlement negotiations, the Plaintiff respectfully submits (and the Government agrees) that a modest extension of the current discovery deadlines would be appropriate. The proposed extension would allow the parties to further explore settlement possibilities prior to the engaging in more extensive discovery, including additional written discovery and the conduct of depositions.

The Plaintiff respectfully proposes the following new discovery deadlines (the current deadline is identified in parentheses):

(a) Exchange of Initial Disclosures: June 15, 2007 (already completed)

(b) Deadline to Complete Fact Discovery: January 30, 2008 (original deadline of November 16, 2007)

(c) Disclosure of Plaintiff's Expert Reports: February 15, 2008 (original deadline of December 7, 2007)

(d) Disclosure of Defendant's Expert Reports: March 21, 2008 (original deadline of January 11, 2008)

(e) Disclosure of Plaintiff's Reply Expert Reports: April 18, 2008 (original deadline of February 8, 2008)

(f) Conclusion of Expert Depositions: May 16, 2008 (original deadline of March 7, 2008)

(g) Deadline for Dispositive Motions: June 27, 2008 (original deadline of April 18, 2008).

For the foregoing reasons, Plaintiff respectfully requests that this Court grant its Unopposed Motion for Enlargement of Time on Remaining Discovery Deadlines.

Dated: October 26, 2007

Respectfully Submitted,

s/ Christopher J. Brasco
CHRISTOPHER J. BRASCO
CHRISTOPHER M. ANZIDEI
Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
8405 Greensboro Drive, Suite 100
McLean, VA 22102
Tel: (703) 749-1000
Fax: (703) 893-8029
Counsel for the Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2007, a copy of the foregoing Unopposed Motion for Enlargement of Time on Remaining Discovery Deadlines was filed electronically. I understand that notice of filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Christopher J. Brasco