# United States Court of Federal Claims

**No. 06-186 C**
**October 29, 2007**

**FIDELITY AND DEPOSIT COMPANY OF MARYLAND,**

***Plaintiff*,**

**v.**

**UNITED STATES OF AMERICA,**

***Defendant*.**

**SCHEDULING ORDER**

Having granted plaintiff's unopposed motion filed on 10/26/07 for an extension of time regarding discovery deadlines, it is ORDERED that the parties shall adopt the following schedule:

1. Fact discovery shall conclude by **January 30, 2008**.
2. Plaintiff's expert reports shall be produced by **February 15, 2008.**
3. Defendant's expert reports shall be produced by **March 21, 2008**.
4. Plaintiff's expert rebuttal reports shall be produced by **April 18, 2008**.
5. Expert depositions shall conclude by **May 16, 2008**.
6. Parties may file dispositive motions by **June 27, 2008**.

If dispositive motions are not filed, the parties shall file a Joint Status Report by **July 11, 2008**, informing the Court how they wish to proceed with this matter.

s/ *Lawrence J. Block*

**Lawrence J. Block**
**Judge**