**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **FIDELITY AND DEPOSIT COMPANY OF MARYLAND** <br> **Plaintiff,** <br> **v.** <br> **THE UNITED STATES OF AMERICA,** <br> **Defendant.** | **Case No. 1:06-cv-00186-LB** |

**PLAINTIFF'S UNOPPOSED MOTION FOR**
**ENLARGEMENT OF TIME ON REMAINING DISCOVERY DEADLINES**

Pursuant to RCFC 6.1, Plaintiff, Fidelity and Deposit Company of Maryland, respectfully moves the Court for an enlargement of time of ninety (90) calendar days to the remaining discovery deadlines for this case. The current deadlines and the proposed new deadlines are identified below. The Government has reviewed and consented to this Motion. The discovery deadlines in this matter had previously been extended once by seventy-five (75) days.

The parties are currently engaged in extensive settlement negotiations, having exchanged settlement information and conducted a face-to-face meeting on December 6, 2007. Settlement negotiations are ongoing, and counsel for both parties are currently attempting to coordinate the travel schedules of their out-of-town client representatives in order to arrange another meeting in late January. The current deadline for fact discovery, however, is January 30, 2008. Thus, given the parties' ongoing settlement negotiations, the Plaintiff respectfully submits (and the Government agrees) that an extension of the current discovery deadlines would be appropriate. The proposed extension would allow

the parties to further explore settlement possibilities prior to the engaging in more extensive discovery, including the conduct of depositions. The Plaintiff respectfully proposes the following new discovery deadlines (current deadlines in parentheses):

(a) Exchange of Initial Disclosures: June 15, 2007 (already completed)

(b) Deadline to Complete Fact Discovery: April 29, 2008 (current deadline of January 30, 2008)

(c) Disclosure of Plaintiff's Expert Reports: May 15, 2008 (current deadline of February 15, 2008)

(d) Disclosure of Defendant's Expert Reports: June 19, 2008 (current deadline of March 21, 2008)

(e) Disclosure of Plaintiff's Reply Expert Reports: July 17, 2008 (current deadline of April 18, 2008)

(f) Conclusion of Expert Depositions: August 14, 2008 (current deadline of May 16, 2008)

(g) Deadline for Dispositive Motions: September 25, 2008 (current deadline of June 27, 2008).

For the foregoing reasons, Plaintiff respectfully requests that this Court grant its Unopposed Motion for Enlargement of Time on Remaining Discovery Deadlines.

Dated: December 28, 2007

Respectfully Submitted,

s/ Christopher J. Brasco
CHRISTOPHER J. BRASCO
CHRISTOPHER M. ANZIDEI
Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
8405 Greensboro Drive, Suite 100
McLean, VA 22102
Tel: (703) 749-1000
Fax: (703) 893-8029
Counsel for the Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on December 28, 2007, a copy of the foregoing Unopposed Motion for Enlargement of Time on Remaining Discovery Deadlines was filed electronically. I understand that notice of filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Christopher J. Brasco