**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| FIDELITY AND DEPOSIT COMPANY OF MARYLAND, | ) | |
| Plaintiff, | ) | No. 06-186C |
| v. | ) | (Judge Block) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**<u>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

The parties, pursuant to Rule 41(a)(1)(ii) of the Rules of the United States Court of Federal Claims, hereby stipulate to the dismissal of this action with prejudice, with each party to bear its own costs, attorney fees, and expenses.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director
Authorized Representative of the
Attorney General

s/ Christopher J. Brasco
CHRISTOPHER J. BRASCO
Watt, Tieder, Hoffar, & Fitzgerald, LLP
8405 Greensboro Drive
Suite 100
McLean, VA 22102-5104
Tel: (703) 749-1000
Fax: (703) 893-8029

Attorney for Plaintiff

s/ Dawn S. Conrad
DAWN S. CONRAD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tel: (202) 616-2279
Fax: (202) 305-7643

OF COUNSEL:

LLOYD R. CROSSWHITE
District Counsel
Office of Counsel
U.S. Army Corps of Engineers
Fort Worth District
819 Taylor Street
Fort Worth, TX 76102

Attorneys for Defendant

Dated: June 18, 2008

CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of June, 2008, a copy of the foregoing "JOINT STIPULATION OF DISMISSAL WITH PREJUDICE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Dawn S. Conrad